

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 20-40026 |
| v. ) | |
| ) | VIO: Title 18, United States Code, |
| ANTHONY TONY GAY, ) | Sections 922 and 924 |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Felon in Possession of a Firearm)

On or about May 31, 2020, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**ANTHONY TONY GAY,**

knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, that is, a Glock model 36 .45 pistol, which had previously traveled in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g), 924(a)(2), and 924(e).

## COUNT TWO
### (Felon in Possession of Ammunition)

On an exact date unknown to the Grand Jury, but beginning sometime after May 11, 2020, and continuing until on or about June 14, 2020, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**ANTHONY TONY GAY,**

knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed ammunition, that is Sig Arms .45 Auto, Armscor USA .45 Auto, and Winchester .45 Auto cartridges, which had previously traveled in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g), 924(a)(2), and 924(e).

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in this Indictment, the defendant,

**ANTHONY TONY GAY,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearms and ammunition identified in this Indictment.

**A TRUE BILL**

/s/ Foreperson

FOREPERSON

/s/ AUSA John K. Mehochko

**JOHN C. MILHISER**
**UNITED STATES ATTORNEY**
**JKM**

2