AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL    DISTRICT OF    ILLINOIS

USA

vs.

Anthony Tony Gay

**EXHIBIT AND WITNESS LIST**

Case Number: 20-40026

| PRESIDING JUDGE<br>Judge Jonathan E Hawley | PLAINTIFF'S ATTORNEY<br>John Mehochko | DEFENDANT'S ATTORNEY<br>George Taseff |
|---|---|---|
| HEARING DATE (S)<br>7/17/20 | COURT REPORTER | COURTROOM DEPUTY<br>F. Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 07/17/20 | X | X | Letter from Judge Frobish |
|  | X | 07/17/20 |  |  | Detective Whitcomb sworn |
|  | X | 07/17/20 |  |  | Officer Whiteman sworn |
|  | X | 07/17/20 |  |  | Shirley Gay sworn |
|  | X | 07/17/20 |  |  | Jennifer Soble sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages