E-FILED
Tuesday, 27 October, 2020  02:37:00 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 26 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT

United States of America
      Plaintiff

vs

Anthony Tory Gay       CASE no 20-CR-40026
      Defendant

## MOTION FOR DISCOVERY

Now comes the defendant, Anthony Tory Gay, and respectfully requests this honorable court enter an order directing the government pursuant to Federal Rules of Criminal Procedure 16(A)(1)(A), 16(A)(1)(B), 16(A)(1)(D), 16(A)(1)(E), 16(A)(1)(F), 16(A)(1)(G) and 16(2)(C) produce the following:

(1) Transcripts or recording of officer Evan dispatch, on May 30, 2020, at 1800 up until the end of traffic stop on defendant, and/or his co-worker officer Gustafson.

(2) Body camera footage of officer Sailor during traffic stop of defendant on May 30, 2020 (first traffic stop).

(3) Transcripts or recording of officer Sailor's dispatch and/or his co-worker's (in the car with him), an hour before the traffic stop of defendant, on May 31, 2020, up until the traffic stop. (second traffic stop.)

(4) Body camera footage of J.T. Key and his co-workers, of May 23, 2020, when J.T. Key assaulted and battered defendant and officers seized defendant's money, phone

and hotel key.

(5) Defendant's telephone that was seized on May 23, 2020

(6) Defendant's hotel key that was seized on May 23, 2020

(7) Rock Island Police standing operating procedures

(8) Detective Whitcomb's standing operating procedures

(9) Defendant's medical and mental health notes from Rock Island county jail (May 31, 2020 til release)

(10) Footage that Rock Island Police got from Andrew Romans (May 23, 2020 incident)

(11) American Motor Inn standing operating procedures

(12) Defendant's rental agreement with American Motor Inn

(13) Any and all written or oral statements made by defendant the government intends to use at trial

(14) Any and all photographs, books, documents

and data government has in its possession that is material to defendant preparing a defense

(15) Any and all reports of any physical or mental examination and of any scientific test or experiment

(16) A written summary of any testimony that the government intends to use under Rules 702, 703 or 705 of the Federal Rules of Evidence during its case-in-chief at trial.

(17) Grand Jury transcripts

(18) Criminalist Alderson's supplemental report

Respectfully submitted
/S/ Anthony Gay
1228 - 14th Street
Rock Island, Il 61201


Certificate of Service
This certifies I sent the above instrument to the U.S District Clerk via mail on 10-21-20

/S/ AG
Anthony Gay
1228 - 14th Street
Rock Island, Il 61201

QUAD CITIES IL 522
22 OCT 2020 PM 2 T

US District Court
100 NE Monroe St
Peoria, IL 61602

Attwood Gray
1228 - 14th Street
Rock Island, IL 61201