UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANTHONY TONY GAY, )<br>Defendant. ) | Case No. 20-cr-40026 |

## MOTION TO WITHDRAW AS COUNSEL

Now comes Counsel for the Defendant, HUGH F. TONER III, Attorney, and moves for leave to withdraw as counsel for ANTHONY TONY GAY, in the above cause, in accordance with the procedures set forth in Supreme Court Rule 13, and as grounds therefore, states as follows:

1. Said counsel is the attorney of record for ANTHONY TONY GAY.
2. Counsel has become aware of a conflict which makes it impossible to continue representing him.

WHEREFORE, HUGH F. TONER III , prays for leave of this court to withdraw as counsel for ANTHONY TONY GAY, in the case above.

Respectfully Submitted,

By: _____
Hugh F. Toner III

TONER LAW OFFICE
1216 SW ADAMS STREET
PEORIA, IL 61602
P: (309) 671-4844
F: (309) 672-5819
tonerlawoffice@yahoo.com

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by sending a copy to the attorneys of record at their addresses as disclosed on the pleadings, on the 7th day of December, 2020 by:

___ U.S.Mail            ___ FAX
___ Hand Delivery       ___ Overnight Courier
X E-File     ___ Other: _____

Signature: _____