## AFFIDAVIT

I, Nicolette A. Ward, being duly sworn, depose and say:

1. I am a licensed attorney in the state of Illinois, employed by the law firm Romanucci & Blandin, LLC, located at 321 N. Clark Street, Suite 900, Chicago, Illinois.

2. I am counsel of record for Anthony Gay a civil matter currently pending before the United States District Court for the Central District of Illinois.

3. During the course of my representation, I received a telephone call purporting to be from Rock Island County Jail.

4. I understood based on a conversation that morning with Mr. Gay's significant other that Mr. Gay had recently been incarcerated in Rock Island County Jail.

5. Due to what I believed to be a technical issue, I was unable to input credit card information in order to complete the connection.

6. I received another telephone call purporting to be from Rock Island County Jail on what I recall to be the same day, which I was able to accept.

7. I understood this call to be from my client, Anthony Gay.

8. This was my first occasion speaking to Mr. Gay since his incarceration at Rock Island County Jail.

9. Mr. Gay initiated the contact with my office.

10. My conversation with Mr. Gay was in my capacity as Mr. Gay's legal counsel.

I declare under penalty of perjury under the laws of the State of Illinois, the foregoing is true and correct.

_____


EXHIBIT A

                                                                                                              **AFFIANT**

*Subscribed and sworn to me this*

26th day of FEBRUARY, 2021

_____

Notary Public

MIRENA F FONTANA
Official Seal
Notary Public - State of Illinois
My Commission Expires Jun 27, 2023