**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**



JUL 21 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

**20 - CR - 40026**

**VS**

**ANTHONY TONY GAY**

### MOTION TO SUPPRESS (CELLPHONES)

Now comes Anthony Gay, pro se, filing this motion and state as follows:

### INTRODUCTION

1. Defendant seeks an order to suppress evidence illegally obtained by law enforcement through search and seizure of multiple cell phones. Defendant is charged with being a felon in possession of a firearm and ammunition, all of which stem from his seizure and arrest on May 31, 2020. A warrant was granted for search of defendants cellphones, but lacked probable cause.

### DEFENDANT'S CELL PHONES

2. On or about May 23, 2020, Defendant was sitting in the driver seat of a Toyota minivan, which was fired upon by unknown assailants at 26thstreet in Rock Island, Illinois (see bates 000293). Law enforcement responded to the scene of the shooting, made contact with the Defendant and seized the Defendant by putting him in handcuffs and confining him in a police car. Defendant was not a suspect in the shooting. Members of law enforcement demanded Defendant answer their questions regarding the shooting. Defendant refused to speak with law enforcement. At the time he was seized, the defendant was in possession of an apple iphone, and two LG cell phones. Law enforcement illegally seized these cell phones.. At no time was Defendant a suspect in the shooting on May 23, 2020, rather he was a victim who had just suffered trauma and refused to speak with law enforcement at the scene. Defendant was later released, but law enforcement illegally seized these cell phones. Defendant was not charged with any criminal offenses related to the May 23, 2020 shooting.

3. On May 28, 2020 law enforcement sought a search warrant to search the Apple iPhone and two LG phones. The complaint for search warrant filed by Rock Island Police Department was granted on said date, despite lack of probable cause to do so (see bates 000242;000243;000244;000245;000246;000247)

4. Defendant believes the government will try to introduce evidence in this case that was illegally seized from his cell phones.

5. Probable cause exists where the facts and circumstances within their (the agents) knowledge, and of which they had reasonably trustworthy information… (are) sufficient in themselves to warrant a man of reasonable caution in the belief that. …" a crime has been or is being committed, and that seizure property can be found at the place or on the person to be searched. Brinegar v. United States, 338 U.S. 160 (1949)

   **LEGAL STANDARD**

6. The Fourth Amendment to the Constitution prohibits unreasonable searches and seizures. Anthony Tony Gay was seized without a warrant or probable cause, but he could have been seized briefly but lawfully under Terry v, Ohio 392 U.S. 1, 27 (1968), if the officers had a reasonable suspicion that he was engaged in criminal activity.

7. A person stopped on reasonable suspicion must be released as soon as the officers have assured themselves that no skullduggery is afoot. Probable cause, by contrast, justifies a custodial arrest and prosecution, and arrests are fundamentally different from Terry stops. United States v. Childs, 277 F.3d 947, 952 (7thcir 2002) (en banc)

8. An unreasonable search and seizure is unconstitutional as it violates the fourth amendment. Further, evidence obtained from the unlawful search may not be introduced in court. This evidence is referred to as fruit of the poisonous tree. In Mapp v. Ohio, 347 U.S. 643 (1961), the Supreme Court held that exclusionary rule applies to evidence gained from an unreasonable search and seizure.

9. For the foregoing reasons any and all evidence seized from the defendant's phones should be suppressed as the result of the fruit of the poisonous tree.

**RESPECTFULLY SUBMITTED**
**ANTHONY GAY**
**1228-14thstreet**
**Rock Island, Il 61201**

**CERTIFICATE OF SERVICE**
This certifies that I sent the above instrument to the clerk of court on 7-19-21

**RESPECTFULLY SUBMITTED**
**ANTHONY GAY**
**1228-14thstreet**
**Rock Island, Il 61201**

QUAD CITIES IL P&DF
IL 612 1 T
19 JUL 2021 PM

US District Courts
Peoria Division
100 NE Monroe St
Peoria, IL 61802

Anthony Gay
1228 - 14th Street
Rock Island, IL 61201