**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

AUG 12 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**
    **VS**
**ANTHONY GAY**

**20-CR-40026**

### JUDICIAL NOTICE

Now comes defendant, Anthony Tony Gay, asking this court to take judicial notice of the following:

(1) June 1, 2020 was on a Monday.

(2) That two weeks from Monday, June 1, 2020 was Monday, June 15, 2020..

(3) That May 11, 2020 was a Monday.

(4) That 22 days from May 11, 2020 was Tuesday, June 2, 2020.

(5) That two weeks from Tuesday, June 2, 2020 was June 16, 2020.

**RESPECTFULLY SUBMITTED**
**ANTHONY GAY**
**12228-14thstreet**
**Rock Island, Il 61201**

### CERTIFICATE OF SERVICE

This certifies that I sent the above instrument to the clerk of court on 8-9-2021
Via mail

**RESPECTFULLY SUBMITTED**
**ANTHONY GAY**
**1228-14thstreet**
**Rock Island, 61201**

Anthony Gay
1220 - 14th Street
Rock Island, IL 61201

QUAD CITIES IL 612
09 AUG 2021 PM

Clerk of Court
US District Court
100 NE Monroe St
Peoria, IL 61602