# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cr-40026 |
| ) | |
| ANTHONY TONY GAY, ) | |
| ) | |
| Defendant. ) | |

## **MOTION TO WITHDRAW**

NOW COMES ANTHONY TONY GAY, by and through his attorneys, Charles G. Schierer and the law firm of Schierer & Ritchie, L.L.C., and in support of this motion, states as follows:

1. The undersigned counsel was appointed to represent Defendant, following the appointment of several other attorneys.

2. To respond to the repeated demands posed by Defendant, the undersigned counsel asked the Court for the assignment of a co-counsel.

3. On several occasions, Defendant has filed *pro se* pleadings, which the Court has struck due to the Defendant being represented by counsel. Defendant has now filed four additional *pro se* pleadings, some of which contain language raising the issue of ineffective assistance of counsel.

4. The professional working relationship between Defendant and the undersigned counsel has deteriorated, is irretrievably broken, and will prohibit effective communication between the parties so as to allow counsel to adequately defend the Defendant.

5. Defendant requests that he be allowed to represent himself *pro se*.

6. The undersigned counsel respectfully requests that he be allowed to withdraw as counsel for Defendant.

WHEREFORE, the Defendant respectfully requests an Order consistent with this motion and for all other relief that is just and proper.

Respectfully submitted,
ANTHONY TONY GAY, Defendant.

/s/ Charles Schierer
Charles G. Schierer
Schierer & Ritchie, LLC.
1009 Illini Drive
East Peoria, Illinois
(T) 309-839-2024
(F) 309-517-5856
(E) chuck@srtriallawyers.com

## CERTIFICATE OF SERVICE

I, Charles G. Schierer, attorney, hereby certify that on August 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney's Office and all other CM/ECF participants.

/s/ Charles Schierer
Charles G. Schierer
Schierer & Ritchie, LLC.
1009 Illini Drive
East Peoria, Illinois
(T) 309-839-2024
(F) 309-517-5856
(E) chuck@srtriallawyers.com