E-FILED
Tuesday, 17 August, 2021  08:23:54 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cr-40026 |
| | ) | |
| ANTHONY TONY GAY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

The United States of America, by its attorneys, Douglas J. Quivey, Acting

United States Attorney for the Central District of Illinois and Gregory M.

Gilmore, Assistant United States Attorney, respectfully moves this Court to

substitute the undersigned counsel's appearance for Assistant United States

Attorney Richard Kim as co-counsel in the above-referenced cause to assist in

the litigation of all forfeiture issues.

Respectfully submitted,

DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY

By:     */s/ Gregory M. Gilmore*
Gregory M. Gilmore, IL Bar No. 6217499
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Email: greg.gilmore@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2021, I caused the foregoing

document to be electronically filed with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to counsel of record.

> */s/ Gregory M. Gilmore*
> Gregory M. Gilmore, IL Bar No. 6217499
> Assistant United States Attorney
> United States Attorney's Office
> 318 South Sixth Street
> Springfield, IL 62701
> Telephone: 217-492-4450
> Email: greg.gilmore@usdoj.gov