FILED
E-FILED
Monday, 23 August, 2021 01:16:30 PM
Clerk, U.S. District Court, ILCD

AUG 23 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America

vs.                    CASE no. 4:20-cr-40026

Anthony Tony Gay

## MOTION FOR FUNDS FOR FORENSIC EXPERT

Now comes defendant, Anthony Tony Gay, filing this motion for funds for forensic expert and state as follows:

(1) Defendant is charged with being a felon in possession of a firearm, stemming from a May 31, 2020 traffic stop and foot pursuit. A Glock .45 is alleged to have been recovered in some proximity to the defendant's path in the foot pursuit. The aforementioned firearm was swabbed for touch DNA. The government sought to conduct testing on the two swabs, which may consume the DNA.

(2) The defendant objected (the defendant's pro-se motion was denied).

(3) This court allowed the government to do DNA testing.

(4) The defendant doesn't trust the government and anticipates a bias opinion of testing results.

(5) Defendant would like funds of 3,000 dollars to hire an expert to review the government's results.

Respectfully submitted
Arthur Gay
1228-14th Street
Rock Island, Il 61201

Certificate of Service
This certifies that I filed the above instrument on 8-19-2021

Arthur Gay
1228-14th Street
Rock Island, Il 61201

Anthony Gay
1228 - 14th street
Rock Island, IL 61201

QUAD CITIES IL P&DF
IL 612 1T
20 AUG 2021 PM

Clerk of Court
US District Court
100 NE Monroe St
Peoria, IL 61602