

E-FILED
Monday, 23 August, 2021 01:19:16 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**                                      20 - CR - 40026

**VS**

**ANTHONY TONY GAY**

### MOTION FOR DISCOVERY

Now comes Defendant, Anthony Tony Gay, pro-se, and respectfully requests that the Honorable Court enter an order recognizing his request that the government furnish the below listed discovery pursuant to Fed R. Civ. P. 16 (a) (1) (a) 16 (a) (1) (b) 16 (a) (1) ©, 16 (a) (1) (d), and 16 (c).

(1) National Integrated Ballistic Information (NIBIN) on the firearm in question in this case.

(2) A copy of the witness testimony before the the Grand Jury that resulted in the defendant's indictment.

(3) It is the defendant's belief that some evidence has been fabricated to secure an indictment against the defendant, thus the defendant has a "particularized need" to have the Grand Jury testimony to impeach, test the credibility, or refresh the memory of this witness at trial. See Dennis v United States ,338 U.S. 855 (1960) (Utilizing the standard of "particularized need," disclosure has been considered necessary where the testimony is sought to impeach, test the credibility or refresh the memory of a witness at trial).

(4) Court's possess "broad discretion with regard to discovery motions in criminal cases." United States v. Delatorre, 438 F.Supp.2d *92, 900 (N.D. Ill 2006), aff'd sub nom. United States v. Benabe,436 F. App'x 639 (7th Cir.2011). Federal Rules of Criminal Procedure !6 outlines "the minimum amount of discovery to which the parties are entitled," although the rule does not limit the "judge's discretion to order broader discovery in appropriate cases." Fed. R. Crim. 16, Advisory Committee Note. Additionally , pursuant to the Supreme Court's ruling in Brady v. Maryland, 373 U.S. 83 (1963), the Government "has a duty to disclose evidence favorable to the defense (either exculpatory or that which could be used for impeachment) where such evidence is material either guilt or punishment." Delatorre, 438 F. Supp.2d at 901.

                                          **RESPECTFULLY SUBMITTED**
                                          Anthony Gay
                                          1228-14thstreet

Rock Island, il 61201

**CERTIFICATE OF SERVICE**
This certifies that I sent the above instrument to the Clerk of Court via mail on
~~8-16-2021~~ 8-19-2021

Anthony Gay
1228-14thstreet
Rock Island, Il 61201



QUAD CITIES IL P&DF
IL 612 1T
20 AUG 2021 PM

Clerk of Court
US District Court
100 NE Monroe St
Peoria, IL 61602

Anthony Gay
1228 - 14th Street
Rock Island, IL 61201