**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

FILED

JAN 1 4 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

V                                         20-cr-40026

**ANTHONY TONY GAY**

**DEFENDANT'S RESPONSE TO COURT'S TEXT ORDER JANUARY 14TH, 2022**

Now comes defendant, Anthony Tony Gay, filing this motion and state as follows:

(1) First and foremost, the defendant does fault the court for allowing the government to continue to come up with strategic means to deny the defendant discovery (defendant's situation is akin to voter's suppression).

(2) The defendant stands firm on his motion for recusal [Doc 168]

(3) Although the defendant doesn't believe he can get a fair trial before this honorable Judge Shadid, he will accept standby counsel to help assist the defendant in his effort to review discovery and bring this case to a conclusion.

**RESPECTFULLY SUBMITTED**
**ANTHONY TONY GAY**
**1228-14TH STREET**
**ROCK ISLAND, IL 61201**

**CERTIFICATE OF SERVICE**

This certifies that the defendant filed the above instrument on 1-14-22

**RESPECTFULLY SUBMITTED**
**ANTHONY TONY GAY**
**1228-14TH STREET**
**ROCK ISLAND, IL 61201**