UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V

ANTHONY TONY GAY

20-cr-40026

**EXHIBITS FOR MOTION TO QUASH AND MOTION TO SUPPRESS**

(1) Demonstrative Aid - Chart of Rental Receipts

(2) Mendoza's body camera

(3) Report Indicating Mendoza falsified a report

(4) Mendoza's report June 14, 2020)

(5) May 31, 2020 (911 call by American Motor Inn)

(6) June 1, 2020 (911 call by American Motor Inn)

(7) June 4, 2020 (911 call by American Motor Inn)

(8) June 14, 2020 (911 call by American Motor Inn)

(9) Transcripts of 911 calls

(10)   Rental Receipts

(11) Costas dashcam footage (May 31, 2020)

(12) Sailor's body camera (May 31, 2020)

(13) Police Reports (May 30, 2020)

(14) Police Reports ( May 31, 2020)

(15) Rock Island Police Department Operational Manual

(16) Demonstrative Aid - Video and pictures

(17) Photos of crime scenes.

(18) Emails between Dora Villareal (states attorney) and Chantelle Leachman (mental health)

(19) Defendant's Jail Calls

(20) Defendant's Jail Call log

**RESPECTFULLY SUBMITTED**
**ANTHONY TONY GAY**
**1228- 14TH STREET**
**ROCK ISLAND, IL 61201**

**CERTIFICATE OF SERVICE**

This certifies that I filed the above listed on 1-20-2022

**RESPECTFULLY SUBMITTED**
**ANTHONY TONY GAY**
**1228-14TH STREET**
**ROCK ISLAND, IL 61201**