E-FILED
Thursday, 20 January, 2022 02:42:31 PM
Clerk, U.S. District Court, ILCD



**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

JAN 2 0 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

V

20-cr-40026

**ANTHONY TONY GAY**

### EXHIBITS FOR TRIAL

(1) Demonstrative Aid- Chart of Rental Receipts

(2) Rock Island Police Department Operational Manual

(3) Grand Jury Transcripts (Greg Whitcomb)

(4) Police Reports (May 30, 2020)

(5) Police Reports (May 31, 2020)

(6) Police Reports (June 2020 thru April 2021)

(7) Rental Receipts American Motor Inn

(8) Civilian Report (against Costas)

(9) Civil Complaint (Gay v Key et al)

(10) Doar Villareal's Report in the Homicide of Deshawn Tatum

(11) Costas's Report in the Homicide of Jesse Brand Jr.

(12) Newspaper Articles

(13) People v Payton 2019 IL App (3d) 170364- U

(14) People v Cornelius D. Carter 3-14-0196

(15) Photos and Video from Scene (firearm charge)

(16)) Photos and Video from Scene (American Motor Inn)

(17) Dashcam footage Key (May 23, 2020)

(18) Body Camera footage Gable (May 23, 2020)

(19) Demonstrative video and Photos- Firearm Charge

(20) Emails between Dora Villarreal and Chantelle Leachman

(21) Sailor's Report (May 30, 2020)

(22) Jail Calls (Defendant)

(23) Jail Call log (Defendant)

(24) Dash Cam footage Costas (May 31, 2020)

(25) DNA Report

(26) Police Reports associated with 502-6th street, Rock Island, Il

(27) Calls To Service 502-6th street, Rock Island, Il

(28) 911 calls from American Motor Inn on May 31, 2020; June1, 2, 3, 4, 14, 2020

(29) Transcripts of 911 calls May 31,2020, June 1, 2020, June 2, 2020

**RESPECTFULLY SUBMITTED**
**ANTHONY TONY GAY**
**1228-14Th STREET**
**ROCK ISLAND, IL 61201**

### CERTIFICATE OF SERVICE
This certifies that I filed the above instrument on 1-20-2022

**RESPECTFULLY SUBMITTED**
**ANTHONY TONY GAY**
**1228-14TH STREET**
**ROCK ISLAND, IL 61201**