IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal No. 20-40026 |
| | ) | |
| **ANTHONY TONY GAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### UNITED STATES' PRELIMINARY EXHIBIT LIST
**(January 20, 2022)**

1. Glock .45 ACP handgun

2. Magazine and ammunition from handgun

3. Photographs of alley location, gun, house, vehicle

4. Overhead photographs and map of Rock Island

5. Body camera videos

6. Squad car videos

7. DNA swabs from Glock handgun

8. DNA exemplar from Anthony Gay

9. Certified copies of convictions for Anthony Gay

10. Ammunition recovered from American Motor Inn room

11. Scene photos from American Motor Inn

12. Ammunition photographs

13. Body camera footage

14. Jail calls and transcripts

15. Motel receipt

16. Illinois Department of Corrections records for Anthony Gay

        Respectfully submitted,

        Gregory K. Harris
        United States Attorney

BY: __/s/ John Mehochko_____
     John Mehochko
     Assistant United States Attorney
     1830 Second Avenue, Suite 250
     Rock Island, Illinois 61201
     Telephone (309) 793-5884

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on January 20, 2022, I electronically filed the foregoing materials with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participant(s) in the case.

        _/s/ John Mehochko_____
        JOHN MEHOCHKO
        ASSISTANT U.S. ATTORNEY