UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v

ANTHONY TONY GAY

20-cr-40026

**MOTION TO DISALLOW THE GOVERNMENT FROM PRESENTING ANY EXHIBITS OR .MOTION IN LIMINE**

Now comes the defendant filing this motion and states as follows:

(1) Even though our criminal justice system in America is based more upon racial and social control opposed to crime prevention, the defendant believes that there is a linger of hope for our criminal justice system and it is hope that has kept the defendant leaving the possibility of hope alive.

(2) On December 8, 2020, this court allowed the defendant to proceed pro se, but indicated that Elisabeth Pollock would be standby counsel for the purposes of questions by the defendant or technical purposes (she was no longer defendant's counsel).

(3) Not appreciating her role as standby counsel opposed to primary counsel, Elisabeth Pollock, blurted out to the court to set deadlines for motion in limine (which caused the defendant to cringe his face like someone stuffed him with a mouthful of sauerkraut). The defendant knew that when the Court set this deadline consistent with Ms. Pollock's suggestion, that it would be something that would apply and hold over the defendant's head opposed to the government.Nonetheless, the defendant wants a fair trial and the linger of hope left the defendant to believe he would receive a fair trial so the defendant with integrity made sure he presented his Motion In Limine, Exhibits and witness list in accordance with the court's order.

(4) In an attempt to be at an advantage and seize an opportunity to put the defendant at a disadvantage the government did not abide by the court's order and did not file its exhibits or make any motion in limine.

(5) For the foregoing reasons and to prevent the government from being at an advantage, the defendant requests that this court disallow the government from presenting exhibits and/or any Motion In Limine.

RESPECTFULLY SUBMITTED
ANTHONY TONY GAY
1228-14TH STREET
ROCK ISLAND, IL 61201

CERTIFICATE OF SERVICE

This certifies that I filed the above instrument on 1-21-2022

RESPECTFULLY SUBMITTED
ANTHONY TONY GAY
1228-14TH STREET
ROCK ISLAND, IL 61201