IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Criminal No. 20-40026 |
| ) | |
| **ANTHONY TONY GAY,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and for this Notice states as follows:

1. The defendant is charged in the Indictment in this case with one count of being a felon in possession of a firearm and one count of being a felon in possession of ammunition. Both offenses require the Government to prove that prior to the dates of possession alleged in the indictment, the defendant had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, that is a felony offense, and that the defendant knew that he had been so convicted of a felony.

2. The Government has tendered proposed stipulations to the defendant, but has received no response; the defendant has also indicated during pretrial proceedings in this matter that there would be "no stipulations" in this matter. If defendant chooses not to stipulate to his prior felony convictions and his knowledge of those convictions, the Government may elect to satisfy its burden by introducing certified copies of defendant's prior felony convictions and a corresponding "pen pack" from the Illinois

Department of Corrections, which contains certain records from defendant's prior incarceration in its facilities.

3. Pursuant to Federal Rule of Evidence 902(11), the Government provides notice that it may introduce and seek to admit the "pen pack" as a self-authenticated document through the declaration of a custodian of records, or other qualified employee, of the Illinois Department of Corrections which complies with the requirements of Federal Rule of Evidence 803(6)(A)-(C).

4. The Government has previously provided copies of the above-referenced "pen pack" to the defendant in discovery. The Government has also provided defendant with a copy of a compliant business record certification in regard to the "pen-pack." Finally, the Government has also previously provided defendant through discovery with certified copies of his prior felony convictions.

Respectfully Submitted,

Gregory K. Harris
United States Attorney

By: */s/ John Mehochko*
Assistant United States Attorney
1830 2nd Avenue, Suite 250
Rock Island, IL 61201

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2022, I electronically filed the foregoing materials with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participant(s) in the case.

*/s/ John Mehochko*
Assistant United States Attorney

2