UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.     20-cr-40026

ANTHONY TONY GAY

## MOTION TO RECONSIDER CALLING DORA VILLARREAL AND SCOTT GABLE AS A WITNESS FOR TRIAL

Now comes defendant, Anthony Tony Gay, filing this motion, pro se and state as follows:

(1) The defendant filed an ex parte motion for subpoena for Dora Villarreal (state's attorney) and Scott Gable (officer) to testify at defendant's motion to suppress hearing and trial.

(2) Scott Gable and Dora Villarreal filed a motion to quash [Doc 175 and 176]

(3) On January 24, 2022, this court granted their motion and indicated that their testimony will be irrelevant at the motion to suppress hearing and trial.

(4) On May 23, 2020, officer J.T. Key assaulted me. And officer Gable robbed me. I reported it to the Mayor. He said that he couldn't do anything about it. I looked up the prosecutor's personal phone number and gave it to Allies. They called her. In retaliation, the police targeted me. After being locked up, I complained to Mental Health. She talked to the prosecutor and instead of being returned my property, the police upped the ante (and pursued federal charges). Gable and Villarreal's testimony is relevant for trial.

(5) The defendant has a fundamental constitutional right to a fair opportunity to present a defense. California v. Trombetta, 467 U.S. 479 (1984)

(6) Whether rooted directly in the Due Process Clause of the Fourteenth Amendment, Chambers v. Mississippi 410 U.S. 284, 302 (1973), or in Compulsory Process or Confrontation Clauses of the

Sixth Amendment, Washington v. Texas, 388 U.S. 14, 23 (1967); Davis v. Alaska, 415 U.S. 308 (1974), the Constitution guarantees criminal defendants "a meaningful opportunity to present a complete defense. California v. Trombetta, 467 U.S., at 485. No new ground is broken in observing that an essential component of procedural fairness is an opportunity to be heard. In re Oliver, 333 U.S. 257, 273 (1948); Grannis v. Ordean 234 U.S. 385, 394 (1914)

In the absence of any valid justification exclusion of exculpatory evidence deprives a defendant of the basic right to have the prosecutor's case encounter and survive the crucible of meaningful adversarial testing." United States v. Cronic, 466 U.S. 648, 656 (1984)

(7) For the foregoing reasons, the defendant request that he be allowed to call Dora Villarreal and Scott Gable as witnesses.

/s/ [signature]

Respectfully submitted

Anthony Tony Gay
1228 - 14th street
Rock Island, Il 61201


CERTIFICATE OF SERVICE

This certifies that I filed the above instrument on 1-25-2022

/s/ [signature]

Respectfully Submitted

Anthony Gay
1228 - 14th street
Rock Island, Il 61201