# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# AT ROCK ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal No. 20-40026 |
| | ) | |
| **ANTHONY TONY GAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT'S MOTION TO CONTINUE MOTION HEARING AND TRIAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files his motion to continue both the March 14, 2022, motion hearing and the March 28, 2022, trial.

The defendant was charged via indictment on July 14, 2020. Throughout the case, the defendant has filed a number of motions to continue and has repeatedly requested that this Court appoint him new attorneys after he was unable to get along with previous counsel. Those motions were granted. Finally, the defendant requested that he be allowed to represent himself *pro se*, which motion this Court also granted after a court-ordered psychological exam of the defendant confirmed that he was competent to proceed pro se.

The case had been previously set for trial on February 7, 2022. However, on February 2, 2022, the defendant filed a motion to continue the trial because he had contracted COVID-19. R. 219. The Court granted the motion and reset the jury trial for March 28, 2022. d/e 2/4/22.

On February 28, a close family member of the undersigned passed away. On March 1, the undersigned flew out of state to be with family members, assist with final arrangements, and otherwise deal with the myriad financial and personal issues arising from the death of a loved one. The undersigned will be back in the office for the week of March 7, but will be leaving again on the evening of March 11 and returning on the evening of March 16 for what had been a previously planned trip to visit family, but which will now include further assisting with organizing the affairs of the departed family member, a process that will continue even after the undesigned returns to the office on March 17.

In addition, previous co-counsel who had been set to try this case on February 7, 2022, is now on extended family leave and unavailable to try the case. New co-counsel has been assigned, but is still in the process of becoming familiar with the facts and complicated procedural history of this case, something that has been further hampered by the undersigned's unexpected absence.

Finally, co-counsel has received a jury duty summons for March 14, 2022, and is therefore also unavailable for the currently scheduled motion hearing and pretrial conference.

Accordingly, because neither government counsel are available for the March 14, 2022, motion hearing and pre-trial conference, the government respectfully requests that the currently-scheduled hearing be continued. The government further requests that the jury trial currently scheduled for March 28, 2022, also be continued for approximately three to four weeks.

Throughout the pendency of this case, the defendant has been free on bond. This is the government's first motion to continue the trial.

WHEREFORE the Government respectfully requests that the court continue both the March 14 motion hearing and the trial.

        Respectfully Submitted,

        Gregory K. Harris
        United States Attorney

By: */s/ John Mehochko*
        Assistant United States Attorney
        1830 2nd Avenue, Suite 250
        Rock Island, IL 61201

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2022, I electronically filed the foregoing materials with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participant(s) in the case.

        */s/ John Mehochko*
        Assistant United States Attorney