UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cr-40026 |
| | ) |
| ANTHONY TONY GAY, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO QUASH SUBPOENA FOR TESTIMONY BY FEDERAL PUBLIC DEFENDER INVESTIGATOR SARAH REED

NOW COMES Sarah Reed, Investigator for the Federal Public Defender's Office for the Central District of Illinois, by her attorney, Thomas W. Patton, Federal Public Defender for the Central District of Illinois, and for her Motion to Quash Subpoena states as follows:

1. Defendant Anthony Gay has served Sarah Reed, Investigator with the Federal Public Defender's Office for the Central District of Illinois, with a subpoena for her testimony at the jury trial scheduled to take place on April 19, 2022.

2. Ms. Reed was assigned to Mr. Gay's case when he was represented by the Federal Defender's Office from approximately September 20, 2021, through the office's termination on December 8, 2021. During that time, Ms. Reed's limited role was to issue FOIA requests at the direction of Assistant Federal Public Defender Elisabeth Pollock, and traveling to the scene of the underlying traffic stop in Rock Island, Illinois, to view

the area. During the site visit, Ms. Reed took video of the path of Defendant's vehicle on the night of his arrest.

3.      Upon information and belief, Ms. Reed has no relevant, information which would be admissible under the Federal Rules of Evidence. She hereby requests that the subpoena be quashed pursuant to Federal Rule of Criminal Procedure 17(c)(2), or alternatively, that the Defendant be required to alert the Court as to what admissible, relevant information is in her possession that could be used at trial.

        Respectfully Submitted,

        THOMAS W. PATTON
        Federal Public Defender

By:     /s/ Thomas W. Patton
        Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, IL  61602
        (309) 671-7891
        Thomas_Patton@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the parties in the case.

    By:    /s/ Thomas W. Patton
               Federal Public Defender
               401 Main Street, Suite 1500
               Peoria, IL  61602
               (309) 671-7891
               Thomas_Patton@fd.org