UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V                                                                    20-cr-40026

ANTHONY TONY GAY

**MOTION TO TAKE NOTICE OF BIAS AND PREJUDICE OF JUDGE SHADID AND RECONSIDER DOC 269 and 272**

Now comes defendant filling this motion and state as follows:

(1) The defendant was tortured is solitary confinement for 22 years.

(2) Judge Shadid has no idea how it feels to be strapped down naked in a cold freezing cell for days and not allowed to eat. Judge Shadid has no idea how it feels to be fed mealloaf, an appetizing diet that looks like feces and tastes like dog food and depleted the defendant of his energy to punish the defendant for engaging in self harm in solitary confinement. Judge Shadid has no idea how I had to put razors in my eye, cut my neck, arms and legs and private parts in an attempt to alleviate the psychological pain of solitary confinement.

(3) Judge Shadid has no idea how the defendant cries at night because he knows that many people still linger and suffer in solitary confinement. Judge Shadid has know idea how the only way the defendant can fight off his psychological demons is to fight for the lost, hopeless and forgotten. Judge Shadid has no idea how many men Mom's call the defendant crying to the defendant for help in alleviating their son's torture in solitary confinement (triggering sad emotions in defendant).

(4) Judge Shadid has no idea how the defendant felt when two cousins were killed in 2020 and the defendant's son's mom was shot in the face and bullets were inches from hitting the defendant's two year-old son in the head. In addition, no one in the defendant's family wants to acknowledge it but the defendant's mother's condition doesn't appear to get better without slipping back to worse.

(5) Judge Shadid refuses to allow the defendant to go and talk to 8th grade students about his experience in solitary confinement and give the students an opportunity to engage in efforts to alleviate others' suffering. THIS CURTAILS THE DEFENDANT'S FIRST AMENDMENT RIGHTS TO FREEDOM OF SPEECH.

(6) Judge Shadid is only doing this because the defendant refused to keep Elisabeth Pollock as Counsel (he granted a similar motion when Elisabeth Pollock was Counsel).

(7) It should be noted that Judge Shadid is ignoring that this is therapeutic for the defendant's mental health. In addition, never consulted with the defendant's therapist about this issue. He just denied for no legit reason other than to treat the defendant like a slave in the early 1800's.

**RESPECTFULLY SUBMITTED**
**ANTHONY TONY GAY**
**1228-14TH STREET**
**ROCK ISLAND,IL 612101**

### CERTIFICATE OF SERVICE

This certifies that I filed the above instrument on 3-31-2022

**RESPECTFULLY SUBMITTED**
**ANTHONY TONY GAY**
**1228-14TH STREET**
**ROCK ISLAND, IL 61201**