# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

Submitted April 18, 2022

Decided April 18, 2022

Before

DIANE S. SYKES, *Chief Judge*
DIANE P. WOOD, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| No. 22-1648 | IN RE: <br> ANTHONY GAY, <br>             Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 4:20-cr-40026-JES-JEH-1 ||
| District Judge James E. Shadid ||

Upon consideration of the **PETITION FOR WRIT OF MANDAMUS**, filed on April 18, 2022, by pro se petitioner,

**IT IS ORDERED** that the petition is **DENIED**.

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_3J**    (form ID: **177**)