4:40 p.m.                              4·21

We would like to review:

- body cam Officer Saylor
- body cam     "     Costas

Foremen
*s/Foreperson*

FILED
APR 21 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

4/22/22

Rec'd from foreperson ahead of jury watching video

s/JES

First ~~minute~~ slow

Minute + 30 sec

3:30 - 5:10

7 minute to 9:00

7:20 - 9 → (my note from s/Foreperson statement in open court the 7:20-9 portion)

11:00 -

FILED
APR 22 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

what happens if a ~~unanimous~~ unanimous decision is not reached on both counts?

s/Foreperson

FILED
APR 22 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

2:20 PM

As a jury we have repeatedly voted and thru deliberations we have reached a decision that we will not be unanimous on ~~either~~ counts.

s/Foreperson

FILED
APR 22 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS