E-FILED
Wednesday, 04 May, 2022 04:18:57 PM
Clerk, U.S. District Court, ILCD



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA**

V

**ANTHONY TONY GAY**

20-cr-40026

### MOTION FOR STANDBY COUNSEL

Now comes defendant, Anthony Tony Gay, filing this motion and state as follows:

(1) I am the defendant in this case.

(2) I am pro se in this case.

(3) I need standby counsel in the event I have legal questions.

(4) I need standby counsel in the event that I decide to testify (to question me).

(5) For the foregoing reasons this motion should be granted.

**RESPECTFULLY SUBMITTED**
**ANTHONY TONY GAY**
**1228-14TH STREET**
**ROCK ISLAND, IL 61201**

### CERTIFICATE OF SERVICE

This certifies that I filed the above instrument on 5-4-2022

**ANTHONY TONY GAY**
**1228-14TH STREET**
**ROCK ISLAND,IL 61201**