*s/Foreperson*

5:38 PM

foreperson

Plan to work till 6:00

FILED
MAY 19 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

9:51 AM

We have reached a verdict on all charges

s/Foreperson

FILED

MAY 1 9 2022

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS