UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 4:20-cr-40026 |
| ANTHONY TONY GAY, ) | |
| Defendant. ) | |

## Motion to Extend Time for Providing Discovery and Expert Disclosure

Defendant, Anthony Gay, through his attorney, Jennifer Soble of the Illinois Prison Project, presents the following Motion to Extend Time for Filing Post-Trial Motions. In further support of his motion, Mr. Gay states the following:

1. Mr. Gay was charged by indictment with one count of posession of a firearm by a felon and one count of possession of ammunition, both pursuant to 18 U.S.C. S 922.

2. On May 19, 2022, Mr. Gay was convicted by a jury. Sentencing is scheduled for May 23, 2023.

3. On February 7, 2023, this Court ordered that the defense provide discovery and expert disclosures by April 3, 2023.

4. Undersigned counsel was unexpectedly diagnosed with Covid-19 on March 26, 2023, and was both out of the office and in quarantine until March 30, 2023. During that time, counsel was unable to meet with Mr. Gay, including reviewing expert disclosures.

5. Counsel requires three additional business days to meet with Mr. Gay to discuss any expert report and disclosures.

6. For these reasons, Mr. Gay respectfully requests that this Court extend the period of time for discovery and expert disclosures from April 3, 2023 to April 6, 2023.

7. Counsel has contacted AUSAs John Mehochko and Jen Matthews to ascertain their position on this request, but has not received a response at the time of this filing.

Respectfully Submitted,

Attorney for Anthony Gay, Defendant

/s/Jennifer Soble

Illinois Prison Project
53 W. Jackson, Suite 452
Chicago, IL 60604
ph: (312) 324-4463 x701
fax: (773) 389-3344
jennifer@illinoisprisonproject.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: AUSA John Mehochko.

/s/ Jennifer Soble
Attorney for Defendant