The Honorable James E. Shadid
U.S. District Judge
204 U.S. Courthouse
100 N.E. Monroe Street

Peoria, IL 61602

 12/6/2022

Dear Honorable James E. Shadid,

I am Alexander Ozawa, an Illinois resident, small business owner, and concerned community member. I work closely with people incarcerated, the formerly incarcerated, and their family members as a volunteer at the Chicago Alliance Against Racist and Political Repression. I am friends with Anthony Gay, and have been supporting him throughout his legal battles this past year.

I have known Anthony Gay for over a year now, and he has become someone I hold very close to my heart. I met Anthony through mutual friends with children inside Illinois prisons, and our mutual friends spoke very highly of him. After a brief introduction message to Anthony, he quickly replied and very kindly spent several hours meeting with me as he listened to my concerns for those incarcerated and shared his own life experiences.

Anthony is someone with an enormous heart and cares deeply for others. As I learned his story, it was truly moving to hear about his decades in solitary confinement in the prison system, his struggles with mental health in solitary conditions, and how after all of this he persevered and continued advocating for others who have experienced similar circumstances to his. For Anthony, it has never been about him - he wants a more compassionate and humane world for everyone.

Despite his imprisonment, Anthony's years inside were spent with self-growth and education. Anthony studied the law, read countless books, and expanded his understanding of the outside world. He is a gifted person with not only an empathetic soul, but a mind that is curious and considerate. He is a deep thinker, and it shows in the ways he has represented himself in the legal system, and the everyday efforts he makes for others.

The last time I saw Anthony in person, it was after a court date in Peoria IL. We met for lunch with other family and friends, and I was eager to have a chance to speak with Anthony and offer him reassurances that we love him and will continue supporting him. Not to be surprised, Anthony was the one giving reassurances to everyone and asking how they were doing! He remembers the little things: where you work, your family, your hometown, what you care about, and the list goes on.

I ask you to please sentence Anthony to probation, so he can be with his family and continue doing good work in our communities. He has shown immense self-improvement throughout his years, and has so much to offer in life. I will be here along with many others to support him with financial funds when possible, and provide emotional support as he has done for all of us.

*Alec Ozawa*

1128 N Phelps Ave
Arlington Hts, IL 60004

The Honorable Judge James E Shadid
U.S. District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL  61602

December 7, 2022

Dear Honorable James E. Shadid,

My name is Aliza Feder, and I have been an Illinois resident for 22 years. I am writing to you regarding Anthony Gay.

Anthony is a remarkable person who has worked incredibly hard to educate himself and become an advocate for others. I fully support him and it is clear from the wider community that he will be extremely well supported during his transition and beyond.

I ask that you sentence Anthony Gay to probation so that he can be a parent to his child, support his family, and continue to do meaningful work in our community.

Thank you,



Aliza Feder
2024 W Foster Ave
Chicago, IL  60625

The Honorable James E. Shadid
U.S. District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602


December 7, 2022


Dear Honorable James E. Shadid,

My name is Annika O'Melia and I am writing this letter in support of Anthony Gay. I grew up and live in the same community as Anthony in Rock Island, Illinois. I currently own a private practice, Quad City Psychotherapy, where I am a licensed clinical social worker providing psychotherapy. I previously served as Chief Executive Officer of Edgerton Women's Health Center, a Title X and WIC grant holder in the State of Iowa and have worked in child welfare and in the St. Louis Juvenile Court system as a victim advocate. I earned my bachelor's degree from Northwestern University and my master's degree from Washington University in St. Louis.

I met Anthony through separate work we were doing in our community to address police/community relations. I was working with a group to help establish a Police Community Relations Commission at the city level and Anthony reached out to me to share his experiences and see where we might partner. Prior to his most recent legal issues, I was helping Anthony to set up a non-profit, The Section 1983 Initiative, aimed at helping residents understand their rights and advocate for themselves when interfacing with law enforcement in our community. I accompanied Anthony on a trip to Chicago where he met with the Rainbow Push Coalition, Rev. Jesse Jackson, and other leaders to discuss both the Section 1983 Initiative and the legislation aimed at ending solitary confinement practices.

Anthony is a tireless advocate for criminal justice reform. He was a bit of a thorn in the side of our police department and Mayor as he was not afraid to raise concerns and fight for justice. I attended several city council meetings in which Anthony powerfully addressed the issues in our community and asked the mayor and council members to look more closely at the behaviors and practices of the police department.

In my opinion, Anthony is a passionate and valuable member of our community who is capable of making real change to the place where he lives. He has made connections with folks at Augustana College and was selected for a grant opportunity through the Community Foundation of the Greater Riverbend (which he had to withdraw from due to his pending legal issues) to make his non-profit operational. Anthony is able to network and build coalitions of people to accomplish goals. People in the community know he is willing to fight for them and he is able to engage those previously incarcerated folks who we need around decision-making tables at the city level.

I ask that you sentence Anthony to probation so that he can continue to do good work in his community.


Respectfully Submitted,

Annika O'Melia, LISW, LCSW
2920 32nd Street Ct.
Rock Island, IL 61201

**The Honorable James E. Shadid**
**U.S. District Judge**
**204 U.S. Courthouse**
**100 N.E. Monroe Street**
**Peoria, IL 61602**

12/6/2022

Dear Honorable James E. Shadid,

My name is Ashley Stewack. I am a resident of Illinois, an artist, small business owner and community member in Chicago, IL. As an adopted person who was separated from my birth father due to incarceration, I am passionate about working along side community to help bring loved ones home.

I met Anthony Gay about a year ago and was immediately inspired by his fierce heart and commitment to serving the community. Anthony truly wants to make the world a better place and has shown consistent effort towards this vision for several decades. Anthony's courage and conviction has personally had a profound impact on my life. He has attended countless meetings, spent hours and hours advocating for others after experiencing an unfathomable amount of time in solitary confinement and persevering through it all.

Not only is Anthony a great part of the Illinois community fabric, he is a father to his child. As someone who has personally struggled from mental health issues due to family separation and incarceration, I worry about Anthony's own continued struggle with this with limited access to his support system and resources to properly manage his mental health. If not for the community at large, I ask you to please consider allowing Anthony to be put on probation to be with his family and continue the great work he is doing in Illinois. Family separation and prison can completely shatter family units and has ripple effects sometimes for generations. Anthony has shown an incredible commitment to finding ways to aid in rehabilitation and healing for others and we'd love to offer him support in re-integrating again with us and his family.

I thank you for your time and consideration,
Ashley Stewack

*Ashley Stewack*

**January 30, 2023**

The Honorable James E. Shadid
U.S. District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

Dear Honorable James E. Shadid:

My name is Ciara Anderson, and I am a civil rights attorney in Denver, Colorado. I met Anthony while I was in law school in 2019 when he was looking for help to write a book about his experience in solitary confinement. Having met Anthony through sharing his story about solitary confinement, I was both worried and surprised to learn that he was returning to jail.

What started as typing a manuscript quickly turned into a very inspiring friendship with Anthony, and I am genuinely happy to write a letter to provide the Court a glimpse of the truly incredible person that Anthony Gay is. Anthony inspired my directed research paper my final year of law school. The introductory footnote of my 2019 paper reads, in part, "I also want to thank Anthony Gay, who is willing to share his story with me and makes any idea I have ten times better with his own. The world is lucky to have people like Anthony in it." I meant those words in 2019, and I still mean them today.

In my opinion, Anthony is kind, hard-working, resourceful, and unapologetically strives toward a more just world. Anthony is a survivor. He is steadfast in maintaining his hope for the world and himself, and he works to make good out of bad experiences. This is evident through his efforts to champion those who continue to suffer in solitary confinement, even after he was freed. He works selflessly and tirelessly because he truly does not want any other person to suffer the mental anguish that he suffered. Anthony's perspective and advocacy within the community are refreshing, unique, and necessary.

It is challenging to put into words how much respect and admiration I have for who Anthony is. He is not perfect; he is human. He is someone that I call and know that I will get off the phone feeling more inspired. I ask that you sentence Anthony to probation, so that he can support his family and continue to do good work in the community. I appreciate your consideration of my letter.

Sincerely,

Ciara M. Anderson
2701 Lawrence St., Ste. 100
Denver, CO 80205
ca@rmlawyers.com | 931-436-4665

The Honorable James E. Shadid

U.S. District Judge

204 U.S. Courthouse

100 N.E. Monroe Street

Peoria, IL 61602

December 08, 2022

Dear Honorable James E. Shadid,

My name is Destinee Ortiz. I am a Will County Board Member, substitute teacher, and a community volunteer. I came to know Anthony Gay through mutual friends and similar interests in finding solutions to social justice issues. Anthony offered to help my campaign with digital support and artistic creations for social media. I was very moved by his enthusiasm to support and engage so positively with candidates and incumbent elected officials. Anthony graciously gave his time and knowledge to nearly 80 eighth grade students when he and two people he invited from Chicago Votes Organization spoke about how bills become laws, who their State Senators and State Representatives are, and how to reach out to them if needed. I have been personally influenced and inspired by Anthony's involvement in multiple organizations fighting for progress and a better future.

Anthony and I have grown to be friends and I support his ambitions to always do and be better. I have known Anthony Gay to be a very calm and honest person . In my opinion, Anthony Gay is engaged with community members far and near and strives to make this world a greater place to live. He is an optimistic and kindhearted person. Anthony has my full support and I ask that you sentence Anthony to probation, so that he can continue to do good work in the community.

Honored,

Destinee Ortiz

Will County Board Member

708 Geneva Ave

Romeoville, Illinois 60446

The Honorable James E. Shadid
U.S. District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

December 9, 2022

Judge Shadid –

My name is Joe Iosbaker, and I'm a retired state of Illinois employee. In my 32 years of work at the
University of Illinois at Chicago, I was awarded a number of honors. To cite only two: As an
administrative employee in the Dean's Office in the College of Medicine, in 2010, the medical students
voted me employee of the year. I received more votes than any other employee who had previously
received that award. In 2019, I received an Award of Merit for outstanding Academic Professionals and
Civil Service employees. That was for my work in the Office of Sustainability where I authored the
Sustainable Materials Management Plan.

I still live in Chicago. For almost 30 years I was an active member and officer of my union, SEIU Local
73.

I became involved in efforts to address issues in our criminal justice system largely as a result of
friendships with Black and Latino co-workers, as I came to understand that many of them had children or
loved ones that were imprisoned or had died at the hands of Chicago police.

Through this social justice movement, I learned this year of the case of Anthony Gay. I attended several
of his court appearances in your court room this spring.

In my opinion, Anthony Gay is a brilliant man who has suffered terribly. You know about the
legislation he crafted dealing with excessive use of solitary confinement. I'm sure you have heard his
interview on WBEZ, and the statement made on his behalf by Angela Davis. There are many in the
social justice movement who see his potential to provide constructive direction for others who have
been in his position: wrongfully convicted, unjustly sentenced, and looking for a way to advance
themselves.

I ask that you sentence Anthony to probation. He has a community of family and friends; and he
has a young child. Allow him to be among those that love him, where I'm certain he will make
contributions to a better world.

