# SAINT LE°NARD'S MINISTRIES

May 19, 2023

To:   To:   Illinois Prison Project

2100 W. Warren Blvd.
Chicago, IL 60612
T.312 738 1414
slministries.org

Re:   Anthony Gay

This serves as a conditional letter of support to serve Mr. Anthony Gay in our Saint Leonard's Ministries housing and other support programs if and when he is released from custody. This will require Mr. Gay's interest and consent for services, current openings at the time of release, and an appropriate screening to ensure that we can meet his needs.

St. Leonard's Ministries has supported individuals in their re-entry journeys for almost 70 years now and has a track record of success. We believe that it is our holistic services and strong presence of alumni and others with lived incarceration experience that makes this possible. Evaluation and Research has shown that recidivism rates for those in our holistic housing programs are significantly less than IL Department of Corrections averages.

The no-cost on-site holistic services include:

- Case management
- Peer support groups
- Educational and Workforce development services
- Technology training and financial literacy
- Mental health counseling (individual and group
- Substance abuse recovery
- Physical health care

Thank you.

Sincerely,

Zack Schrantz
Executive Director

Saint Leonard's House    Grace House    Barlow Center    Saint Andrew's Court    Harvest Commons

Claudette Reed, MA Clinical Manager, NAMI Chicago
1801 W Warner Ave Suite 202
Chicago, IL 60613

To Whom It May Concern:

I am Claudette Reed, a Clinical Manager with NAMI Chicago. Here at NAMI Chicago, we promote community wellness, break down barriers to mental health care and provide support and expertise for families, professionals and individuals in Chicago and beyond. We have the courage to believe that healing is possible. As a Clinical Manager, I work with a team that strives to create a world that prioritizes mental wellness, and bridges people into the care and support they deserve to live thriving lives of recovery. The main goal of my role here is to ensure I advocate, educate, and empower those who are living with mental health challenges by being a line of support (via phone) and connecting them to the most appropriate resources to fit their need.

Here at NAMI, Mr. Gay will have access to free Peer Support Groups.  This group will allow Mr. Gay to share his experiences in a safe and confidential setting, while gaining hope and a sense of connections with others. The group encourages empathy, productive discussion and a sense of community. Mr. Gay will have the opportunity to benefit from others experiences, continue to discover his inner strength and empower himself by sharing his own experiences in a non-judgmental space. Mr. Gay will have 1:1 support from myself. I can connect Mr. Gay to our wonderful network of resources that range from: Supportive Housing, Therapist and Psychiatrist, Support Groups, Re-entry Programs, and employment, Medication Management, and so much more. I will work with Mr. Gay assisting him in getting connected to resources, making appointments, and continuing the work that is needed to ensure a successful and healthy transition back into society. I can ensure you Mr. Gay will have access to intense mental health services, and I will work with him personally to ensure he has a successful Transition of Care to all Mental and Behavioral Health Services.

I hope this letter will give you an idea of the framework NAMI and myself provides for Mr. Gay, thank you for taking the time to read this letter.

Sincerely,

Claudette Reed, Clinical Manager

March 20, 2023



May 16, 2023

To Whom It May Concern:

We are writing from the Chicago Torture Justice Center in support of Anthony Gay, Regis Number 2317026. We are an organization that provides case management, counseling, support groups, and community-based services for those who are currently and formerly incarcerated and impacted by police violence. The Chicago Torture Justice Center supports the immediate release of Anthony Gay and we are able to support him with services upon release.

As an organization, we work with individuals who are incarcerated and formerly incarcerated in support of their overall well being. Our clinical and non-clinical staff alike continue to support participants and their families as they navigate their return home and as their cases continue to unfold in court. Upon Mr. Gay's release, we are prepared to respond by offering connections to services and resources he might need.

The Chicago Torture Justice Center offers direct individual and group mental health services and peer support from other formerly incarcerated survivors that will be available to Mr. Gay throughout his transition home. Through case management, we will work to connect him to necessary resources like housing, medical care, and food. The Center also offers accompaniment in systems navigation and referrals as part of the statewide Access to Justice network supporting communities impacted by incarceration.

If we can answer any questions, please let us know. We are hopeful that Mr. Gay will be reunited with loved ones and his community soon. When and until that happens, we will be here to offer our support.

Sincerely,

Cindy Eigler & Aislinn Pulley
Co-Executive Directors
Chicago Torture Justice Center

June 9, 2022

To Whom It May Concern,

My name is Johnny Gay. My son Anthony Gay is currently detained at Peoria County Jail. Upon his release Anthony will return to live with me in my home at 1228 14th street, Rock Island, Illinois 61201 with myself, my wife Shirley Gay, my granddaughter Keonna Johnson and my grandson Kaden Lewis.

Throughout the years, Anthony has lived with me in my home. I will continue to provide financial and emotional support for Anthony as he needs.