Joe Iosbaker
6324 S. Kimbark Ave. #401
Chicago IL 60637

My name is Karen Hicks from "A FEW GOOD WOMEN" and I'm writing this letter in SUPPORT of ANTHONY GAY and I truly BELIEVE that "WE" are NOT truly paying ATTENTION to a YOUNG MAN like this that I met over the AIRWAVES listening to WVON and hearing this YOUNG MAN helping so many of his OWN peers that have gotten got up in a UNFAIR system that needs to be REFORMED and MORE rehabilitated for our MEN.

So, on behalf of "A FEW GOOD WOMEN" I'm asking that ANTHONY GAY be released to help with my organization and others.

708-351-4003
Karen Hicks



The Honorable James E. Shadid
U.S. District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

December 8, 2022

Dear Honorable James E. Shadid,

I am writing in support of Anthony Gay. My name is Rev. Lindsey Hammond, and I am Restore Justice's
Policy Director. Restore Justice advocates for changes to Illinois' sentencing laws, particularly for
children and young adults. We also advocate for better prison conditions and reforms that protect
people who are incarcerated in Illinois.

I met Anthony several years ago through our shared advocacy and policy work to limit the use of solitary
confinement in Illinois. Anthony is one of the most passionate advocates I have ever worked with. He is
full of compassion, care, and concern for people who are suffering through inhumane conditions
considered torture under international standards. Anthony could have lived his life without fighting for
the people he knew were still being harmed. Instead, he has devoted his time since he returned home
from his incarceration in the Illinois Department of Corrections to tirelessly bringing attention to
devastating impact solitary confinement has on people's mental and physical health.

Anthony is dedicated and driven to helping others. I have spent many hours with Anthony and have been
impressed by his unwavering commitment to making our state more compassionate for people who are
incarcerated. He has made such a strong impact in this area that Representative La Shawn Ford named
HB3564 the Anthony Gay Law to restrict the use of solitary confinement in Illinois. When Anthony had
the opportunity to testify before the House Judiciary - Criminal Committee in the spring of 2021, he
captivated legislators with his compelling testimony and effectively urged the Committee to advance the
bill with bipartisan support. Anthony does everything he can to inform and compel people to action. One
example that stands out to me is when several state senators were surprised and moved to receive a
personal phone call from activist Angela Davis to support HB3564 because of Anthony's request. Anthony
is so persuasive that it is often hard for people to say no when he asks for support.

Restore Justice and I will do whatever we can to help make Anthony's transition back into the
community successful. I ask that you sentence Anthony to probation so that he can continue his
important work and advocacy, and help to make our state more humane.

Sincerely,

Rev. Lindsey Hammond
Policy Director

The Honorable James E. Shadid
U.S. District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

November 29, 2022

Dear Honorable James E. Shadid,

My name is Darlisa M. Kendall. . I am a registered dental hygienist and real estate agent.  I am a friend of Anthony Gay.

I have known Anthony Gay Anthony for about 1 year and a half. I had the pleasure of meeting Anthony while I was helping my son. I know that Anthony is a genuine person with a huge heart. Anthony is caring and passionate and  willing to help anyone in need.

In my opinion Anthony Gay is one of the most kindest people I know. Anthony has been on the front lines with criminal justice reform and helping others since I met him. Anthony was in the process of having a bill passed in his name for the amount of time an inmate can remain in solitary confinement in the Illinois Department of Correction.   I can not think of anyone more worthy of being release on home confinement then Anthony Gay. Mr. Gay is a family man and loved spending time with his son. He is a good father and son. Please help bring Anthony home to his family and friends.

I  attended the trial and found that Anthony doesn't belong in jail. I ask that you sentence Anthony to probation, so that he can  support his family, raise his child, continue to do good work in the community).

Respectfully,

Darlisa M. Kendall

Northwestern
PRITZKER SCHOOL OF LAW

Bluhm Legal Clinic
375 East Chicago Avenue
Chicago, Illinois 60611-3069

legalclinic@law.northwestern.edu
Office 312. 503. 8576
Fax 312. 503. 8977
www.law.northwestern.edu

5/17/2023

To whom it may concern:

I am Marjorie B. Moss, the Director of the Social Work Advocacy program at Bluhm Legal Clinic of
Northwestern Pritzker School of Law, where I have worked since 2005. I am responsible for assisting
individuals who are involved in the justice system and I am tasked with developing and setting up the
necessary supports and structure for my clients to succeed while incarcerated and when released back
into the community. I have almost twenty years of experience assisting inmates successfully
reintegrate back into society after years of incarceration. I often take on the role as case manager to
assist our clients with their re-entry process, which is the role I took with Anthony Gay when he was
released from the Illinois Department of Corrections in 2018; although,  I began working with
Anthony in 2016 and bore witness to the trauma and pain Anthony suffered while in IDOC and when
in the county jail.

In late 2016 Anthony's legal team recognized that Anthony's medical and mental health needs were
not being met at IDOC. Nor would IDOC ever be equipped to provide him with the necessary mental
health support he needed due to his history of trauma and abuse he suffered during his incarceration
and in particular during is twenty-two years of solitary confinement.  I therefore joined Anthony's
legal team to provide any additional support he needed during his incarceration.

Prior to Anthony's release from IDOC in 2018 it was established that I would continue working with
him and serve as a case manager to ensure that his needs were met and that he had the necessary
stability in his life to move forward and successfully reintegrate back into society. Upon his release
from IDOC  I assisted Anthony  in navigating his reintegration back into society and served as a case
manager for Anthony to ensure he has the support and resource  he needs to be successful.

When Anthony was released from IDOC in 2018 I assisted him in obtaining much needed quality
mental health services through the Robert Young Center. Anthony has consistently utilized therapeutic
services within his community as a mechanism to grow as an individual. He is one of the few clients I
have ever worked with who has truly done all he could to take full advantage of therapeutic services.

Prior to Anthony's detainment in Federal Custody he had been successfully re-integrating within his
community and was positively impacting the justice system through his advocacy around creating
legislation to end solitary confinement. Despite the trauma Anthony suffered, his ability to advocate
against solitary confinement, work on legislation, engage in speaking events was inspiring to witness.
During his much too brief time in the community Anthony was not only positively impacting the
community around him but also helping to improve the justice system.

In addition to working on legislation to end solitary confinement Anthony also wrote and published a book, Rope of Hope, has regularly meet with professors, and taught classes to high school, college and law students regarding his life and experiences within IDOC. Anthony also became a father and shared caretaking responsibilities with his son's mother.

It is my opinion that  the community and the justice system need more individuals like Anthony. He is an asset to his community and is focused on making our justice system more justice.  If I can provide any additional information about Anthony please do not hesitate to reach out to me at m-moss@law.northwestern.edu or 312-503-0774

Thank you,

_____

Marjorie B. Moss
Northwestern School of Law, Bluhm Legal Clinic
Director, Social Work Advocacy Program
312-503-0774
m-moss@.law.northwestern.edu

January 2, 2023

Good morning Your Honor,

My name is Patricia Droogan, I am a Mother and a Grandmother from Bolingbrook IL, I am reaching out to you your Honor, on behalf of my friend Anthony Gay. I met Anthony through my friend Karen Hicks about three years ago. I read his entire journey going through our court system, he was seventeen years old at the time, when he was given seven years for something I feel, my own children would've gotten much less time for. Anthony was then put in a grown man's prison at the age of seventeen, over a dollar and some change and a fight, he was seventeen years old.

Anthony Gay is a wonderful father and has been a very good friend to me regarding my diabetes and a lot of stuff I have been going through in my life, in spite of all that he has been going through.

Your honor, I Pray for Anthony Gay and I Pray for you, because I know that your job is not an easy one, when you are making a decision on how the rest of a person's life should go? I truly believe it takes an entire village, with you as the head of that village your Honor, to help guide us on the path we need to go.

With that being said, My Prayer is that you will help Anthony Gay get his life back, so that he may continue to be a great father to his son, so he can also be a productive member of society, and also continue to be the friend he has been for me.

Thank you Your Honor for your ear on this critical matter, regarding Anthony Gay and his son, Please bring him home on the ankle monitor and allow him to be near his son. We would all like to help Anthony on his journey once he comes home.

I truly thank you for your time today Your Honor,

Have a blessed day

Sincerely,

Patricia Droogan

306D Woodcreek Dr

Bolingbrook, IL 60440

(630)-901-2093



**Sarah Grady**
sarah@kaplangrady.com
312 852 2184

May 18, 2023

Hon. James E. Shadid
United States District Judge
United States District Court for the
      Central District of Illinois
204 U.S. Courthouse
100 N.E. Monroe St.
Peoria, Illinois 61602

    Re: Anthony Gay

    Dear Hon. Judge Shadid:

    I write in support of Anthony Gay, in advance of his sentencing hearing on May 23. I have known Anthony for several years, and I represented him in a civil rights lawsuit against the Illinois Department of Corrections and Wexford Health Sources, Inc. (along with employees from each), challenging the abhorrent conditions he endured during the nearly 22 years he was relegated to solitary confinement and the corresponding lack of any mental health treatment. Evidence adduced in that case and in other cases where Mr. Gay served as a key witness[1] has made clear that the State of Illinois failed to live up to even its most basic responsibilities under the United States Constitution and federal law when it came to its treatment of Anthony.

    As you know, Anthony was freed from prison in 2018. I met him shortly after his release. From the start, Anthony has been committed to doing everything in his power to ensure that the torture he endured does not happen to other men and women behind bars. I watched Anthony tirelessly pursue legislation in Illinois to limit how long the IDOC can keep folks in solitary confinement, and to ensure that even while in solitary confinement, folks get access to medical and mental health treatment, as well as other basic necessities like exercise and time outside. Anthony's efforts were so successful that Rep. La Shawn K. Ford proposed the Anthony Gay Isolated Confinement Restriction Act, which passed the Illinois House of Representatives and is pending in the Illinois Senate.[2] The bill is an incredibly important step to curbing the IDOC's overreliance on solitary confinement to address the lack of mental health treatment being provided to men and women incarcerated in Illinois, and it owes its very existence to Anthony Gay.

---

    [1] This includes *Rasho v. Jeffreys*, No. 07-cv-1298-MMM (C.D. Ill.), the class action lawsuit brought on behalf of incarcerated individuals in IDOC with mental health needs.

    [2] Bill Status of HB3564, *available at* https://www.ilga.gov/legislation/BillStatus.asp?GAID=16&GA=102&DocNum=3564&DocTypeID=HB&SessionID=110&LegID=&SpecSess=&Session= (last visited May 17, 2023).

Kaplan & Grady LLC
1953 N. Clybourn Ave., Suite 274, Chicago, IL 60614        www.kaplangrady.com

Letter to Hon. Judge Shadid
May 18, 2023
Page 2 of 3

Anthony has explained that the prospect of dedicating his life to changing the deadly conditions he experienced was often the only thing that kept him going during the darkest days in prison.[3] Anthony's continuing devotion to this cause has been clear in every interaction that we've had throughout the years, both while I served as his attorney (at my prior firm, Loevy & Loevy) and afterward. Quite frankly, in my experience working and volunteering on issues regarding criminal legal reform, few formerly incarcerated individuals in Illinois have had a greater impact on criminal legal reform than Anthony.