Sincerely,

*Johnny Gay*

Johnny Gay

The Honorable James E. Shadid

U.S. District Judge

204 U.S. Courthouse

100 N.E. Monroe Street

Peoria, IL 61602

12.5.2022

Dear Honorable James E. Shadid,

My name is Luis Rodriguez. I am an upper grade civics teacher, member of the Chicago Teacher's Union, and a local children's books author. I am a friend and ally of Anthony Gay. Last year we connected through an old student of my mine who just won a chair as a County Board Member in District 9, Destinee Ortiz. Anthony sent two members from Chicagovotes.org and they spent an entire day with my students giving them a lesson on how bills become laws. Meanwhile, Anthony interacted with my students virtually sharing with them the origins of bill HB3564. I also had the honor of seeing Anthony speak at a Rainbow Coalition event. Since then Anthony, before awaiting in jail for sentencing, has supported and influenced my civics classroom drastically.

Anthony and I have been friends and collaborators for over a year yet I feel like we are family. Anthony has inspired 2 sets of 8th graders and of course he has had a tremendous impact on me. Anthony helped me re-engineer and crucially upgrade my civics scope and sequence. For example, students learned how to write letters to their local senators and house representatives to advocate for bills aligned with their values. Next with Anthony's support I combined my skill set of writing children's books to Anthony's knowledge of passing a bill to become a law. My students loved their final project of a children's book around issues like gun violence, women's rights, immigration, the environment, and homelessness. Next this book ended with a simplified tutorial of a bill that could resolve the main problem of the story and the process it takes to be ratified as a law. The final big project that Anthony inspired was a board game called Amended or Broken. This board game uses student chosen real exoneration cases from the National Registry of Exoneration from the University of Michigan Law School. In addition, student created scenario cards that challenged an opponent to deduce what amendments in that situation were honored or broken. I'm am so grateful for Anthony's support and generous contribution of time and energy to my classroom. As an extension of Anthony's impact, your honor, you will find dozens of student letters.

As one of Anthony's supporters I'm eager to provide him with financial assistance, help organize fund raising, connect him as an educational resource to future students, assist him in acquiring counseling, and honored to be a reference for him to gain employment opportunities. I ask that you sentence Anthony to probation, so that he can leave on this earth as a humble human, loving father, educational advocate, civic resource, and community contributor. Anthony has already spent over 22 years of his life in prison. Please grant him the opportunity to experience what the

constitution promises us; a life of liberty and property so he may finally live with dignity and family.  Appreciate your time.

Honored,

*Luis Rodriguez*

Luis Rodriguez

Upper Grade Civics Teachers

CTU Member

10442 S. Artesian

Chicago Illinois 60655



The Honorable James E. Shadid
U.S. District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

December 15, 2022

Dear Honorable James E. Shadid,

I am Kaliyah Arrington, the mother of Anthony's son . I'm a full-time CNA at St.Anthony's & Rehab in Rock Island, IL.

I have known Anthony Gay for 3 years now. We have a son together who is 3 years old. Anthony is someone who is very loving and caring, he loves his son and is all he talks about. Our son misses his dad a lot. He loves going to his dads because he would let him do whatever he wants. They have a very close bond and hopefully they can be reunited soon. I can only do so much as a mother raising a son on my own.

In my opinion, Anthony Gay is someone the never gives up, and is determined to do whatever he puts is mind to. He should be a motivational speaker. Someone who is very proactive in the community and so dear to others. Anthony is a very hopeful and helpful person. He truly is a great person and wants to help others who have been in solitary like he was. I've had to teach Anthony so many things from him not knowing everyday life things. Something as simple as airing up a tire because he did not know how. Today he still does not know everyday things we would because he was confined for so many years. Anthony has grown so much especially with him having a son. Anthony is loved by many people and is an inspiration to people who don't have hope. He has done so many great things and has accomplished things people would dream of doing. I thank him for coming into my life and giving me our amazing son.

I'm able to pick Anthony up to and from where he needs to go like I've done in the past.. I'm willing to do anything I can to make sure he can come home and help be in his son's life.

*Kaliyah Arrington*
Kaliyah Arrington
1727 6th Street Rock Island, IL 61201

The Honorable James E. Shadid
U.S. District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

5/10/2023

Dear Honorable James E. Shadid,

I am LaShonda Northern, I work in sales for Rollins Inc., and I am a youngest sister of 5 to Anthony Gay.

I have known Anthony Gay all my life. From birth until the age of 16 years old me and my brother shared many good memories. He has a bright personality and is very humorous. My brother loved to wrestle and even wrestled in junior high school.

In my opinion, Anthony Gay was a strong leader in his community. When Anthony was released recently, he spent a lot of his time speaking to the youth and adults about his life and lessons he learned throughout his life. Anthony was recently blessed with a baby boy; he enjoyed spending time with him and his family. Anthony carried himself like the head of the family taking on many responsibilities at an early age. One time when I was 10 years old, Anthony and the rest of my siblings were taking a trip to the pool which was a few blocks away from where we lived. We normally take a short cut through an alley way which this time a dog came running out of an open gate. My brother immediately gathered us behind him and even though he is short in height he stood his ground and yelled at the ferocious dog until it ran back toward the fence. My brother always made us feel safe and made sure we had fun with him. He loved his siblings and would often relieve some of my mom's stress by taking us to the pool or local park. He was very protective over his sisters and mother and overall, a great example of a man and big brother.