The movement to address solitary confinement would be devastated if Anthony were to be sentenced to a period of substantial incarceration. He is a leader of this movement in Illinois, and he has educated a wide array of individuals, whose resulting efforts have helped to ensure that men and women locked away in solitary confinement are not forgotten. Even those who believe that solitary confinement has a place in incarceration are served well by having Anthony free and engaged in the issue, as he urges that this method of imprisonment does not become the way to hide a myriad of other problems (lack of mental health care, lack of programming, etc.) that exist within the IDOC—problems acknowledged by both criminal legal reformists and staunch advocates of carceral practices alike.

As I expect other materials submitted to this Court will lay out, Anthony would also be devastated by incarceration. Anthony's prior period of incarceration was marked by incident after incident of self-harm—incidents that required frequent trips to the emergency room and left Anthony with permanent scars all over his body.

Anthony is a former client but also a good friend. He has shown incredible resilience in the face of abject disregard by the same type of people who I expect will ask this Court to impose meaningful retribution against him. Anthony is a loving and beloved person—someone who has taught me so much about the need to persevere even when things reach their lowest point.

I know that at the upcoming hearing, you will be tasked with the difficult responsibility of deciding how to resolve competing positions on what sentence will be sufficient, but no greater than necessary, to achieve the aims of federal sentencing. I can only offer my thoughts for consideration: to sentence Anthony to a period of meaningful incarceration would be far greater than necessary to comply with any of the legitimate sentencing goals, and would work a disservice to Anthony, his community, and the public writ large in Illinois. The public, and the ever-growing number of currently and formerly

---

[3] Stacy St. Clair, "Anthony Gay's Decades in Solitary Confinement Led to Self-Mutilation. Now a Proposed Law to Limit Prisoner Isolation in Illinois Is Named in His Honor," CHICAGO TRIB. (Mar. 10, 2020), *available at* https://www.chicagotribune.com/news/breaking/ct-solitary-confinement-illinois-prison-law-20200310-sjujwdcklrbitotj72ywrxpbfa-story.html (last visited May 17, 2023).

Letter to Hon. Judge Shadid
May 18, 2023
Page 3 of 3

incarcerated individuals who comprise it, deserve to have Anthony continuing to raise public awareness of solitary confinement and its disastrous effects.

Thank you for your time and consideration of this letter.

Sincerely,

Sarah Grady

The Honorable James E.Shadid
U.S.District Judge
204.N.E Monroe Street
Peoria.IL 61602

12/07/2022

Dear Honorable James E.Shadid,

I'm Shasta Jones a Co-Chair of the Chicago Alliance Against Racist and Political Repression in Chicago,IL and a friend of Anthony Gay since 2019, and in this 3 years he has proven to be a man of his word, and a great frind willing to help anyone at any time.

Anthony has worked to make a positive difference in the lives of his friends and family members. He's the type of person who's demeanor calms a room without words. You just know he's someone you can speak with at any time. He has been a huge role model in the community leading by example as well as teaching our youth ways to help out in the areas they live in and how to be respectful,kind and obedient to adults. He's a wonderful Father to his son, his motivation for life.
I watched Anthony speak at a rally and saw the strength he had and just knew I was going to be friends with this man, I wanted to know more about him and what else he knew. This is not someone who needs to be in prison; he deserves a fighting chance. I ask that you sentence Anthony to probation, so that he can continue to be there for his son and family and continue to shed love all throughout this state.
Thank You.

The Struggle Continues, So We  Keep Fighting.
Shasta Jones (She/Her)
Administrative Assistant-NAARPR
Co-chair, Executive Committee-CAARPR
312-409-0101

The Honorable James E. Shadid
U.S. District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

December 3, 2022

Dear Honorable James E. Shadid,

My name is Steve Robinson, President of New Media Productions in Boston, MA.  I am a public radio professional having served as a producer and general manager at various radio stations around the United States for over 50 years.

I am writing on behalf of Anthony Gay to strongly urge you to sentence Anthony to probation rather than prison.

Some years ago I read an article in the Chicago Tribune about Anthony's release from prison after being held in solitary confinement for over two decades.  I contacted Anthony after reading the article and we have been in touch ever since.  We discussed the production of a podcast about his life and I helped him on numerous occasions with financial matters and, as well, helped him obtain speaking engagements.

It's a rare individual who can suffer for so long in solitary confinement and emerge -not bitter and mentally devastated - but determined to help others suffering the same kind of treatment.  And that's exactly what Anthony did: he fought hard and long to do something with the result being passage by the Illinois House of the Anthony Gay Act. The bill is now before the Illinois Senate.  How many people who have suffered the way Anthony did in prison can say that a bill to help others has been named for them? None that I know.

I have never met an individual with Anthony's fortitude, strength and passion to help others.  Anthony has been and continues to be an inspiration for me and I'm sure for countless others who stand in awe of his dedication and achievements.  Anthony deserves to be awarded a Profile in Courage, not another prison sentence and so I ask you from the bottom of my heart to sentence Anthony to probation so that he can continue to advocate for passage of the Anthony Gay Act, continue to do good work in the community and to provide for his family.

Thank you.

Sincerely,

Steve Robinson, President
New Media Productions
15 Gray Birch Lane

Wayland, MA 01778
(312) 545-3535
steve@newmediaproduct.com



**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

The Honorable James E. Shadid
U.S. District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

May 17, 2023

Dear Honorable James E. Shadid,

I am a lawyer who met Anthony Gay when he was incarcerated at Tamms Correctional Center at least ten years ago.  At that time, despite being locked up alone for 23-hours a day and being in a cage in the yard for another hour, he was pleasant and cool and genuine. I took inspiration from his resilience and grace.  We wrote occasionally.  I never thought I would see Anthony as a free man.

Anthony called me when he was released.  I was delighted and flabbergasted as I thought he was incarcerated for life. We laughed and told stories like old friends.  From then until his recent trial, we talked often, sometimes once a week or more.  I talked with Anthony about his life in prison and out; about his hopes and dreams; about his scars and battles; but mostly about his desire to fight for those left behind in solitary confinement.  Anthony had, and still has, one of the deepest senses of conviction to see justice done of any man I have never met.  Not once in our many, many conversations did Anthony show any unreasonable anger, make any threats, or act in a way that was anything other than genuine concern and love for people he feels are being unfairly treated.  Anthony worked tirelessly to End Solitary Confinement.  He worked with activists, lawyers, the media and politicians.  Anthony spoke to school kids, reporters, clergy, anybody, and everybody who would listen.  He made great headway with these efforts through the Illinois legislature.   It shows the true measure of this man that he was out and free and did not have to spend his precious new free life fighting for those left behind, but he did.

Anthony loved his mother who became very ill right before his trial.  He loves his son "Little Blue" and often talks about how much he needs to be present for his little man.  I have seen them together and Anthony is a good father.  He teaches his son through word and by example.  Anthony's son needs him as he grows to be a man.   Anthony cares for his community.  He organized a non-profit that teaches the community about civil rights.  I am proud to be a board member.   I have attended a City Counsel meeting with Anthony where he spoke passionately about civil rights and equality in his community.

Above all else, I can say I have never felt Anthony was a threat to anyone.  No one has ever reported to me that he committed a violent act.  In all the time I have known him I have

*We stand for our clients.*

HEADQUARTERS
One Court Street
Alton, IL 62002
TEL: (618) 259-2222
FAX: (618) 259-2251

NEW YORK
112 Madison Avenue
New York, NY 10016
TEL: (212) 784-6400
FAX: (212) 213-5949

CHICAGO
230 W. Monroe
Suite 2221
Chicago, IL 60606
TEL: (312) 759-7500
FAX: (312) 759-7516

SAN FRANCISCO
455 Market Street
Suite 2220
San Francisco, CA 94105
TEL: (415) 536-3986
FAX: (415) 537-4120

LOS ANGELES
100 N. Pacific Coast Highway
Suite 1350
El Segundo, CA 90245
TEL: (310) 322-3555
FAX: (310) 322-3655

ST. LOUIS
231 S. Bemiston Avenue
Suite 525
St. Louis, MO 63105
TEL: (800) 479-9533



never heard Anthony make a threat and have never sensed a threat.  His efforts as a not incarcerated man for those still incarcerated and subject to solitary or other forms of punishment are very important.  Honestly if Anthony doesn't do this, I don't think it will be done.  This work is very important.

   For all these reasons and because it is merciful, I ask this Court to please sentence Mr. Gay to probation. Please do not punish him for defending himself at trial, the only way he felt appropriate.


Sincerely,

Ted Gianaris
SIMMONS HANLY CONROY

The Honorable James E. Shadid
U.S. District Judge
204 U.S. Courthouse
100 N.E Monroe Street
Peoria, IL, 61602

December, 8th 2022

Dear Honorable James E. Shadid,

My name is Tulsi McDaniels, a Chicago resident since 2014. I have worked in the service industry for the majority of my career, and in my personal time, became more genuinely active in the social justice struggle since the George Floydd rebellion. It is important to mention what a catalyst for change this time presented- when demonstrations all over the U.S erupted in a global movement of the masses.

I have had the great honor of meeting Anthony through the Chicago Alliance Against Racist and Political Repression in 2021 at a rally to end the prisoners in Menard Penitentiary. The event itself drew a small crowd, but Anthony and loved ones of the incarcerated had no objection to telling their personal stories. Anthony in particular is able to recount his horrific experience in solitary confinement time and time again. The sheer dedication to his cause is always met to those that share tortuous conditions at Menards. He speaks on behalf of those that are not physically with us. He is a force that commands the room and brightens even the gloomy day of our meeting.

Anthony Gay has the whole community behind him. We will continue to seek justice and support him after his defeat in federal court.

I ask that you sentence Anthony to probation, so that he can continue to do work in the community.

Tulsi McDaniels
2003 W Cermak rd.
Chicago, IL 60608

May 19, 2023

To whom it may concern:

Having known Anthony Gay since 2010, I write in my personal capacity in strong support of Anthony in the hope that he may be able to continue receive the support and stability that life in the community has offered him. That community, and the broader criminal justice field, stand to gain from Anthony's contributions to the conversation of reform efforts in Illinois.

I am the Assistant Director of the Juvenile Defender Resource Center, a founding board member of Restore Justice, and a board member of the Juvenile Justice Initiative. I first met Anthony as his appellate attorney in my work at the Office of the State Appellate Defender. Working on his case and getting to know Anthony had a profound impact on my approach to advocacy. His experience in the Department of Corrections helped fuel my desire to better understand how our prison system worked. Before knowing Anthony, I would bring groups of students and attorneys for tours of Stateville Correctional Center. While these experiences were valuable, I began to understand that I was receiving a curated version and vision of the truth. As I continued to work as Anthony's attorney, I became an active volunteer with the John Howard Association (JHA). On JHA prison visits we had much greater opportunity to explore deeper into the communities behind the walls. It was on one of these visits that I was able to speak cell-front with Anthony – not as his lawyer, but as a person hoping to better understand the experience of those living in solitary confinement. I met a man who was suffering deeply from that experience, but in the midst of that pain, he was also speaking on behalf of others who were similarly situated. He wanted their stories and experiences to be known. He wanted to help bring about a change.