I support my brother Anthony Gay in any way he needs support whether it be financial or emotional support. I own a four bedroom, three bathroom house in the Pebble Brook community area in Covington, GA and live with my 2 daughters who are 20, 14, and also a 3 year old grandchild. I can provide rooming as well as financial support to my brother for as long as he needs, to ensure he has the best support needed for a positive transition back into society. I ask that you sentence Anthony to probation, so that he can have the opportunity to be a father to his son, support and continue to support his family, and continue to help uplift his community by continuing to spread his story and reach out to those in need.

Lashonda Northern

10 Chapman Way

Covington, GA 30016

The Honorable James E. Shadid
U.S. District Judge
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602


November 29, 2022

Dear Honorable James E. Shadid,

My name is Natalia Bogucka, I am a small business owner, criminal justice reform advocate and a friend of Anthony Gay. I met Anthony in the winter of 2020 after he reached out to me on social media to tell me his incredible story of survival. We became instant friends and began working on different projects together. We spoke for hours very frequently over the phone due to the distance between us. Anthony lives approximately three hours away from me but even that distance was worth traveling to meet this amazing and inspiration person. Since Anthony was on house arrest we had to plan every trip took down to the minute because he needed to get approval to leave his home. On my first trip to meet Anthony I was given the honor of taking him to vote for the first time in his life. It was not only a momentous event in his life but for me as well. On other trips to visit Anthony we went to the library and to print copies of motions for his case. Our options were very limited due to the house arrest and time constraints. We always discussed criminal justice reform, our aspirations to create change in the world as well as our kids and family life. Anthony is a great listener, an unbelievable orator and an overall extraordinary person.

Anthony spoke frequently about his gut wrenching experience in solitary confinement. When he asked me if I knew how to create a website because he wanted to tell his story and start a *Dismantle Solitary Confinement* website, I had no knowledge of website design. I believed that Anthony's story needed a platform that was his own and that other solitary confinement survivors could share their stories. I learned how to create a website so that Anthony could share his story, I paid for the website and still continue to do so because he deserves to have a voice. In May of 2021, Anthony was able to bring his idea of The Section 1983 Initiative nonprofit to fruition. During the initial meeting for the nonprofit, Anthony asked if I would be on the board of directors, and of course I agreed. Every single person on the board truly believed in Anthony, his story, his drive and his vision. Anthony was supposed to come and speak at an event called Celebrating Freedom Fair, the event brought different justice reform organizations together and allowed people in the community to learn about each organization. Anthony did not get approval to attend the event and I was able to step in and represent The Section 1983 Initiative. Since Anthony's story is so important, the organizer at Parole Illinois and I put Anthony on speaker phone and he was still able to tell his story that day.

On another occasion, Anthony called me early in the morning and asked if I would like to meet him in Chicago because he had a radio interview scheduled and also a meeting with Reverend Jesse Jackson. I met Anthony at the radio station and witnessed him so gracefully tell his story. After the interview we made our way to Rainbow Push to speak with Jesse Jackson. As Anthony spoke the room was silent, he showed Rev. Jackson pictures of injuries during his time in solitary confinement and Rev. Jackson was in complete shock. He was inspired by Anthony's story and wanted to assist Anthony in his plight to reform the use of solitary confinement. I have witnessed Anthony Gay speak in front of legislators

about the Anthony Gay Confinement Restriction Act alongside Brian Nelson, who was also a victim of solitary confinement and is no longer here to share his story.

When I share Anthony's story with other people their initial reaction is usually disbelief. What I find unbelievable is that after so much trauma and torture Anthony is still such a compassionate and gentle soul. Even when he was incarcerated in Peoria, he would call me and the first thing he would ask is how I am doing. Many times Anthony was my rock and emotional support. In October of 2021, a person I was really close to committed suicide in prison, Anthony constantly checked on me to make sure I was okay. Even when I did not want to talk to anyone, Anthony made sure to at least send me a message that he was thinking of me. Anthony has inspired me to be a tenacious person, to never limit my aspirations and ideas, but most importantly he showed me that kindness goes a long way.

Anthony is not only a fearless activist, an amazing friend but he is also a nurturing and loving father and son. Anthony's family needs him, especially his little boy. I am able to provide any type of assistance that Anthony might need. If he will need a roof over his head, my home will become his home, if he needs financial assistance I will be happy to help him, if he needs a person to talk to I will always be here for him. I ask this court to sentence Anthony Gay to probation so that he can continue to make a positive impact on his community and everyone around him. Thank you for your consideration.

Natalia Bogucka
10111 Wilmette Ave
Algonquin, Il 60102
224-421-4625