I remained in contact with Anthony and visited with him at his parent's house on the day he left prison in August of 2018. We shared some sour cherry candy and talked about the future. I offered the best advice I could think of, paraphrasing the safety announcements during the boarding process on airplanes: you have to put your oxygen mask on first before you try to help others. Anthony was laser focused on those he left behind and how he could help.

Anthony is dogged and tenacious. He is a gifted storyteller and can paint a vivid picture with his words. He quickly developed a tool kit that gained him access to criminal justice reform efforts in this state. He drew support from the local faith community in the Quad Cities region and it was of little surprise to me when I learned that Anthony started having some speaking engagements. It was of only slightly greater surprise when a bill being debated in the Illinois General Assembly had Anthony's name attached. And it was only of infinitesimally greater surprise when national advocates began contacting local stakeholders speaking in support of Anthony's efforts (having themselves been contacted by Anthony and convinced of the reform's merit).

In my opinion, there have been times that incarceration and solitary confinement broke Anthony. But he was never broken. He has become a force for change and I believe that returning home will be a greater good; where Anthony can receive the services and support that he needs and he can continue the work that he has begun.

Sincerely,

Scott F. Main

# Dear Anthony

Mr. Rodriguez has told me a lot about you and wants to tell you some things. I have heard and learned from what you have been through and I'm sorry. I understand that you were not treated fairly and it wasn't fair. Also please don't hurt yourself because that doesn't help with anything. I have heard that you were very kind. I wish my class could meet you and talk to you but we understand you are very busy now.

I hope you get out of prison and live life like before you went to jail. Mr. rodriguez had thought us about the 13 Amendment which was about abolishing slavery. He also taught the class about how bill Clinton created the 3-strike rule. We learned about the purpose of the war on drugs. The purpose was to put black people in prison and hippies. So this letter was about talking about what Mr. Rodriguez has been teaching and what we think about you.

Sincerely

Pedro Ramirez

Millie Zamora

1. When I read your story about your being in jail, I felt upset when I found out that you had been sentenced to Solitary Confinement. I understand if someone must go to prison, but I think Solitary Confinement is not fair for any prisoner. Staying in a cell for many hours can ruin your insanity and mental health. I'm sorry this happened to you and I'm glad you're out of jail. Hopefully, we can pass this bill and give you the justice you deserve.

2.     Hello Anthony Gay, my name is Millie Zamora, and I attend Durkin Park Elementary School. I am writing to share my life story and identity with you. I identify myself as a Hispanic since I'm Mexican. My culture is in Mexico and even in the United States. Since I am turning 15 in 1 and a half years, I will be celebrating a traditional day since it is in Hispanic culture. I believe that it is called a quinceañera and it is very traditional in my culture. I experienced this part of my culture by attending parties, eating traditional food, and watching everyone dance. Another thing about my culture is Dia de Los Muertos, also known as the day of the dead.

The day of the dead celebrates and honors families that have passed away. You put a picture of your loved one, light up some candles, and you can even put in the traditional concha bread or sugar skull cookies. I experienced this part of my culture when my aunt celebrated the day of the dead by hanging up a picture of my Grandma who had passed away and made her an ofrenda. Maybe this year we can make an ofrenda for my Grandpa who passed away in August. Thank you for taking the time to read my identity and the cultural experiences I shared. It means a lot to me and my grade for this assignment.

3. Three things I learned about the amendments system and prison systems are:
   1. There are 27 amendments in total.
   2. The first amendment was written in 1791
   3. The United States government established the prison system in 1891.

Dear Anthony,

1. How are you? I believe your case is very unfair. It's very crazy how over a small fight you got sent to prison for many many years. How they put you in solitary confinement for 22 years over the smallest thing.  It's very inspiring how you didnt give up. Even though you have gone to court more than 80 times. As well as being in solitary confinement for many many years.  It's really sad how you haven't been able to be free and live your life to your fullest.

2. My name is Abby. I'm a Mexican American 13 year old and I love to play soccer. I'm really inspired to be a lawyer when I grow up and make sure that there is justice in the courtroom. I personally feel like I'm a very good student and I have never gotten in trouble. As in like detention or community service and I feel like if I did. I wouldn't want to imagine how it feels and I feel like in a courtroom it would be 10 times scarier.

3.  I learned a bit when reading and listening to a documentary about the prison system. One of the things I learned was that the 14th amendment in prison doesn't really apply. What i mean by this is that they abolished slavery unless you are a prisoner. I also learned that you can't get tired of the same case twice. That's called double jeopardy. The last thing I learned was that you can always plead the 5th amendment. The 5th amendment states that you don't have to talk unless a jury is present.
Thank you for taking your time to read this. I hope that everything goes well for you. You're a very strong person and you got this. Remember that you have many people here  supporting you. Take care! - Abby

Dear, Anthony gay

1       I want to say that your story has impacted me. Your story that was told to me made me feel that it is ok to get challenged, you have to keep going, and that you inspired me because you never gave up. I Just also want to say that you have a powerful mindset. I am surprised that you were able to get through all it takes a lot of growth mindset. Also, the way that you represented yourself and went against all those professional lawyers, and stood up for what's right is very inspirational. Also, I can't imagine what you have to go through. I feel that it is not right that you have to go through all this pain. The criminal justice system is not good it can be racial and stereotypical I  wish you the best of luck

2       Now that I got to know you a little better, now you can know a little about me. My name is Jorge Palomar. I am an 8th grader with big dreams and a very good growth mindset. I am also a purterican and mexican I  always worry that one day one of my family members would get deported I am always trying to improve the world in the best way possible and try to help people fight for what's right And also fun fact I love legos but besides that know that there's always going to be fear in so many ways but a way that I get through it is to talk to someone and hear some music and close my eyes and let the music take me. I thank u for impacting me and for hearing my story.

3 Fact 1. I learned That there are a total of 27 amendments and they all mean a big value

   Fact 2 I learned That the 14th amendment says that all people that are born in the unit state automatically have citizenship and equal protection and laws.

   Fact 3 I learned that The 5th amendment states that you don't need to answer any question without a lawyer or a jury present.

*-Jorge Palomar Jr*
Best of luck

Dear Anthony Gay,

I truly look up to you. I can not imagine the pain and suffering you have gone through because of the corrupt criminal system here in the United States. Seeing you fight for a better society, even when they all turned their backs on you, confused me at first. I thought to myself, ¨What does this man owe to us?¨ And that is why you move me so much. You don't owe anything to us. We owe you one, for fighting and being so strong. You're helping so many people's lives. Thank you for being the hero we need.

My name is  Aislin Gomez . I am 13 years of age and hope to make a difference in the world just like you. I connect to your story because I care for a better future. One that there will be no need to even say ¨ the cruel and biased criminal justice system.¨ It is too many times that I have to see someone get put in handcuffs. People that look like me, talk like me, walk like me, and are the same age as me. Where I live, Chicago is very segregated. Over the years I have realized that. I have seen how many more people get pulled over, arrested, thrown around, and yelled at, by cops in my community, than I have ever seen in a *not so diverse* rich suburb. These aren't just some random people getting thrown in jail to me. These are MY neighbors, MY culture, and MY people that are being imprisoned. I know that by supporting you it will help with these problems, and this is why you have all my support.

I am sure you know that Mr.Rodriguez is a great teacher and he has educated us on our rights. Including the amendments.
1.One thing that I have learned about the amendments is that there are 27 of them and that they are important to me because they are my rights as a U.S. citizen and protect them too.
2. Another thing that I have learned is that the 13th amendment was that hardest to pass, considering that there was a war between the south and north when president Lincoln was trying to pass it. It is one of the most important amendments because it states that slavery is unconstituional, except it doesn't apply to you when you're a *criminal*.
3. I also learned that the 4th, 5th,  6th, 8th, and 14th amendments are all connected to the U.S. prison system, or also known as, The Criminal Justice System.

Dear Anthony Gay

     1 I would like to know what it was like in solitary confinement and how did it make you feel and how bad did it affect your mental health? Also was it like hell in solitary confinement because you had to stay in there for 23 hours a day and what did you do that one hour?

Dear Anthony Gay

**Part 1**      I want to say I can't imagine someone going through the pain of being in solitary confinement, for 97 years because you stole a hat and a wallet and you got 97 years for something so small because of the dumb criminal system. In the United States, you inspired me to keep on going even though something bad were to happen to me I would keep on going. And you have a very positive mindset and you keep on fighting through the pain you have all my hope that you win the court case wish you the best of luck

Part 2  Hi my name is Nathan Arias I heared your whole story and what you went through. And I hope for a better future and hopeful your case can change that and make the criminal system better.

**Part 3**
1. There are a total of 23 Amendments
2. The prison system is to deterrent to crime, punishment the criminal, and to rehabilitates the criminal.
3. they were intended to deter people from committing crimes

Nathan
-Wish you the best of luck

Dear Anthony Gay,

1. I truly look up to you. I can not imagine the pain and suffering you have gone through because of the corrupt criminal system here in the United States. Seeing you fight for a better society, even when they all turned their backs on you, confused me at first. I thought to myself, ¨What does this man owe to us?¨ And that is why you move me so much. You don't owe anything to us. We owe you one, for fighting and being so strong. You're helping so many people's lives. Thank you for being the hero we need.

2. My name is Aislin Gomez . I am 13 years of age and hope to make a difference in the world just like you. I connect to your story because I care for a better future. One that there will be no need to even say ¨ the cruel and biased criminal justice system.¨ It is too many times that I have to see someone get put in handcuffs. People that look like me, talk like me, walk like me, and are the same age as me. Where I live, Chicago is very segregated. Over the years I have realized that. I have seen how many more people get pulled over, arrested, thrown around, and yelled at, by cops in my community, than I have ever seen in a *not so diverse* rich suburb. These aren't just some random people getting thrown in jail to me. These are MY neighbors, MY culture, and MY people that are being imprisoned. I know that by supporting you it will help with these problems, and this is why you have all my support.

3. I am sure you know that Mr.Rodriguez is a great teacher and he has educated us on our rights. Including the amendments.

1.One thing that I have learned about the amendments is that there are 27 of them and that they are important to me because they are my rights as a U.S. citizen and protect them too.

2. Another thing that I have learned is that the 13th amendment was that hardest to pass, considering that there was a war between the south and north when president Lincoln was trying to pass it. It is one of the most important amendments because it states that slavery is unconstituional, except it doesn't apply to you when you're a *criminal*.

3. I also learned that the 4th, 5th,  6th, 8th, and 14th amendments are all connected to the U.S. prison system, or also known as, The Criminal Justice System.

Sincerely,
Aislin Gomez
8th grader at Durkin Park

To Anthony Gay,

     1.My thoughts Anthony Gay's story I think what they did to Anthony was Very cruel and that they violated his 8th amendment since they gave him cruel punishment. I feel bad for Anthony Gay since they had to put you in solitary confinment for 22 or more year. I also wonder why they did all of this to cruel punishment Anthony Gay .

     2.I identify as latino and I never experienced something like that and never wish to expirise something like this in the future. I say something like that would be scary and not my family has never experienced something like this.

     3. 3 New thing about the amendments I learned are the 8th amendment which protects you from cruel and unusual punishment I also learned more about the 6th amendment which is all criminals shall have a public and speedy trial. One last amendment I learned is the 14th amendment grants citizenship to all people who born or naturalized in the United States

Andrea Gonzalez

1. My Thoughts
Dear, Anthony Gay

What you went through is something no one should have to experience. It was really unfair and cruel for them to put you in solitary confinement for two decades just for stealing a hat and a single dollar bill. I'm not saying I condone stealing but your punishment was breaking the 8th amendment.

Sincerely, Andrea

2. My Identity
I am determined, proactive, reliable, out-of-the-box thinker, and persuasive.
I am a daughter, sister, and student.

3. Facts Learned
One fact I learned about the prison system is that the United States imprisons the most people. Another thing I learned from the amendments is that in the 4th amendment you aren't allowed to be searched or seizures without a warrant. Lastly, I learned that in the 2nd amendment you are legally allowed to carry a firearm for lawful purposes, such as self-defense.

1.I feel sad about his story and My thought about anthony gays story are why did the prison decided to do this to a poor man just because he got into one fight and took someones hat and I think it's cruel what they did to anthony gay because they broke the 8th amendment and did cruel things to him.

2.One of my experience are one time me and my friend were ding dong ditching and I did this house and the guy came out so me and my friend ran to the park and he was following us with his loud truck and we ran and we hid and he said hey where are you and so we ran across the school and we finally lost him and so we went home fast.

1.One thing i learned about the prison systems are that they are so cruel to all races and anthony gay and that the prison systems broke the 8th amendment because they where cruel to anthony gay and so many other people.

2.One thing I learned about the amendment is that the 5th amendment guarantees that an individual cannot be compelled by the government to provide incriminating information about herself or himself.

3.One thing I learned about the 8th amendment to the United States Constitution protects against imposing excessive bail, excessive fines or cruel and unusual punishments.

Dear: Anthony.

1: I'm sorry that you had to go through all the pain mental pain by going through 22 years of solitary confinement no human should have to go threw that not any man nore women should have to go threw that I'm sorry that you hurt yourself because of it no one deserves that

2: Hello Anthony, I heard about your story and I just wanted to say I'm sorry you had to go through something like that. I wanted to share with you my identity/experiences/values/culture. I don't really have anything with my identity or anything else but, My Culture was mixed, half Mexican half Black so it was kinda difficult for people to think I'm full Mexican, I try to tell people I'm mixed but they wouldn't believe me. But what people really asked me was if i can say a racist slur such as the N-Word, I felt uncomfortable when people asked me that kind of question. Because I don't know if I can say that word or not, I didn't want to be a racist or anything like that. So that's my culture.

3: Three things i learned about the amendments is the 14th amendment is against discrimination or unequal treatment based on race gender religion age and national origin. And the 6th amendment is the right to a lawyer and the 4th amendment protects you from unlawful searches.

Ethan R, Kevin T, and Caled M,

Dear, 1-Anthony Gay i learned about your sotry which usally i find them very boring but i found yours interesting and shocking because what you had to go through, im so sorry what happened to you, I cant imagine how youre feeling right now.

2-My name is Dahlia and im a hispanic from Chicago, i enjoy learning about the amendments and how i can help you.
3-Some things that i've learned is that you cannot be charged for the same thing twice. Another thing I learned is that the government cannot search you without a warrant which is the 4th amendment. I've also learned more about the civil war and the KKK.
I hope everything goes well for you
Sincerely, Dahlia.

Dear Anthony Gay

      1 I would like to know what it was like in solitary confinement and how did it make you feel and how bad did it affect your mental health? Also was it like hell in solitary confinement because you had to stay in there for 23 hours a day and what did you do that one hour? And why did you hurt your self and how did you react when they put you in solitary confinement?
2 My name is Evangelina Alderete and honestly, I'm not that excited to go to high school Because of all the drama that happens and the fights that might happen, and all the other stuff that happens do you have any advice for high school like how should I make sure I'm friends with the right people and how I should manage my time to do other things like hanging out with friends and doing work that needs to get done?
3 The amendments are very weird and the 13th has a very bad loophole where people are no longer slaves but in prison, you technically are a slave in prison and people had to fight to become an American citizen but now the 13th is just a loophole and the prison system is bad because most innocent people get put in there for no reason but no some cops even plant face evidence to put someone in jail they will put random pills they have in the car and arrest them for the evidence they planted in the car of a colored person.

      *Sincerely Evangelina,*
             *Best of luck :)*

# Letter to Anthony Gay

Nathen Perez

10/7/22

1)     Dear Anthony GayThe story was sad because you were going to spend your life in solitary confinement with rotten food and sometimes the food was good. You lost your mind when you were in solitary confinement you started to stab yourself and that got me scared because what happened if you hit your vein or your heart you wouldn't be here helping to fix the prison system and saving peoples lives that are going to solitary confinement and you were supposed to be in solitary confinement for 22 years and you drow pee on the police officer shoes and then you got life in prison.

2) My life is about sports I love to play sports and my family love to play all sports as well I go to durkin park school I'm in the 8th grade and I'm 14 years old I'm trying to get into a good high school to help me to reach my dream to be an MLB player to make my family proud and help the homeless people to give back to my friends because they were with me the whole time and we all play sports

3) The 7th Amendment because it gives you the right to go on trial no matter what is happening to you. The 4th amendment is because we protect ourselves from unreasonable search and seizure. The 8th Amendment because the bail has to be a short time if you did a little crime or if you did a huge crime you have to do a lot or the rest of your life in prison and you can't have a curial punishment which means you can whip people.

# Letter To Anthony Gay

Julian Martinez

10/7/22

1)     Dear Anthony Gay

    I heard about your story I feel really bad about you. I don't really think that was fair keeping you in a solitary confinement. Instead of keeping you like that for a very long time it wouldve been better if you were just in jail because what you did was not so awful as they made it sound. Also on how you would hurt yourself because you were so anxious of being in there. That's crazy. It made me feel really bad for you because no one should ever have to go through that only if it's a big crime. But your story was really sad and it made me mad as well.

2) My Life, I am a 13 year old teenager that lives in Chicago Illinois and i go to Durkin Park Elementary School. I am also a Student of Mr. Rodriguez and I'm a part of the latino community. I love to play Basketball alot i'm also on a team. I live with my parents and siblings. That's basically all about me and what I do.

3)  What I learned about the Amendments and Prison System.

    1. One of the Amendments is The 7th one because it gives you the right to go on trial no matter what is happening to you or what you're going through. Also the 8th Amendment because the bail would be a short time if you committed a little crime but if you did a big crime it would be for a longer time. What I know about our prison system is that we have a population of 38,259 prisoners in Illinois prisons.

# Letter to Anthony Gay

*Adrian Garcia*
*10/7/22*

1) The story was sad because he spent 22 years in solitary confinement without human interaction and the food was sometimes rotten.


2) My life, I'm a 13 year teenage boy that likes soccer
I live in Chicago, Illinois with my family.

3) the 4th amendment because we can protect are self from self-crimintion and the 8th amendment the judge can make the bail more because you get a

10/7/22

From Gabriel Ojeda
To Anthony Gay

1. Hello, I have heard about some of your time in solitary confinement and I find that it was very hard for you to live there.
2. I understand that you are still having some troubles since you've been out and I want to wish you good luck.
3. I am an 8th grade student at Durkin Park. I would also like to share that I like to read Greek mythology books. In my Civics class, we talked about your case and the harsh treatment towards prisoners. I also really like to do kahoot. I have learned about mass incarceration and how many people are being mistreated in jail. I have also learned that the 8th amendment which is supposed to help protect prisoners from cruel treatment and protection from violence by other inmates is not working really well.



Dear Anthony Gay,                                                    Oct, 6, 2022

    Part 1:  Hello Anthony Gay  I'm Tyrese Scott and I heard about your story its unfair that you were treated like that. They shouldn't have been allowed to lock you in there that long it breaks the 8th amendment no cruel and unusual punishment. I heard how they broke you mentally it's not right in the criminal system people. Part 2: My identity is I´m African American male who likes  to go outside most days and also likes to play video game
I have a black german Shepard and I hate injustice when people are treated unfairly. I hate racism I think everyone should be treated the same when we're all made out of the same material. I have been treated wrong before it is not fair. Actually recently I was hagging in the park and I guess an African American ding dong ditch her and she pulled up in her card to me saying I have a freaking baby I'm calling the cops I tried to explain I didn't do it but she didn't listen the cops never showed up I went home just confused.
Part 3: I learned that the  8th amendment says no cruel or unusual punishments. The 6th amendment is The right to a lawyer and public trial, and a jury. The 5th has the right to remain silent.

Dear Anthony Gay,

1. I think that your story is very unfair and that something so small shouldn't have cost you so much of your life. You were imprisoned in 1994 over the theft of one dollar, a single dollar. Then while in prison you faced 22 years of solitary confinement as well as the racism that came along with it.

2. I feel like your case showed that you never know what is going to happen in life. That you should be able to go through life enjoying it and doing what you want to do.

3. Three things that I have learned about the prison system and amendments from reading about you and your story is that, you can become a self-taught jailhouse lawyer. I think that the 5th amendment that I learned more about applies to you, because you were subject to the same offense twice. I learned that your bail can be revoked from you.

Dear Anthony Gay,                                              Oct. 6, 2022

     **Part 1:**I am an 8th grader at Durkin Park and I heard of your story. I am so sorry for everything you have been and are going through. If I could I would come to you and give you a huge hug because you truly have been through hell.

     **Part 2:** The justice system is not fair at all and shouldn't even be called "justice" system. There are too many people in prison for similar reasons you have been. So many people have served unfair time. I really wish you the best luck and I hope that your bill gets passed.

     **Part 3:** In my opinion, Solitary Confinement is a horrible way of discipline and is just pure cruelty. People who have done wrong should be punished, but moreover, learn and better their lives. Prisoners should only be put in Solitary Confinement for horrible and extreme measures and even if they are sent there, not spend all their time their. As human beings, doing nothing for the rest of our lives is just not possible. The law cannot force it.

Hello Anthony

**Part 1:**I hope this letter finds you well. I find your story about prison very interesting and sad. I hope your bill about solitary confinement gets passed because there should have been a limit on the amount of time someone can pass in solitary confinement. I think that it is very unreasonable for someone to go through that much physical and mental torture. This is not okay for people to have to go through this and not have the ability to stand up for themselves and that's why I am happy that you decided to take a stand for all the people that have wanted to speak out against this injustice that has been in the prison system for the longest.

**Part 2:**This relates to me because I feel like even if you are in prison you are still a human. Some of the prison popularity are Hispanics and for there to be a possibility that one of my relatives can go to prison and have to sit in a blank room with nothing to do to be portrayed as Justice would be wrong. For people to avoid clear signs of mental decrease and poor physical state is so wrong. At that point it is not Justice it is just cruel mistreatment and inhuman punishments.

**Part 3:**What you went through was a violation of the Eighth Amendment because what you went through was unnecessary and brutal. The prison system has a lot of flaws but time limits might be the biggest one. The Eighth Amendment simplified talks about how there will be no punishments that are described as torture yet what you went through might even be considered worse.I send this letter to you because I do hope you do not experience this again.

Dear, Anthony Gay                                                          10-7-22

**Part 1:** My name is Kaily, I discovered your story from Mr. Rodriguzez. I believe you are a courageous man for what you have been through and have tried to overcome. You have gone through so much and still wanted to fight. **Part 2:**  I love creating, art, and writing. I like to write fanfiction, kinda nerdy I suppose. But I'm also thinking of writing a book. I somewhat have a title; Being Haily. It'll be about her thoughts and feelings and her life...well my life in a sense. Hence the name change I didn't like writing until about 3-4 months ago. I also really want to get into  Chicago High School for Agricultural Sciences, and Chsas. It's my top high school to get into. **Part 3:** We rediscovered the fact that Black men and black people, in general, are overrepresented on the news as criminals, and they are shown as criminals more than accurate. Every image of a black male was of them being animal-like. We still face this problem years later. I believe that we're supposed to learn from our history and be better, not repeat it for the worse. I don't understand why we, as a society can't try to fix the wrong of the past.


Sincerely,


Hope you found this interesting:)

A letter to Anthony Gay

Dear Anthony Gay

Part 1.) I felt that your story is disturbing in some way because of everything that you went through, because in your story you were suffering for little crimes. For example, you were sentenced to 7 years in prison for stealing a hat and a dollar bill. It also felt disturbing because you were in prison and got solitary confidment for getting into a fight. While you were there you were cutting yourself to take away the pain that you felt because of you mental illness.

Part 2.) In my experiance, I understand your situation because I had a great grandfather who was prison for something he did not do for 5 years. While he was there he was sent to solitary confinement because a prisoner picked a fight with him. My great grandfather had about a few month lefts so he was not there for a lot time but he was still there. When he finally got out he was a different person because of his time there. What I know of he was never the same person again while his time there because of all the stuff he had to do.

Part 3.) I learned that the justice system was and still is unfair to blacks and others people who re not white. I also learned that you lose all your rights when you are in prison. I also learned that when someone who have have 1 oz of crack they get the same punishment or worse than some who have 100 oz of cocaine. I also learned that a lot of black people would go to prison for something that they did not do.

Sincerely, Karina

Dear Anthony,

(1) My name is Naomy and first off, let me just say I deeply admire what you have and are doing. I've heard your story. How you were put in jail 3 times and endured awful experiences there and in solitary confinement. I won't add too many details about your time there since you probably don't really want to recall that period of your life. What you went through was incredibly unjust and stirred up emotions I normally wouldn't feel. I felt anger towards the unjust sentencing you got, the sadness at what you started doing once you were put in that purgatory of a room. The awful "punishment" you got from doing something that probably occurs on the regular. Punishment isn't the right word to describe it. Torture would be a more fitting word. But now you're trying to prevent other people from experiencing the same things you experienced. It's more than admirable. It's exemplary. I can't find the words to describe what you're doing. I take pride in knowing I'm being tought by someone who personally knows you.

(2) I guess it's time to introduce myself to you. I'm 13 years old, I live in Chicago, and I'm a part of a family of 4. My mother, father, sister, and then myself. I have a pet budgie, a type of bird, and his name is Azuel. My sister also owns a budgie though she named her Archive. I'm a part of the Catholic and Latino/a community. I take a lot of pride in being in both communities. And similar to you, I value ongoing world problems. Things like global warming, global waste, immigration, racism, the problems with the US' justice system and the way they deal with a few things. This year and last year, we've learned our fair share of stuff pertaining to our justice system. I never would've thought I'd be this interested in these problems. But I'm not complaining. I'm glad but a bit sad knowing about these problems.

(3) And with the thought about what I've learned, I've also been taught a lot about the Amendments. There's a good amount of amendments that connect to our justice system. There's the 4th, 5th, 6th, 8th, 11th, and 13th amendment. This year I've learned that our prison systems violate the 8th Amendment which, to put it simply, prevents the use of unfair and cruel punishments. You yourself have experienced this firsthand. It's not just solitary confinement. I'm certain there's many other cruel punishments that jails use. I've also learned that our prison population began to spike in the 1970's. The populations are still rising but that's when mass incarceration really picked up pace.

And you've finally reached the end of my letter. I hope you enjoyed reading what I had to say to you. Good luck with your project and know I'm rooting for you from my seat in Civics.

Dear Anthony Gay ,

**#1** - My name is Carmen, I live in Chicago, and I'm 13 going on 14. I think your story is depressing yet interesting at the same time. I think that the solitary confinement system was cruel to you. I Also don't think you deserved what you got I think it was more like harsh torture then punishment for a crime.I can understand how it might have felt to be in solitary confinement slowly starting to lose your mind with no one to talk to. **#2-** An experience I had that I would definitely say was in a confined space was when I had Covid. During that time I couldn't leave my room and couldn't be around my family and I couldn't really talk to anyone but just myself. I value my friends,family,communtiy, and pet. **#3 -** I've learned a lot about your story and what you have been through. The 8th amendment prevents the use of unfair and cruel punishments. I think that the 8th amendment has been violated in your case.I learned that black people are put in jail everyday ( a lot more than you would think) and most are there for crimes they did not commit. Some people in the black community are faced with racism just because of the friends they hang out with and where they live. It's crazy to think about it in the land of the free there is a mass incarceration. Specifically the 1970s was the year of mass incarnation. Prison population started at 357,292 in 1970 and 759.100 in 1985. A land of the  free with mass incarceration.

Dear Anthony Gay,

  1)  My name is Kayla and I've heard about your cruel story with prison, and solitary confinement, and your tragic experience with it throughout the years and how it affected you, and changed you. I don't think it's fair at all what happened to you, you didn't deserve to be treated like that at all, for such a minor crime. Your story has taught me to be a better person so I won't end up in prison, and how even little things can sentence you to ridiculous years in prison even if it wasn't that serious. Your story interested me and made me feel truly sorry for you, and taught me the Prison System can be very unfair to people in so many ways. I heard how it slowly started changing you in a bad way, and how it made you hurt yourself. Nothing really interests me in school, but your story really interested me and got me more curious about the ridiculousness of the prison system, and how many people it affected.

  2)   Some things about me is that I live in Chicago. I'm 13 years old, in 8th grade,and I also don't like school. I'm Latina. I have an annoying older brother, I'm the youngest in my family. I'm an outgoing person and I like to explore new places. I like going on social media during my free time. I love my family even though they get on my nerves a lot. I'm an independent person. I like watching movies by myself. Lastly, I don't like pineapple on pizza.

  3)  In one of my classes we are learning about the slavery, amendments, and the prison system. I know that the 13th amemndment is abolishing slavery in the United States, the 14th garnts citenzinship to people born in the United States, and they all get the same advantages. Some things about the prison system is that the majority of people in prison are Blacks and Latinos. I've learned about Jim Crow and the unfair laws enforcing segregation for African Americans which prevented them from getting opportunities other people had back then.That's all I have to say and I'm glad I got the chance to write a letter to you, and to share things about me, and what I have learned.

Sincerely, Kayla

Dear Anthony gay

**Part 1** My thoughts on the story are you should not have been in solitary confinement for that long they should have limited it for the worse prisoners not you you dont look like one
**Part 2** I had also experienced something unfair it was in school when i was like 3rd grade I got in trouble for forgetting my homework I just forgot I cant just never forget you see thats not Fair
**Part 3**Also I learned about the amendments one was the 6th amendment it is about a trial cant be done super slow has to go Fast
**Part 4** three things I have learned about the amendments where that they are like laws that aply to the whole USA and also the first amendment is about just being able t have an opinion which I think is ridiculous and finally 11,000 amendment's have been sent to be you know amendments but only 27 have become amendments.

Dear Anthony,

      1. I would like to inform you of my thoughts on your case. I believe that you are innocent and I feel sorry for what you have been through in jail. I know I don't know you but just know that what you have been through was very harsh and they shouldn't have put a sentence of 95 years in jail. If I was in your position I would honestly fight back and demand to be set free because it is not fair that you are there for an unlogical reason

.2.Ive never had an experience about what you have been through but I do have an experience of not having freedom of speech. My name is Kimberly Flores and I am 14 years old I am Hispanic I do sports such as basketball, soccer, and baseball.

3.3 things I learned about the amendments and the prison system is that they take all you're amendments when you're in jail. Lincoln won the war, I also learned that there was slavery back then due to the economy. I also learned that religion, press, assembly, and speech are the promises of amendments.

My condolence to you I wish you the best!
Sincerely, Kimberly Flores

Dear Anthony Gay…

    I have heard you're story and I believe you are innocent. I have heard how you  were treated and I am sorry I hope you feel better and I give you my condolences. I hope you are found not guilty. Personally, I would fight back just like you 95 years is a lot. I know originally you were supposed to serve way less but they didn't care about your mental health. And That is so messed up it wasn't even your fault that you got 95 that is ridiculous in my opinion.

     I am Manny I am 13 years old and in middle school and I like many different things like movies videogames and sports I play lot of Baseball. I value my family and life. I also am a part of the Latino community. My culture contains many different things like food,dances,dressing, and music.

    When in prison basicly they take you rights away and you become a "slave" basiclly. In the 1st Amendment it gives you the freedom of speech and it gives you the choice of religion and more and it protects those rights. These Amendments protect us even in a courtroom.

                                   Sincerely
                                    -Manny

Dear Anthony Gay,

      I am sorry for what happened to you during the time you had in solitary confinement, you did not deserve that. Enduring all that torture for 22 years I belive that you are innocent. I would like to tell you my thoughts on your case, 1. I never heard anything like this its crazy how you only had 16 days to prepare for your case and you were treated unfairly throughout the whole trial, my name is giselle and im 13 years old i go to durkin elementary school. Some things i learned are They take your rights away when youre in jail and more about amendments including the 5th, 6th, 8th, 13th, 14th, also about slavery.
  my condolences go to you i wish you the best during this case  - Sincerely Giselle Marquez

Dear Anothony,

       I'm sorry to hear that you went to prison for 95 years. I feel like you should deserve better because 95 years sounds like a lot of years to be in prison and a lot to suffer from being in jail. If I was in your position I would fight back and say I'm not guilty and try saying powerful stuff to make me not look guilty and also make me look innocent that way I can win the case. My name is Judith, I'm 13 years old, I go to Durkin Park Elementary and I'm in middle school, my culture is Hispanic, I'm the youngest sibling of 3. That's some information about me. Some things I learned are more about more amendments and especially the 14th amendment and also some amendments that help us protect us. One more thing is I'm sorry for what you went through and also wish you the best in your life.

Sincerely,Judith Hinojosa

Dear Anthony Gay,
October-4-2022

**Part 1. My name is Kobe. I learned about your story and I am truly amazed that you have had to suffer such cruel and unjust sentencing in prison. It is truly cruel and unacceptable that someone could be locked away without speaking with or even being acknowledged by another human being. I also learned that since you were alone for so long you started doing things and harming yourself just to get out of the cell for even a moment and now it has affected your sentencing and added more to it now it totals 96 years.**

**Part 2. I Amana African American boy and also feel as if the court and prison systems are unjust and unfair we have been labeled as gang bangers, drug dealers, and criminals by the mass media and it causes unfair stereotypes which make judges identify and stereotype us as bad people when some of us are truly innocent.**

**Part 3.**
**1.I learned that your right to the 13th amendment is provoked when you are prosecuted for a crime and serving prison sentences.**

**2. I learned that the prison population almost doubled from 1990-2000**

**3. I learned that the world houses 4.2% of the worlds population is housed in America whilst America holds 20% of the worlds prisoners.**

**Letter to Anthony Gay**

Tkela

1    Dear Anthony gay, my thoughts about your story are that it was not fair because they didn´t have to put you in solitary confinement just for a dollar and a hat they could of let you go with a warning but they didn´t, and being in solitary confinement can mess with your head because all you see is a wall all you only go out to shower it.

2    Something about me is that I'm an  African American and I like track, cheer, and cooking. Something  I value are my family,friends, ability to go to school, and to be able to afford things. One of my experiences is that I saw a video of someone getting slammed on the ground by the police  for something they think he did but turns out he didn't do what they say he did.

3    The amendment I learned is that the 6 amendment says that if a crime is committed there is a right to a speedy trial also the 5 amendment says that you can not be trialed for the same crime twice the things learned about the prison system is that if you get caught with 1 ounce of crack you get 10 years in prison for it and if you get caught with 15 grams of cocaine you would get 15 years in prison.Also i learned that  The Prison System has a percentage of Races that usually commit crimes. They are 5 times the rate of African Americans. Percent chances are African American 60,875 38.4 Asian 2,279 Native American 4,607.

Dear Anthony Gay,

1. I want to give you my thoughts about your case. I honestly feel horrible about what happened to you and that you have been back and forth in jail for the dumbest reasons. Putting you in jail for two decades just for stealing a 1 Dollar bill and a hat. Isn't a cell they put you in a hole where no light or people are it is just brutal for you to go through that for stealing two things that aren't worth that much a maximum time you should've been sent to jail is less than 6 months and how they said they saw you with a gun with no license or anything they want to send you in jail with no evidence I think they want to send you in jail to see you suffer and just because you're an African American.

2. My name is julliana Herrera  and I live in Chicago illinois and im a Hispanic and in Chicago is where everything is going really bad. Where here they put anyone in jail for no reason or shootings is the most big on here. As a Hispanic we get discriminated by the littles things just because we not ¨american¨ I feel like I can connect to ur part of the story because me and my family we went to a thrift store were everything was antique and soon as we got inside these two white americans womens  kick us out and threaten us on calling the police because supposedly they saw my family grabbing prices and switching them into other things that they wanted which was a whole lie.

3. One of the things I learned from the prison system is the population of the jail system. White Americans have the highest scaling in the scale I saw and the Africans Americans have the lowest out of the White Americans .  The amendments I learned  for now is the 8th amendment in jail they were being punished they were cruel to them their and it also prohibited them from unnecessary  infliction of pain. The 13 amendment  it abolish slavery and also  it outlawed the practice of involuntary servitude and peonage it also connected because it protected the newly freed people.


From: Julliana Herrera Esqueda

Anthony,

1.) My name is Dakota and I go to Durkin Park elementary school. I heard about you and your bill. I don't agree with solitary confinement either, I find it dumb and it just doesn't make sense. I really hope your bill gets passed also. I hope you are doing good and jail and I also hope that you don't get back into solitary confinement where you are now. Your story really makes me think about how cruel prison is and how you did the smallest thing and you still got into solitary confinement for many hours a day.

2.) This relates to me because my uncle was imprisoned for many years for a small thing just as getting into a fight. He was treated wrong in prison, he wasn't in solitary confinement but he did not deserve the amount of time he got just for a fight. You also did not deserve the amount of prison and solitary confinement time you got just for something that simple. The max sentence you should have got was 'at least year.

3.) I've learned that the 13th amendment was the abolishment of slavery, I also learned that the 4th amendment was the amendment that would protect you from any unnecessary seizes and searches and the 7th serves you the right to have a jury trial in your case.

Dear: Anthony.

1: I'm sorry that you had to go through all the pain mental pain by going through 22 years of solitary confinement no human should have to go threw that not any man nore women should have to go threw that I'm sorry that you hurt yourself because of it no one deserves that

2: Hello Anthony, When I heard about your story in 22 years in prison, I was speechlessI didnt know what to say, Man gets sentenced to 22 years for something he didnt do. When I heard about it I wanted to share with you my identity/experiences/values/culture. If it makes you feel better.
I don't really have anything with my identity or anything else but, My Culture was mixed, half Mexican half Black so it was kinda difficult for people to think I'm full Mexican, I try to tell people I'm mixed but they wouldn't believe me. But what people really asked me was if i can say a racist slur such as the N-Word, I felt uncomfortable when people asked me that kind of question. Because I don't know if I can say that word or not, I didn't want to be a racist or anything like that. So that's my culture.

3: Three things i learned about the amendments is the 14th amendment is against discrimination or unequal treatment based on race gender religion age and national origin. And the 6th amendment is the right to a lawyer and the 4th amendment protects you from unlawful searches.

Ethan R, Kevin T, and Caled M,

October-7-2022

Dear, Anthony Gay

    1. I have heard your story and I feel terrible that you did something so tiny it ended with you in prison for 2 years and then ended up with 22 years in solitary confinement and all those years of torture. 2. I would do the same if I were you because what the prison system is doing is inhumane and I feel sorrow for you and all the other inmates who had to go through the same thing. This is unfair and you are letting these people have a chance to have another option. 3. But now you have been convicted of having a gun illegally and are now etheir in prison or in jail which is terrible but they started a website to help you and to help support your bill and maybe it would be passed.

                    Sincerely,

                    Alondra C

Part 1. Dear Anthony Gay. I have had some thoughts about your story about how they gave you so many years and how badly you were getting treated in solitary confinement it's crazy how people don't care about how others feel and the fact that you said it made you insane cause like all you see is white around you got a white bed white clothes white floor white walls I can't imagine being in a room like that I feel like I would not be able to handle all of that another thing is after months you were caught having a gun without a license and now have to be trialed again I also feel like they're doing that on purpose to see you suffer and the reason they probably didn't charge you for the same thing because I have just found out that you were found guilty for having a gun without a license I believe that something minor like that shouldn't be jail time at least house arrest or something but prison Nah that's too far, especially for something that light.

Part 2. Since I got to know about you now its time you get to know about me Hi my name is Aaron Alvarez I'm from Chicago Illinois I got to Durkin Park Elementary school I am 13 and half years old I'm Catholic I value a lot of things, My family, my freedom my house my pets my clothes my dad for having a job my mom for taking care of us and my siblings for being with me so I don't have to be alone my friends my life and those are just some of the things I value some experiences I had were mistakes failure in my work and the sport I played but i learned to learn from my mistakes and to never give up to what you want to do cause making mistakes is part of life mistakes help you so you don't make the same mistakes.

Part 3. Here are 3 things I have learned from the prison system because of you 1. Thing is that the prison system isn't fair to people of different races other than white 2. Another thing I learned about the prison system is they torture you if you get sent to solitary confinement, not just solitary put to prison, in general, the 3rd and final thing I have learned about the Prison system is they treat different races in prison differently Those are some of the things I have learned from your story thank you Sincerely, Aaron Alvarez.

1.Dear, Anthony Gay  Our thoughts about your story are how was it like being in solitary confinement with no contact with the outside world? Having spent your entire adult life as an inmate. Bill  HB3564 prohibits the state from isolating prisoners for more than 10 days in a six-month period and having access to job assignments, meals, a yard, a gymnasium, and group therapy.

2.One of my life experiences was me and my friend with Ding Dong Ditching,Basically you ring or knock on the house and you run.Me and my friend ran to the nearest bush and someone came out looking for us.We thought it was clear as possible because the person went back in so we were chatting and a car pulls up me and my friend sees this car.And my friend is like thats weird a car pulls up then i notice the man with his car so me and my friend were sprinting and the car follows we come back the car goes back so we just decided to full sprint it and we hid somewhere and we hear the man.say hey in a angry voice and while he was speaking he was getting closer and closer  i look back at my friend and told him to RUN! And we ran the other way because the car was near the sidewalk so he couldn't have driven his on the sidewalk so we ran behind this other tall house near the bushes.and that impacted my life because that was so scary.

3..Amendments/Prison System that I have learned is the 13th Amendment which was created on
December 18th, 1865, forever banished slavery. The 13th Amendment is a law neither slavery except as a punishment for crime. The Prison System has a percentage of Races that usually commit crimes. They are 5 times the rate of African Americans. Percent chances are African American 60,875  38.4 Asian 2,279 Native American 4,607, 2.6 Americans 91,302 57.6.

Dear: Anthony.

1: I'm sorry that you had to go through all the pain mental pain by going through 22 years of solitary confinement no human should have to go threw that not any man nor woman should have to go threw that I'm sorry that you hurt yourself because of it no one deserves that it must have been hard to miss all the holidays like christmas and halloween.

2: Hello Anthony, I'm here to tell you about my identity and values im a 13 year old male from chicago I go to a  majoritoy hispainic school but i am a Caucasian male it can be hard when people stereotype me because im white

3: Three things I learned about the amendments is the 14th amendment is against discrimination or unequal treatment based on race gender religion age and national origin. And the 6th amendment is the right to a lawyer and the 4th amendment protects you from unlawful searches.

Ethan R

# Letter to Anthony Gay

Nathen Perez

10/7/22

1)      Dear Anthony GayThe story was sad because you were going to spend your life in solitary confinement with rotten food and sometimes the food was good. You lost your mind when you were in solitary confinement you started to stab yourself and that got me scared because what happened if you hit your vein or your heart you wouldn't be here helping to fix the prison system and saving peoples lives that are going to solitary confinement and you were supposed to be in solitary confinement for 22 years and you drow pee on the police officer shoes and then you got life in prison.

2) My life is about sports I love to play sports and my family love to play all sports as well I go to durkin park school I'm in the 8th grade and I'm 14 years old I'm trying to get into a good high school to help me to reach my dream to be an MLB player to make my family proud and help the homeless people to give back to my friends because they were with me the whole time and we all play sports

3) The 7th Amendment because it gives you the right to go on trial no matter what is happening to you. The 4th amendment is because we protect ourselves from unreasonable search and seizure. The 8th Amendment because the bail has to be a short time if you did a little crime or if you did a huge crime you have to do a lot or the rest of your life in prison and you can't have a curial punishment which means you can whip people.

# Letter To Anthony Gay

Julian Martinez

10/7/22

1)      Dear Anthony Gay

   I heard about your story I feel really bad about you. I don't really think that was fair keeping you in a solitary confinement. Instead of keeping you like that for a very long time it wouldve been better if you were just in jail because what you did was not so awful as they made it sound. Also on how you would hurt yourself because you were so anxious of being in there. That's crazy. It made me feel really bad for you because no one should ever have to go through that only if it's a big crime. But your story was really sad and it made me mad as well.

2)   My Life, I am a 13 year old teenager that lives in Chicago Illinois and i go to Durkin Park Elementary School. I am also a Student of Mr. Rodriguez and I'm a part of the latino community. I love to play Basketball alot i'm also on a team. I live with my parents and siblings. That's basically all about me and what I do.

3)   What I learned about the Amendments and Prison System.

   1.   One of the Amendments is The 7th one because it gives you the right to go on trial no matter what is happening to you or what you're going through. Also the 8th Amendment because the bail would be a short time if you committed a little crime but if you did a big crime it would be for a longer time. What I know about our prison system is that we have a population of 38,259 prisoners in Illinois prisons.

# Letter to Anthony Gay

*Adrian Garcia*

*10/7/22*

1) The story was sad because he spent 22 years in solitary confinement without human interaction and the food was sometimes rotten.

2) My life, I'm a 13 year teenage boy that likes soccer
I live in Chicago, Illinois with my family.

3) the 4th amendment because we can protect are self from self-crimintion and the 8th amendment the judge can make the bail more because you get a certain amount of time for a crime. What i know about our prison system is that we hold more than 20% of the prison population.

10/7/22

From Gabriel Ojeda
To Anthony Gay

1. Hello, I have heard about some of your time in solitary confinement and I find that it was very hard for you to live there.
2. I understand that you are still having some troubles since you've been out and I want to wish you good luck.
3. I am an 8th grade student at Durkin Park. I would also like to share that I like to read Greek mythology books. In my Civics class, we talked about your case and the harsh treatment towards prisoners. I also really like to do kahoot. I have learned about mass incarceration and how many people are being mistreated in jail. I have also learned that the 8th amendment which is supposed to help protect prisoners from cruel treatment and protection from violence by other inmates is not working really well.



**Part 1**: Dear Anthony, I have learned your story and usually, I don't really like learning about this stuff. I find it boring, but your account interested me because you stole a dollar, not a wallet and a hat. That is goofy that you got sentenced to 7 years but then got 97 years. That's lowkey crazy but you inspire me to be a better person so I do not end up getting a sentence like yours. Although we genuinely know that the sentence was not fair I do not want to end up being imprisoned by an unfair justice system.

**Part 2**: Since I know about you, It's time to learn about me. My name is Rufino Bustos I live in Chicago and now you know that but I don't think you care what you will about it I want to become a lawyer. I am 13 years old soon to be 14 years in November. I like baseball and football including every sport I want to be D1 in every sport. I want to become successful and rich and have big companies and good cars. That's what I like.

**Part 3:** to continue what I've learned in school that the 13th amendment is modern slavery and that it caused an outbreak like 50-100 years ago I can't remember the date but we learned about you last year we are learning about a lot of amendments. If I offend you in any way I am speaking from my brain and I believe that every person should not be afraid to speak from their brain. I believe that you should have the right to speak your mind as well about the unfair prison system and you have the capability of fixing it.

10-7-22                                                             Sincerely, Rufino Bustos

Dear, Anthony Gay

**1.** I am in 8th grade and my name is Sofia. I have heard about your story, and I think it's honestly sad that you are still in jail right now.

**2.** Some of the amendments are connected to the prison system. One of the amendments is the 5th amendment. The 5th amendment protects people from being forced to testify against  themselves. The 4th amendment is the right of the people to be secure in their house, papers, and effects against random searches. The 8th amendment protects citizens who are arrested. The 14th amendment protects all people born in the United States. These are all amendments that are a part of the prison system.

**3.** One thing I learned about the amendments is that, there is a lot of amendments and they all protect different things, Some of them protect the prison system, your rights, ect, I think the prison system isn't fair, I think this because there are more Hispanic, and black people in jail and prison right now, there is a really low percent of white people. It punishes the "criminals' ' but most of the time the "criminal" is sometimes innocent and not guilty. I think it's unfair but some people don't think it is. Thank you for reading my letter.

Sincerely,
Sofia

Dear,  Anthony Gay,                                          10/7/22
October 4, 2022

My name is Edgar

**Part 1:** My name is Edgar Alvarez and  I learned about your story I am truly amazed that you
have had to suffer through a lot and had to deal with such cruel and unjust sentencing in prison.
It is truly crazy and disturbing and unacceptable that someone could be locked away without
speaking with or even being acknowledged by another human being. I also learned that since
you were alone for so long you started doing things and harming yourself just to get out of the
cell for even a moment and now it has affected your sentencing and added more to it now it
totals 96 years in prison. Part 2. I am not African American but also feel as if the court and
prison systems are unjust and unfair. **Part 2:** I remember when My mom took me to the movies
and there was gonna be a tornado in 2020 I was really scared so my dad drove here as fast as
he could and went home then I peaked through the window and I saw heavy rain and it was
very windy.**Part:3 African American people were going to prison because they had a crack
while the withe people had cocaine and just got a slap on the wrist and let free.
I also saw when with people would go to a black neighborhood and throw bombs and kill
many human beings.
And how one black panther was ambushed and sadly passed away.**

Dear Anthony,

I just want to say I feel sorry for your case it was

Unfair for you all they did was accuse you with no evidence and they treat you in jail I'm hoping for you that u get out soon or at least get a lesser sentence. My opinion of you is I believe that you are an innocent man except for stealing a dollar..I'm just joking but I'm wishing you luck and hopefully, you don't do anything "bad" in jail so they won't sentence you even more js for little things.

  The amendments make me think that they mean nothing they violated your 14th Amendment and I think the 6th which I now know means for you to get a lawyer but you were your own lawyer which I thought was cool. It makes me wanna know why people and why our own government doesn't go by their own amendment.

  This kind of connects to me or is connected to my identity because I know how people feel when they are accused and they don't know the real truth and just assume what you did. I hope you don't get a long sentence I heard you were waiting to be sentenced. Wishing you Luck.

Sincerely, Adrian.

Dear Anthony,                                                                10-7-22

   I am sorry for what happened to you recently 1. I feel it is very unfair how you were treated
like you were not human you made a mistake and now they're saying you deserve freedom 2. I
am a black American student that attends Durkin Park I love to play chess and video games I
love to see my mom happy and my dad happy I love movies and my favorite game is Call Of
Duty and 2k 22- 2k21  3. I learned that when you go to prison you lose the 2rd amendment
which is bearing of arms and when you go to jail you lose the 13 Amendment.


Sincerely
      Wendell…..

Dear Anthony,                                                                10/7/22

1.    I am so sorry for what has been going on recently, I hope everything is okay. I think the prison system in the United States is unfair for having you go through immense trauma, and I hope everything goes well for you from now on. 2.Anyways, I would like to introduce myself, my name is Landon Santiago and I go to Durkin Park Elementary School. 3.My class has recently been learning about your story, I think we all agree that you were treated wrong and unfairly, my class also wants to fight for your rights and for others. To my understanding the 8th amendment was violated during your'e time in solitary confinement, no human being should be in a room of loneliness and despair for 20 years! I hope for the best for you my friend.

Sincerely,
Landon

*Dear Anthony Gay*

**Part 1**     *I want to say I can't imagine someone going through the pain of being in solitary confinement, for 97 years because you stole a hat and a wallet and you got 97 years for something so small because of the dumb criminal system. In the United States, you inspired me to keep on going even though something bad were to happen to me I would keep on going. And you have a very positive mindset and you keep on fighting through the pain you have all my hope that you win the court case wish you the best of luck*

*Part 2  Hi my name is Nathan Arias I heared your whole story and what you went through. And I hope for a better future and hopeful your case can change that and make the criminal system better.*

**Part 3**

*1. There are a total of 23 Amendments*

*2. The prison system is to deterrent to crime, punishment the criminal, and to rehabilitates the criminal.*

*3. they were intended to deter people from committing crimes*

*Nathan*

*-Wish you the best of luck*

Dear, Anthony Gay

1. My name is Vanessa. I heard about your story and can't even imagine the trauma you went through and the things you went through. I think your story is very interesting but it is so unfair and disgusting how you got treated in prison. I think that what you are doing like fighting for people's rights is great and I hope they pass your bill. I heard about your story because my teacher told me and my classmates everything that happened to you while you were in prison. I also think it was dumb that those police officers put you in solitary confinement just because you got into a fight and stole a hat and 1$.

2. As you may know my name is Vanessa, I am a part of the Latinx community and like spending time with my family and friends. When I have nothing to do I like being on my phone or sometimes I Facetime my friends. I also like playing volleyball with my dad and my sister. I am in 8th grade. I like being respectful and kind to people. I also like helping people. When I was little My uncle went to jail for stealing something, he spent 1 year in jail I always wondered what he stole.

3. 3 things I learned about the amendments and the prison system.

- I learned that the sentence you would get for an ounce of crack is the same as 100 ounces of powder cocaine.

-    I also learned that The 4th amendment protects people from being discriminated against.

- The last thing I learned is that black people were overrepresented in the news as criminals, They were being shown more than the times they were actually committing the crimes.

Sincerely, Vanessa

Hello Anthony Gay, I'm Vanessa Ramirez.

**Part 1** I'm a student and am learning about the amendments and justice system. I think your story is significant, inspirational and leaves people with sympathy. Your story is a very big part of your life and it's very inspiring. I think it's a powerful story and for many people it's a powerful and motivating story. I think you deserved better and had a loss of rights while serving time. I think you shouldn't have been treated the way you were. Some of your experiences were violent and no one deserves to be treated the way you were treated under any circumstances. Treatment like that shouldn't be allowed at all for any reason at all. I apologize for any mistreatment you've gone through throughout your life.

**Part 2** Your story is inspirational and it connects to my identity. I value being treated with respect and obeying laws. Your story clearly goes against that. I'm a Mexican girl and have family members that have been in jail, but never prison. I value being with my family and I couldn't imagine what you've been through. I've never gone to a police station but I could imagine how scary it would be.

**Part 3** I learned many facts about the justice system and the amendments. I've learned a lot about how the amendments have changed over time and learned about the development of laws and amendments. The Federal Crime Bill that was passed in 1994 was passed to put 100,000 police officers on the street, and funded tons of money to build even more prisons at the time. The Bill was used a lot to go against black people at the time. War on drugs was a fight to relate black people and hippies to drugs. It was a very racist time and many people viewed black people as monsters and criminals. They wanted to justify putting black people in jail for no reason. The 13th amendment was to help abolish slavery but it was all disreagrded once you were in prison. The 13th amendment was a step to end slavery but didnt abolsih slavery all-together. It took a really long time to completely stop slavery.

Part 1: Dear Anthony Gay, I heard about your story and I feel deep sympathy for you and what you went through. It's so sickening that you went through all of that for doing things that are nothing compared to things that other people did that ended up being in solitary confinement.
Part 2: My name is Veronica Zapata, I enjoy listening to music, reading & writing, and occasionally playing games. I'm a student at Durkin Park and I'm in 8th grade.
Part 3: We were watching a documentary about the amendments and also studied them. While watching the documentary in class, I learned that there are loopholes in the amendments like in the 13th which was immediately exploited. Also learning of how many adults of different races are in the U.S. prison system on a data graph. There was a huge gap in the percentage of whites imprisoned, the number going down drastically compared to the number of other races sorta going up and down.

I admire that now you strive to change the laws involving solitary confinement here in Illinois, and I hope the best for you.

Sincerely, Veronica Zapata