**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

# Bureau of Prisons
# Psychology Services
# Suicide Risk Assessment

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #:  23170-026 |
| Date of Birth: | 08/19/1973 | Sex:  M | Facility:  BUT | Unit Team:  NC MH |
| Date: | 07/05/2022 19:21 | Provider:  Sunder, Katherine PsyD | | |

Type of Housing: Secure Mental Health Unit
Cell Accommodation: Single Cell

Findings

This assessment and the resulting recommendations are based on the following sources of information:
Clinical Interview, Other, Sentry, Staff Interviews

Inmate Incident reports from Peoria County Jail.

## Reason for Referral

Mr. Gay arrived to the R&D Department at FCI-1 Butner on July 5, 2022, at 5:30 pm. While attempting to conduct the Forensic Examination Intake, he refused to answer many questions and asked to speak to his attorney. A call was attempted, but there was no answer. Given his refusal to answer my questions, Health Services interviewed him. While this was occurring, I reviewed several incident reports from the Peoria County Jail that document Mr. Gay's history of self-injurious behavior, including a suicide attempt one week ago. Another interview attempt was made with Mr. Gay, but he only argued about having to be placed on quarantine/observation status (due to the Covidu-19 global pandemic); he stated "solitary is torture" and he reported he previously spent 22 years in solitary confinement in the state correctional system. Out of an abundance of caution, suicide watch was initiated on July 5, 2022, at 7:00 pm.

Consistent with policy, the following suicide risk assessment was conducted on July 5, 2022, at 7:00 pm (within 24 hours of notification).

## Mental Health History

At this time, there is nothing known about Mr. Gay's mental health history given his refusal to answer questions about potential diagnoses, history of treatment, or medication management.

## Self-Harm History

The following is a synopsis of Mr. Gay's most recent self-harm history. According to Peoria County Jail reports, on May 19, 2022, Mr. Gay reported he would engage in self-injurious behavior. Suicide watch was initiated. Later that day he "stabbed himself with a pencil through his right antecubital area of the right arm, a through and through injury, near the brachial artery." He reportedly received the pencil from another inmate. He was treated at an outside hospital and returned to the jail.

On May 20, 2022, Mr. Gay cut his testicle and thigh, and he was placed in a restraint chair for his safety. He reported he cut himself from pencil lead that was left over from the day before. According to medical, the wound was not deep enough for him to be sent to an outside hospital.

Mr. Gay, on June 23, 2022, broke a spoon and cut himself, sticking the plastic in his right elbow. He also reported that he stuck a piece in his eye. He was transported to the outside hospital for wound care, and returned that same day. The following day, Mr. Gay cut his scrotum and claimed to have another piece of plastic in his eye. When officers searched the cell, a piece of plastic utensil was found in the bathroom on the sink. Again, he was taken to the outside hospital.

While officers were doing rounds on June 27, 2022, blood was observed coming from Mr. Gay's leg where his stitches had come loose. It appears he was taken to the outside hospital. On June 28, 2022, Mr. Gay's behavior continued to escalate and he made several threats to harm officers. He then was observed to cut his penis and commented he wanted to go to the outside hospital. Two days later, on June 30, 2022, Mr. Gay then cut his arm with his fingernail.

## Current Problem

Mr. Gay is currently at FCI Butner for a court-ordered forensic evaluation. He arrived on July 5, 2022, for completion of that evaluation. He is currently classified as a STDY3-MH inmate, which is appropriate since his evaluation period remains ongoing. Previous diagnoses of Mr. Gay remain unknown at this time. Currently, he presents as despondent, frustrated, and irritable. He reported a long history of solitary confinement in the state prison system, and he commented

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #:  23170-026 |
| Date of Birth: | 08/19/1973 | Sex:  M | Facility:  BUT | Unit Team:  NC MH |
| Date: | 07/05/2022 19:21 | Provider:  Sunder, Katherine PsyD | | |

that he is attempting to help change the laws in Illinois to restrict the use of these techniques. (This was verified through an internet search). He reported he did not want to be placed on quarantine/observation status because of feeling "tortured." However, he has also engaged in several severe instances of self-injurious behavior in the last month. A review of these documents indicates that his behavior is sometimes in response to frustrations or having unmet needs. Given that Mr. Gay would have to be placed in quarantine (something that clearly frustrates him), suicide watch was deemed to be the least restrictive means to keep him safe at this time.

## Current Mental Status

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Retarded/Slowed

**General Appearance:** Normal

**Behavior:** Uncooperative

**Mood:** Irritable

**Thought Process:** Goal Directed

**Thought Content:** Normal

## Risk and Protective Factors Assessed
**This writer screened the inmate for a variety of empirically validated factors commonly associated with risk for self-harm  and suicide.**

The following **STATIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: History of self-injury or suicide attempt, History of violent behavior

The following **DYNAMIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Agitation, Feeling hopeless/helpless, Non-compliance with treatment recommendations, Problem solving deficits, Social isolation

Of the **PROTECTIVE** risk factors assessed, none were found to be present.

Some risk and/or protective factors were not assessed, and their impact on this inmate's risk for suicide related behavior is undetermined; the reason they were not assessed is stated below.

At this time, most of the risk factors could not be adequately assessed due to Mr. Gay not cooperating with an interview and a lack of information currently available about his history. A phone call was placed to his attorney, but there was no answer. It is clear that Mr. Gay has a history of self-injurious behavior and violent behavior (according to SENTRY). Present dynamic factors include agitation, feeling hopeless, non-compliant with current protocols, exhibiting problem solving deficits, and being socially isolated (he appears to have been on suicide watch while in the county jail). There are no known protective factors.

## Diagnosis
 Diagnosis currently deferred due to active forensic study status.

## Conclusions
**The Overall Acute Suicide Risk for this Inmate is:**  High
**Overall Chronic Suicide Risk for this Inmate is:**  Present

## Recommendations
The above conclusions are based on currently available information. Although Mr. Gay did not express clear suicidal intent at this time, his suicide risk is considered high due to his very recent history of suicidal and self-injurious behavior. Chronic suicide risk appears to be present. The inmate has a current STDY3-MH assignment due to his forensic study status. No diagnoses are offered at this time as his forensic evaluation has yet to begin, but his presentation seems likely suggestive of a mood component, as well as a personality component. At this time, suicide watch remains appropriate. Consideration will be given to removing the inmate from suicide watch if he is cooperative with the intake process, as well as engage in a conversation about his behaviors, suicidal ideation, and coping.

When Mr. Gay was placed on suicide watch, the officers were informed about his recent self-injurious behavior and how he sometimes uses his own fingernails to cut. Mr. Gay has a current bandage on his arm, and the suicide watch companions were told to inform officers immediately should Mr. Gay begin picking at this wound or bandage.

| | | |
|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | Reg #: 23170-026 |
| Date of Birth: | 08/19/1973    Sex: M    Facility: BUT | Unit Team: NC MH |
| Date: | 07/05/2022 19:21    Provider: Sunder, Katherine PsyD | |

**Suicide Watch:**    A suicide watch is to be initiated immediately

Completed by Sunder, Katherine PsyD on 07/05/2022 20:43

**SENSITIVE BUT UNCLASSIFIED**

**Bureau of Prisons**
**Psychology Services**
**Forensic Examination Intake**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M         Facility:  BUT | Unit Team: | NC MH |
| Date: | 07/05/2022 19:20 | Provider: | Sunder, Katherine PsyD | | |

## Mental Status Exam

Mr. Anthony Gay (Reg. #23170-026) is a 48-year-old African American man who arrived at the Federal Correctional Institute - I (FCI-I) Butner on July 5, 2022, for a court-ordered forensic evaluation. At the onset of the interview, Mr. Gay appeared to be despondent, and he was very quiet. The nature and purpose of the evaluation were provided, as well as the limits to confidentiality. He informed that he was uncomfortable answering questions, and he asked to speak with his attorney. An attorney/client phone call was provided; however, his attorney was unavailable. Mr. Gay expressed copious concerns regarding the need to place him on quarantine status (due to the Covid-19 global pandemic), citing "torture" and "inhuman treatment." He then refused to engage further in an interview. Given his history of severe self-injurious behavior in combination with him not answering questions, suicide watch precautions were initiated as it was thought this was the least restrictive environment in which to keep him safe.

While he remained on suicide watch, I saw him again on July 6, 2022, to ask him the intake questions. This contact lasted from 9:20 am - 11:25 am. Again, he requested an attorney phone call, which was provided to him by the unit counselor. Following this conversation, Mr. Gay engaged in an interview. He reported that he was previously diagnosed with borderline personality disorder while he was incarcerated. He discussed a 22 year long history in the Illinois prison system where he was housed in solitary confinement for a majority of that time. While incarcerated, he reported being prescribed psychiatric medication, such as Thorazine, Haldol, and Prolixin. He described he was "traumatized" with these medications and experienced negative side effects. Once released from prison, he received treatment at a community center by the name of Robert Young, where he was diagnosed with posttraumatic stress disorder. Mr. Gay spoke favorable about his therapist there. When asked about a potential history for substance abuse, he reported "I hate alcohol and drugs." He mentioned trying marijuana when he was an adolescent, but reported no consistent use.

Mr. Gay reported he is feeling a "little depressed," and he expressed concern about his present situation. However, he denied feeling hopeless about life ("the fight keeps me inspired"). He stated he has never experienced any auditory or visual hallucinations. During both contacts with Mr. Gay he was not observed to respond to internal stimuli or reference any delusional thought content. He was quite focused on the perceived inhumane treatment of prisoners, discussing his prior experience and how he, after his release from state custody, worked on legislation to minimize the use of solitary confinement in incarcerated settings (this has been verified). Mr. Gay also discussed the racial disparities in the criminal justice system.

## Risk of Harm to Self or Others

According to Mr. Gay and his attorney, he has an extensive history of self-injurious behaviors. He reported that he began cutting in 1998, and this behavior was persistent over his state incarceration. Mr. Gay described he engaged in cutting to minimize the "psychological pain" from the years spent in solitary. Some incident reports from the previous county jail summarize more recent self-harming behaviors:

According to Peoria County Jail reports, on May 19, 2022, Mr. Gay reported he would engage in self-injurious behavior. Suicide watch was initiated. Later that day he "stabbed himself with a pencil through his right antecubital area of the right arm, a through and through injury, near the brachial artery." He reportedly received the pencil from another inmate. He was treated at an outside hospital and returned to the jail.

On May 20, 2022, Mr. Gay cut his testicle and thigh, and he was placed in a restraint chair for his safety. He reported he cut himself from pencil lead that was left over from the day before. According to medical, the wound was not deep enough for him to be sent to an outside hospital.

Mr. Gay, on June 23, 2022, broke a spoon and cut himself, sticking the plastic in his right elbow. He also reported that he stuck a piece in his eye. He was transported to the outside hospital for wound care, and returned that same day. The following day, Mr. Gay cut his scrotum and claimed to have another piece of plastic in his eye. When officers searched the cell, a piece of plastic utensil was found in the bathroom on the sink. Again, he was taken to the outside hospital.

| Inmate Name: | GAY, ANTHONY TONY | | | | Reg #: | 23170-026 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/19/1973 | Sex: | M | Facility:  BUT | Unit Team: | NC MH |
| Date: | 07/05/2022 19:20 | Provider: | Sunder, Katherine PsyD | | | |

While officers were doing rounds on June 27, 2022, blood was observed coming from Mr. Gay's leg where his stitches had come loose. It appears he was taken to the outside hospital. On June 28, 2022, Mr. Gay's behavior continued to escalate and he made several threats to harm officers. He then was observed to cut his penis and commented he wanted to go to the outside hospital. Two days later, on June 30, 2022, Mr. Gay then cut his arm with his fingernail.

**Notice of Psychological Eval.-Informed Consent**

As indicated above, the limits of confidentiality, as well as the nature and purpose of the evaluation, were discussed and Mr. Gay demonstrated an understanding of those issues. Upon inquiry, he informed he is currently charged with "felon in possession of a firearm and ammunition." However, he then clarified that he has already been convicted of his charges and is awaiting sentencing. He indicated that his evaluation is actually assessing his competency to be sentenced.

**Housing Recommendations**

At this time, Mr. Gay remains on suicide watch. While he denied any active suicidal ideation, plans, or intent, this setting is the least restrictive environment at this time given his recent self-injurious behavior and is lack of coping in a more isolated setting (i.e., quarantine in the secure mental health housing unit). Mr. Gay appears motivated to move off suicide watch, but he also voices concerns with a cellmate (his attorney separately noted these concerns). He will be seen daily while he remains on suicide watch. In the event he tests negative for Covid-19 during the quarantine observation period and he remains behaviorally stable, he may be appropriate for release to the open housing unit.

Completed by Sunder, Katherine PsyD on 07/06/2022 13:00

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Psychology Services
### PSIQ Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility: BUT | Unit Team: | NC MH |
| Date: | 07/05/2022 19:20 | Provider: | Sunder, Katherine PsyD | | | |

## Comments

Please see the attached and completed Psychology Services Inmate Questionnaire (PSIQ).

Completed by Sunder, Katherine PsyD on 07/06/2022 13:54

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
# Psychology Services
# General Administrative Note

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility: | BUT | Unit Team: | NC MH |
| Date: | 07/18/2022 14:31 | Provider: | Zonno, Joseph PhD, CTP | | | | |

## Comments

Background: the on call psychologist attempted a clinical contact with Mr. Gay this morning, but he declined to participate in that contact.

At approximately 1:00 pm on 07-18-2022, Mr. Gay demanded to speak with his assigned forensic evaluator. He was advised that she had departed the institution and a psychologist would see him tomorrow to reassess his mental state (suicidality) and risk of self-directed violence.

I received a call from staff working the secure mental health unit on 07-18-2022 at approximately 2:00 pm. Staff stated Mr. Gay demanded some "out of cell time" including some time to watch television. Staff also indicated Mr. Gay demanded to talk to a psychologist immediately and if nobody comes to see him immediately, "I will wind up in the hospital tonight." It is my clinical opinion that a psychologist going to see Mr. Gay in these circumstances would actually increase his long term risk of self directed violence , as well as his suicide risk, as it would reinforce long-standing maladaptive patterns of thought and behavior. Further, providing reinforcement (such as watching television) at the demand of the individual rather than following a desirable behavior would be clinically counter productive.

Mr. Gay is currently on suicide watch for his own safety, which includes constant visual supervision by a trained inmate companion. It is recommended additional correctional safeguards be employed should Mr. Gay engage in self-directed violence.

A psychologist will meet with Mr. Gay on 07-19-2022 to reassess risk of suicide and self-directed violence, as well as the conditions of confinement.

Completed by Zonno, Joseph PhD, CTP Administrator on 07/18/2022 14:54

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

# Bureau of Prisons
# Psychology Services
# Suicide Risk Assessment

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #:  23170-026 |
| Date of Birth: | 08/19/1973 | Sex:  M | Facility:  BUT | Unit Team:  NC MH |
| Date: | 07/18/2022 09:26 | Provider:  Sunder, Katherine PsyD | | |

Type of Housing:  Secure Mental Health Unit
Cell Accommodation:  Single Cell

## Description of Suicide Related Behaviors

The inmate engaged in a Undetermined Suicide Related Behavior with Injuries, a self-inflicted, injurious behavior for which the intent is unknown, which resulted in non-fatal injury.

The lethality of this behavior was assessed to be  Moderate.
Method of self harm or suicide attempt: Cutting  Placed a sharpened toothbrush in arm

Findings
This assessment and the resulting recommendations are based on the following sources of information:
Medical Record, Psychology Data System, Staff Interviews

## Reason for Referral

The CTP on-call psychologist was notified on July 16, 2022, at 1:03 pm by the FCI Butner Lieutenant regarding Mr. Gay. According to medical documentation: "Inmate in the MD Annex has taken a tooth brush and what appears to be a sheet and sewed to into his right arm at the elbow. The tooth brush is under scar tissue and is attached to the inmates arm by the sheet that is also been ran under his scar tissue." The undersigned was informed Mr. Gay was being transported to the outside hospital. Upon his return, Mr. Gay would be placed on suicide watch. At 10:34 pm, the undersigned called the institution to inquire about Mr. Gay; he had not returned from the outside hospital and had been refusing treatment. On July 17, 2022, at 6:35 pm, I spoke to the FCI Butner Lieutenant who informed Mr. Gay had returned at approximately 3:00 pm and was placed on suicide watch at 3:15 pm.

Consistent with policy, the following suicide risk assessment was conducted on July 18, 2022 at 8:39 am (within 24 hours of notification/Mr. Gay's return to the institution).

## Mental Health History

Mr. Gay has reported a diagnosis of PTSD, which he said was the result of 22 years of "solitary confinement" in a state prison system. He is currently at FCI Butner for a court-ordered forensic evaluation. He is currently classified as a STDY3-MH inmate, which is appropriate since his evaluation period remains ongoing.

## Self-Harm History

Mr. Gay and his attorney have reported an extensive history of self-harming behaviors. The following is a synopsis of Mr. Gay's most recent self-harm history, which was summarized as part of the first SRA. According to Peoria County Jail reports, on May 19, 2022, Mr. Gay reported he would engage in self-injurious behavior. Suicide watch was initiated. Later that day he "stabbed himself with a pencil through his right antecubital area of the right arm, a through and through injury, near the brachial artery." He reportedly received the pencil from another inmate. He was treated at an outside hospital and returned to the jail.

On May 20, 2022, Mr. Gay cut his testicle and thigh, and he was placed in a restraint chair for his safety. He reported he cut himself from pencil lead that was left over from the day before. According to medical, the wound was not deep enough for him to be sent to an outside hospital.

Mr. Gay, on June 23, 2022, broke a spoon and cut himself, sticking the plastic in his right elbow. He also reported that he stuck a piece in his eye. He was transported to the outside hospital for wound care, and returned that same day. The following day, Mr. Gay cut his scrotum and claimed to have another piece of plastic in his eye. When officers searched the cell, a piece of plastic utensil was found in the bathroom on the sink. Again, he was taken to the outside hospital.

While officers were doing rounds on June 27, 2022, blood was observed coming from Mr. Gay's leg where his stitches had come loose. It appears he was taken to the outside hospital. On June 28, 2022, Mr. Gay's behavior continued to

| | | |
|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | Reg #:   23170-026 |
| Date of Birth: | 08/19/1973      Sex:  M      Facility:  BUT | Unit Team:  NC MH |
| Date: | 07/18/2022 09:26      Provider:  Sunder, Katherine PsyD | |

escalate and he made several threats to harm officers. He then was observed to cut his penis and commented he wanted to go to the outside hospital. Two days later, on June 30, 2022, Mr. Gay then cut his arm with his fingernail

**Current Problem**

Since Mr. Gay's arrival to FCI Butner, he has had three prior SRA's completed. The first SRA was done on the day of his arrival, out of an abundance of caution, given Mr. Gay's refusal to participate in the intake process and his recent engagement in self-harming behaviors. The second SRA took place over his first weekend when he was feeling "boxed in" with thoughts of self-harm. Suicide watch was not warranted and Mr. Gay and the on-call psychologist at that time discussed his short and long-term goals. Mr. Gay was future oriented and stated he would "never end [his] life." On July 15, 2022, Mr. Gay was placed on suicide watch after he became agitated over a cell change (he had been threatening to throw feces) and noted, "I'm going on watch." He immediately flooded his cell while on watch. He was removed from watch later that day after engaging in a discussion with his assigned forensic evaluator. Mr. Gay voiced difficulties with remaining on quarantine/observation status in the secure mental health housing unit, but he was open and willing to discuss coping skills. (It should also be noted that Mr. Gay remains in secure housing due to a recent incident report on July 12, 2022, when he became angry over not receiving the phone and made threats at staff.)

Based on staff report, Mr. Gay engaged in self-harming behavior on July 16, 2022, that required transport to an outside hospital. It is unclear the immediate precipitant to this as Mr. Gay refused to engage in a discussion with the undersigned during the current SRA. Based on Mr. Gay's history, he becomes upset and triggered when he feels "less than human" and made to stay in, what he calls, "solitary confinement." He has been counseled on the policy and procedures of the BOP and the institution giving the Covid-19 global pandemic. While seemingly understanding of this information, Mr. Gay is then quick to anger when not provided with certain items immediately, such as the phone. This has resulted in incident reports that have prolonged his time in the secure mental health housing unit. During previous discussions with the undersigned, Mr. Gay reported he engages in self-harm to not feel the "psychological pain" and cope with his negative feelings.

Mr. Gay is here to undergo a court-ordered forensic mental health evaluation regarding his competency. As stated above, his MH Care Level is STDY3-MH, which reflects his current forensic study status and remains appropriate for him.

**Current Mental Status**

**Level of Consciousness:** Lethargic

**Psychomotor Activity:** Retarded/Slowed

**General Appearance:** Unkempt/disheveled

**Behavior:** Uncooperative

**Mood:** Other

**Thought Process:** Goal Directed

**Thought Content:** Normal

The undersigned attempted to speak to Mr. Gay at 8:39 am on July 18, 2022, for the SRA. However, he was sleeping at the time. When he was able to be woken up, he refused to engage in a conversation.

**Risk and Protective Factors Assessed**
**This writer screened the inmate for a variety of empirically validated factors commonly associated with risk for self-harm  and suicide.**
The following **STATIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: History of mental illness, History of self-injury or suicide attempt, History of violent behavior

The following **DYNAMIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Current physical pain, Non-compliance with treatment recommendations, Problem solving deficits, Social isolation, Uncontrolled mental health symptoms

The following **PROTECTIVE** factors were assessed to be present and may decrease the inmate's risk of suicide:Supportive family relationships

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #:   23170-026 |
| Date of Birth: | 08/19/1973 | Sex:  M | Facility:  BUT | Unit Team:  NC MH |
| Date: | 07/18/2022 09:26 | Provider:  Sunder, Katherine PsyD | | |

Some risk and/or protective factors were not assessed, and their impact on this inmate's risk for suicide related behavior is undetermined; the reason they were not assessed is stated below.

Mr. Gay refused to engage in a conversation with the undersigned, so any assessment of his risk factors was through what is known about his history, or based on observations. While there are no changes to his previously identified STATIC risk factors, there are current present DYNAMIC risk factors including (likely) current physical pain, non-compliance with treatment, problem solving deficits, social isolation, and uncontrolled mental health symptoms. It is unclear what PROTECTIVE factors may exist at this time, but, at minimum, he continues to have the support of his attorney.

### Diagnosis
Diagnosis currently deferred due to active forensic study status.

### Conclusions
**The Overall Acute Suicide Risk for this Inmate is:**  Moderate
**Overall Chronic Suicide Risk for this Inmate is:**   Present

### Recommendations
Suicide watch precautions were initiated by custody staff on July 17, 2022, at 3:15 pm. Due to the severity of self-harm that required intervention at an outside hospital, the unknown intent behind the behavior (i.e., a wish to die), as well as his refusal to engage with the undersigned as part of the SRA, suicide watch remains warranted as the least restrictive means to keep Mr. Gay safe. He will be allowed a suicide watch mattress, smock, and blanket, and be provided soft trays with no plastic utensils. This information was communicated to officers as well as written in the log book.

Mr. Gay is a STDY3-MH inmate who is currently undergoing a court-ordered forensic mental health evaluation. This is his fourth SRA since his arrival to FCI Butner. During his time on quarantine/observation status, he has received one incident report for threatening staff after not receiving the phone. Based on his history, he engages in maladaptive coping skills when experiencing increasing mental health symptoms. Despite attempts to provide him with alternative/healthy coping strategies and giving him legal phone calls to work on his case, he has escalated his actions to engage in moderately lethal self-injurious behavior. The impetus for this is currently unknown given Mr. Gay's lack of engagement in any meaningful conversation at the time of this SRA. Consideration will be given to removing him from suicide watch if he is cooperative with an interview with a psychologist, focused on suicidal ideation and intent, self-harm, and coping skills.

**Suicide Watch:**   A suicide watch was initiated by non-clinical staff and continues to be warranted
**Suicide Watch was initiated on:** 07/17/2022 15:15

Completed by Sunder, Katherine PsyD on 07/18/2022 10:46

**SENSITIVE BUT UNCLASSIFIED**

**Bureau of Prisons**
**Psychology Services**
**Suicide Watch Contact**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M   Facility: BUT | Unit Team: | NC MH |
| Date: | 08/01/2022 10:57 | Provider: | Ross, Heather PhD | | |

### Review of Suicide Watch Log Book

The suicide watch log book was reviewed as part of today's contact.

Eating: The log book reflected Mr. Gay ate at least some of his meals.

Sleeping: The log book reflected Mr. Gay appeared to sleep most of last night.

Hygiene: No entries reflecting hygiene were noted in the log book.

Medication Compliance: The log book reflected Mr. Gay appeared to take his morning medication.

Social Interaction: The log book reflected Mr. Gay spoke to someone at his door.  However, it did not reflect significant conversations with the observers, as it has on prior watches.

Incidents or Threats of SDV: Mr. Gay reported he put something in his eye, reportedly because he was demanding to see this writer.

Other: N/A

### Current Mental Status

Despite reports that Mr. Gay had been demanding to be seen by this writer or another mental health provider just prior to putting something in his eye, he declined to speak with this writer.  He was observed lying on his bed, facing the large window.  His one eye was open and the other eye was covered with a gauze pad.  This writer attempted to speak with Mr. Gay from the suicide watch companion room and from the door of his cell.  Mr. Gay responded "No" when asked if he wanted to speak with this writer.

### Clinical Interview Summary

Summary of Clinical Interview: As noted above, Mr. Gay declined to speak with this writer.

Changes to Risk and Protective Factors: Mr. Gay has engaged in another act of self-harm while on watch.  He continues to display poor frustration tolerance and poor problem-solving.

### Interventions Used During Today's Contact

Given Mr. Gay's decision not to interact with this writer, no interventions were utilized.

### Changes to Conditions of Watch

There are no changes to the conditions of suicide watch at this time.

### Plan for Care

Suicide watch continues to be the least restrictive means to ensure this inmate's safety.  There continues to be several barriers to removal from suicide watch/remaining dynamic risk factors/several clinical issues that remain.  These are: repeated self-harm, minimal frustration tolerance, and poor problem-solving, as well his refusal to engage with mental health professionals.

The plan of care to address the above is: Mr. Gay will continue to be offered the opportunity to meet with a psychologist daily, and the psychologist will assess Mr. Gay's risk status daily.  Consideration for removal from watch would follow discussion by Mr. Gay regarding the antecedents to his self-harm and identification and practice of coping strategies, in addition to a period without acts of self-harm.

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M   Facility: BUT | Unit Team: | NC MH |
| Date: | 08/01/2022 10:57 | Provider: | Ross, Heather PhD | | |

Completed by Ross, Heather PhD on 08/01/2022 11:18

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
# Psychology Services
# Suicide Risk Assessment

| | | | |
|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | Reg #:   23170-026 |
| Date of Birth: | 08/19/1973 | Sex:  M     Facility:  BUT | Unit Team:   NC MH |
| Date: | 08/17/2022 17:00 | Provider:  Ross, Heather PhD | |

| | |
|---|---|
| Type of Housing: | Secure Mental Health Unit |
| Cell Accommodation: | Single Cell |

Findings

This assessment and the resulting recommendations are based on the following sources of information:
Clinical Interview, Staff Interviews

**Reason for Referral**

This writer attempted to meet with Mr. Gay for a scheduled interview today, August 17, 2022, at approximately 3:50 pm. Mr. Gay originally declined to leave his cell to meet with this writer, and appeared to be crying.  This writer made multiple attempts to encourage Mr. Gay to engage with this writer.  This writer then decided to conduct a suicide risk assessment at 4:05 pm, on today, August 17, 2022, well within the 24-hour period of notification.

**Mental Health History**

According to his Intake at FCI Butner:

"He reported that he was previously diagnosed with borderline personality disorder while he was incarcerated. He discussed a 22 year long history in the Illinois prison system where he was housed in solitary confinement for a majority of that time. While incarcerated, he reported being prescribed psychiatric medication, such as Thorazine, Haldol, and Prolixin. He described he was "traumatized" with these medications and experienced negative side effects. Once released from prison, he received treatment at a community center by the name of Robert Young, where he was diagnosed with posttraumatic stress disorder. Mr. Gay spoke favorable about his therapist there. When asked about a potential history for substance abuse, he reported "I hate alcohol and drugs." He mentioned trying marijuana when he was an adolescent, but reported no consistent use."

Mr. Gay is currently at FCI Butner for a forensic evaluation, and has not been given diagnoses yet. He is classified as a STDY3-MH inmate.

**Self-Harm History**

As noted in the July 2022 Intake:

"According to Mr. Gay and his attorney, he has an extensive history of self-injurious behaviors. He reported that he began cutting in 1998, and this behavior was persistent over his state incarceration. Mr. Gay described he engaged in cutting to minimize the "psychological pain" from the years spent in solitary. Some incident reports from the previous county jail summarize more recent self-harming behaviors:

According to Peoria County Jail reports, on May 19, 2022, Mr. Gay reported he would engage in self-injurious behavior. Suicide watch was initiated. Later that day he "stabbed himself with a pencil through his right antecubital area of the right arm, a through and through injury, near the brachial artery." He reportedly received the pencil from another inmate. He was treated at an outside hospital and returned to the jail.

On May 20, 2022, Mr. Gay cut his testicle and thigh, and he was placed in a restraint chair for his safety. He reported he cut himself from pencil lead that was left over from the day before. According to medical, the wound was not deep enough for him to be sent to an outside hospital.

Mr. Gay, on June 23, 2022, broke a spoon and cut himself, sticking the plastic in his right elbow. He also reported that he stuck a piece in his eye. He was transported to the outside hospital for wound care, and returned that same day. The following day, Mr. Gay cut his scrotum and claimed to have another piece of plastic in his eye. When officers searched the cell, a piece of plastic utensil was found in the bathroom on the sink. Again, he was taken to the outside hospital.

While officers were doing rounds on June 27, 2022, blood was observed coming from Mr. Gay's leg where his stitches

| Inmate Name: | GAY, ANTHONY TONY | | | Reg #: | 23170-026 |
|---|---|---|---|---|---|
| Date of Birth: | 08/19/1973 | Sex: M | Facility: BUT | Unit Team: | NC MH |
| Date: | 08/17/2022 17:00 | Provider: Ross, Heather PhD | | | |

had come loose. It appears he was taken to the outside hospital. On June 28, 2022, Mr. Gay's behavior continued to escalate and he made several threats to harm officers. He then was observed to cut his penis and commented he wanted to go to the outside hospital. Two days later, on June 30, 2022, Mr. Gay then cut his arm with his fingernail."

Since arriving at FCI Butner on July 5, 2022, Mr. Gay has undergone e six suicide risk assessments (seven including this one), and been placed on precautions four times (five including this time). He has engaged in self injury to his arm/elbow three times, eye twice, and scrotum twice.

## Current Problem

Mr. Gay eventually approached his cell door and submitted to restraints, when told he either needed to be cuffed to come out and meet with this writer, or be cuffed to be placed on suicide watch.  This writer then met with Mr. Gay in the therapeutic enclosure.

Mr. Gay reported he had gone to the law library and recreation today, which was consistent with staff reports.  He said he took a nap, and felt very depressed when he woke up.  He identified thoughts of "this place getting to 'him.'"  He identified current focuses on his mother's health (she reportedly recently re-entered the hospital) and not being present for his son and his son's mother.  He denied receiving any bad news today, but noted he cried two days ago after our interview, which focused on his history of self-harm.  He denied a plan to engage in self-harm currently, but acknowledged he had recently thought about engaging in self-harm. Mr. Gay was noted to be crying prior to this meeting, when refusing to meet with this writer.  He continued to cry intermittently through the meeting.

## Current Mental Status

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Uncooperative

**Mood:** Sad/depressed

**Thought Process:** Preoccupied

**Thought Content:** Normal

## Risk and Protective Factors Assessed
**This writer screened the inmate for a variety of empirically validated factors commonly associated with risk for self-harm  and suicide.**

The following **STATIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Family history of suicide, History of mental illness, History of self-injury or suicide attempt, History of violent behavior

The following **DYNAMIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Feeling hopeless/helpless, Feeling like a burden to others, Non-compliance with treatment recommendations, Problem solving deficits, Uncontrolled mental health symptoms

The following **PROTECTIVE** factors were assessed to be present and may decrease the inmate's risk of suicide:Denial of suicidal ideation/intention/plans, Future orientation, Religious beliefs against suicide, Supportive family relationships, View of death as negative

Some risk and/or protective factors were not assessed, and their impact on this inmate's risk for suicide related behavior is undetermined; the reason they were not assessed is stated below.

Mr. Gay did not endorse suicidal ideation, but did acknowledge thoughts of self-harm.  He was future oriented, as he wanted to call his son's mother, but expressed significant hopelessness and helplessness.

## Diagnosis
Diagnosis currently deferred due to active forensic study status.

## Conclusions
**The Overall Acute Suicide Risk for this Inmate is:**  Moderate
**Overall Chronic Suicide Risk for this Inmate is:**   Present

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #:   23170-026 |
| Date of Birth: | 08/19/1973 | Sex:  M | Facility:  BUT | Unit Team:  NC MH |
| Date: | 08/17/2022 17:00 | Provider:  Ross, Heather PhD | | |

**Recommendations**

Mr. Gay is currently at FCI Butner for a forensic evaluation, and has not been given diagnoses yet. He is classified as a STDY3-MH inmate.

Given his extensive history of self-harm, both recent and remote, it appears placement on suicide watch is the least restrictive means of reducing Mr. Gay's risk of self-directed violence at this time.  He will be allowed a tear-resistant smock and blanket, mattress, and soft trays.  He is not allowed any utensils - this includes plastic and paper utensils - given his history of using such items to insert into open wounds.  He will be followed daily by CTP psychologists, with a focus on motivational interviewing to assist Mr. Gay in better engaging with staff when frustrated or upset.

Consideration will be given to remove Mr. Gay from suicide watch precautions when he is able to demonstrate engagement in discussion of problem-solving skills and identification of coping strategies, in addition to demonstration of a lack of self-harm.

**Suicide Watch:**   A suicide watch is to be initiated immediately

Completed by Ross, Heather PhD on 08/17/2022 18:17

**SENSITIVE BUT UNCLASSIFIED**

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility: BUT | Unit Team: | NC MH |
| Date: | 08/18/2022 14:47 | Provider: | Zonno, Joseph PhD, CTP | | | |

## Focus of Session

I met with Mr. Gay to discuss and gain Mr. Gay's assent to the Suicide Risk Management Plan (SRMP), which is attached to a note bearing that name on today's date. The SRMP was developed by Dr. Ross in collaboration with myself and supervisory correctional staff. SRMP development began on 08/04/2022 and was delayed due to multiple outside hospital trips and other emergent contacts with Mr. Gay. (Please disregard the entry error SRMP note from 08/04/2022) Dr. Ross attempted to discuss the plan on 08/17/2022 but he declined to engage in that discussion. Dr. Ross eventually ordered suicide watch on 08/17/2022 to safeguard Mr. Gay against self-directed violence. Dr. Ross was away from the institution on today's date. Rather than wait until her return next week, I met with Mr. Gay to implement the SRMP today.

I met with Mr. Gay while he was secured in a treatment enclosure (located in a room with privacy from other inmates and a reasonable amount of privacy from staff).

## Subjective/Objective Presentation

Mr. Gay initially presented as calm and cooperative, but sullen. He eventually displayed moderate indignation and irritability. He was alert and the content of his conversation indicated he was oriented to person, place, time, and situation. His speech was logical and goal directed, and was free from overtly delusional content. Grooming and hygiene were appropriate. Affect was restricted, but consistent with his perceived situation. He was future oriented throughout the contact.

Mr. Gay stated he was ready and willing to review the SRMP. He was provided with a copy of the SRMP (see file attached to SRMP note on today's date). After reviewing the document in its entirety, Mr. Gay looked at me and stated, "This is disgusting." He stated, "I had a plan just like this one before, and it ended up with me naked and strapped down." I pointed out that such things were not contemplated in this plan and this plan was actually geared to incentivizing avoidance of target behavior through positive reinforcement (social interaction, increasing intervals of time in the forensic general population unit). I further clarified his goal was to "get out of solitary" and he concurred. He also state he would not live with a roommate (required in general population), and he would not be comfortable in even in a single cell in general population with the door unlocked (the general population does not have locking doors). I advised his the plan was geared toward giving him as much time in general population as possible while allowing him to reside behind a locked door at night where he may feel more safe. He reiterated, "This is disgusting."

In response to my request for elaboration, Mr. Gay cited a passage at the bottom of page 2 of the plan, which reads, "Medical Staff: If the inmate engages in self-injurious behavior, medical staff will attend to the wounds with as little social attention as possible. They are to treat the wounds as per their governing rules and procedures and make the appropriate contacts." Mr. Gay compared that passage to torture. He was educated re his prior acknowledgement that affection and attention in the wake of self directed violence was something he enjoyed and derived pleasure from. He was further educated the intent is to avoid reinforcing the self harm but ensure he receives adequate medical care. Mr. Gay cut me off and stated, "I am done here. I am done talking to you and Dr. Ross." He denied suicidal ideation. I encouraged him to keep a copy of the SRMP to reconsider assenting to the plan. He again advised me to stop talking. As I terminated the session, I advised Mr. Gay I would return at some point tomorrow to offer reinforcements if he refrains from target behaviors. He stated, "Stop taking to me. You are upsetting me." I left the room to inform correctional staff Mr. Gay was ready to be returned to his assigned cell.

## Intervention(s)

I attempted to gain Mr. Gay's assent to the SRMP and used basic motivational interviewing with gentle cognitive challenges. He was also provided education.

## Progress/Plan

Mr. Gay declined to assent to or sign the SRMP. We will attempt to honor the reinforcers in the plan, contingent on his maintenance of appropriate behavior and avoidance of target behaviors.

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M   Facility:  BUT | Unit Team: | NC MH |
| Date: | 08/18/2022 14:47 | Provider: | Zonno, Joseph PhD, CTP | | |

As I was departing the secure mental health unit, I encountered the Psychologist assigned to provide mental health treatment to inmate Gay. I provided the treating clinician with a verbal history of Mr. Gay and his current situation. I advised the clinician to contact me any time for additional information relevant to Mr. Gay.


Completed by Zonno, Joseph PhD, CTP Administrator on 08/18/2022 15:52

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

**Bureau of Prisons**
**Psychology Services**
**Suicide Risk Management Plan**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility: | BUT | Unit Team: | NC MH |
| Date: | 08/18/2022 14:30 | Provider: | Zonno, Joseph PhD, CTP | | | | |

**Reason for Plan**

NOTE: see Clinical Intervention - Clinical Contact note by this author on this date for additional information regarding my attempt to review the SRMP with Mr. Gay and gain his assent to the plan.

See attached Suicide Risk Management Plan

**Diagnosis**

See attached Suicide Risk Management Plan

**Functional Analysis**

See attached Suicide Risk Management Plan

**Target Behaviors**

See attached Suicide Risk Management Plan

**Interventions**

See attached Suicide Risk Management Plan

**Time Table**

See attached Suicide Risk Management Plan

Completed by Zonno, Joseph PhD, CTP Administrator on 08/18/2022 14:45

**SENSITIVE BUT UNCLASSIFIED**

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility: BUT | Unit Team: | NC MH |
| Date: | 08/18/2022 13:05 | Provider: | Gray, Brian PhD | | | |

## Focus of Session

Mr. Gay has requested therapy and today we met briefly to meet and discuss how we might work together. He is currently on suicide watch and thus this meeting was limited to establishing a framework for any therapy work we might do together. We met at the door of the suicide watch cell.

## Subjective/Objective Presentation

Mr. Gay said his primary goal is to leave FCI Butner as soon as possible. He said he feels "tortured" being here and he said it reminds him of "torture" he experienced in Illinois state prisons. He expressed frustration about this particular prison's practices in general. He said he has difficulty trusting others and especially staff/authority figures but he would work with me.

Mr. Gay was dressed appropriately in a suicide watch smock and grooming/hygiene appeared adequate. He was ambulatory and physical behaviors and psychomotor activity appeared normal. He was attentive, relatively cordial and cooperative, and spoke openly. His speech was normal in rate, latency, rhythm, amount, and volume. Body language and eye contact were normal. He did not report a specific mood but by his statements he implied he is anxious/fearful. His outward affect appeared congruent to mood (mildly anxious) and to topics of discussion, and appeared normal in range. He did not report nor appear to have any indicators of depression. I did not assess his appetite or sleep and I am not privy to his usual degree of sociality or activity so I did not assess these criteria either. He appeared adequately oriented with normal thought content and process. He appears to have average intelligence and ST/LT memory appeared intact. There was no evidence of perceptual hallucinations or cognitive delusions. He appears to have adequate judgment and understanding of social norms and appears able to act accordingly.

## Intervention(s)

During our meeting I performed a routine brief assessment of Mr. Gay's mental status.
We also discussed the nature and limitations of our working relationship; that is, I will focus on assisting him with symptoms he may experience or functional impairments he may have related to a mental disorder. He was informed that our work is not formally part of his ongoing forensic psychological evaluation but my summary notes may be available to his evaluator and considered within his evaluation.

He was asked to consider his symptoms and/or difficulties he might have related to any mental disorder and treatment goals between now and our next meeting. He was encouraged to consider whether his goals will be focused on, for example, adjusting optimally to his current circumstances or whether they might be broader and/or more long-term.

## Progress/Plan

During our brief and limited conversation Mr. Gay appeared relatively well despite being on suicide watch and he appeared stable. He appeared to understand and appreciate the points we discussed. He appeared willing and interested in participating in therapy. He agreed to think about his symptoms and therapy goals and discuss them during our next meeting.

He was informed about the Psychology group Illness Management & Recovery that is offered in secure housing and that he may participate in it on a rotating basis. He agreed to this.

Mr. Gay was informed that I will be out of the institution next week and that our next individual meeting would occur during the week after next. He agreed to this plan.

Note 1: This document was reviewed by the Chief Psychologist prior to submission.
Note 2: Mr. Gay was removed from suicide watch shortly after our meeting. Readers are referred to the post-suicide watch report for information regarding the watch and its ending.

| Inmate Name: | GAY, ANTHONY TONY | | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility: BUT | Unit Team: | NC MH |
| Date: | 08/18/2022 13:05 | Provider: | Gray, Brian PhD | | | |

Completed by Gray, Brian PhD on 08/18/2022 13:08

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Psychology Services
## Post Suicide Watch Report

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility: BUT | Unit Team: NC MH |
| Date: | 08/18/2022 11:13 | Provider: | Sunder, Katherine PsyD | | |

**Watch Start Date:**       08/17/2022 17:00        **Watch Stop Date:**       08/18/2022 10:05

**Total Time on Watch:**    17 hrs 5 minutes

**Watch Conducted By:**     Inmate                 **Transfered to Medical Center:**       No

**Current Mental Status**

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

**Thought Content:** Normal

**Risk Factors Assessed:**
**This writer screened the inmate for a variety of empirically validated factors commonly associated with risk for self harm.**

The following **STATIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Family history of suicide, History of mental illness, History of self-injury or suicide attempt, History of violent behavior

The following **DYNAMIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Problem solving deficits, Uncontrolled mental health symptoms

The following **PROTECTIVE** factors were assessed to be present and may decrease the inmate's risk of suicide:Able to identify reasons to live, Denial of suicidal ideation/intention/plans, Future orientation, Religious beliefs against suicide, Supportive family relationships, View of death as negative, Willingness to engage in treatment

Some risk and/or protective factors were not assessed, and their impact on this inmate's risk for suicide related behavior is undetermined; the reason they were not assessed is stated below.

At this time, the same static factors apply to Mr. Gay, given they are historical in nature. Based on the conversation with Mr. Gay, he only presents with continued poor problem solving and some uncontrolled mental health symptoms (dynamic factors). There are more protective factors, such as he is able to identify reasons for living, he is future oriented, and he voices supportive family relationships. He denied any suicidal ideation, plan, or intention; likewise he voiced no desire to engage in self-harm.

**Reason for Referral**

Dr. Ross, Mr. Gay's assigned forensic evaluator, attempted to meet with Mr. Gay for a scheduled interview yesterday (August 17, 2022) at approximately 3:50 pm. Mr. Gay originally declined to leave his cell to meet, and he appeared to be crying. Multiple attempts to encourage Mr. Gay to engage were made.  A Suicide Risk Assessment was conducted at 4:05 pm on August 17, 2022, well within the 24-hour period of notification, and suicide watch was initiated thereafter.

**Changes in Risk Factors Assessed**

As was stated in the Suicide Risk Assessment, Mr. Gay did not endorse any suicidal ideation yesterday, but there was indication that he was feeling hopeless and had thoughts of self-harm. During the interview today, Mr. Gay voiced he was feeling better, he was not having thoughts of self-harm, and he was agreeable to discussing a Suicide Risk Management Plan (SRMP) with staff later in the day (significant change in dynamic risk factors). Mr. Gay was also able to voice and identify reasons for living, including his supportive family and thoughts of his son.

**Reason for Removal from Watch**

1. Mr. Gay denied self-harm/suicidal ideation.
2. Risk factors for self-harm/suicide decreased over the course of the watch.
3. Life preserving protective factors increased over the course of the watch.
4. Protective factors against suicide appear to outweigh risk factors for suicide.

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility:  BUT | Unit Team: | NC MH |
| Date: | 08/18/2022 11:13 | Provider: | Sunder, Katherine PsyD | | | |

5. Mr. Gay did not engage in self-harm/parasuicidal behavior.

6. Mr. Gay is future oriented and focused on his son. He specifically stated, "I do not want to kill myself."

7. Mr. Gay is cooperative and agreeable to be seen for a follow-up contact to discuss the implementation of the SRMP.

### Conclusions

**The Overall Acute Suicide Risk for this Inmate is:**  Low

**Overall Chronic Suicide Risk for this Inmate is:**  Present

### Recommendations

Mr. Gay is currently at FCI Butner for a forensic evaluation, and has not been given diagnoses yet. He is classified as a STDY3-MH inmate.

Mr. Gay's extensive history of self-harm, which has included more recent severe self-injurious behavior, is well noted. During the risk assessment yesterday, it was determined, based on his presentation (tearful and uncooperative), that suicide watch placement was the least restrictive means in which to keep Mr. Gay safe and reduce his risk of self-directed violence. While on suicide watch (based on the suicide watch log and his self-report), he did not engage in any self-injurious behavior. During the contact today, Mr. Gay was cooperative and appropriate. He explained what he was feeling the day before, and he discussed his desire to have a plan to safely move off of watch. Suicide watch precautions were terminated at 10:05 am. Mr. Gay will be seen for a follow-up contact in the following days by the CTP Administrator for a discussion on the SRMP. He will be seen tomorrow by CTP forensic staff to assess his adjustment following suicide watch.

Completed by Sunder, Katherine PsyD on 08/18/2022 14:39

**SENSITIVE BUT UNCLASSIFIED**

**Bureau of Prisons**

**Psychology Services**

**Suicide Risk Assessment**

| | | | |
|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | Reg #:  23170-026 |
| Date of Birth: | 08/19/1973 | Sex:  M    Facility:  BUT | Unit Team:  NC MH |
| Date: | 08/19/2022 11:22 | Provider:  Sunder, Katherine PsyD | |

Type of Housing:   Secure Mental Health Unit
Cell Accommodation:   Single Cell

### Description of Suicide Related Behaviors

The inmate engaged in a Self-Harm with Injuries, a self-inflicted, injurious behavior for which there is implicit or explicit evidence that the person did not intend to kill himself/herself (i.e. had zero intent to die) which resulted in non-fatal injuries.

The lethality of this behavior was assessed to be  Moderate.
Method of self harm or suicide attempt: Cutting

Findings
This assessment and the resulting recommendations are based on the following sources of information:
Clinical Interview, Psychology Data System, Staff Interviews

### Reason for Referral

On August 19, 2022, at 8:20 am, CTP Forensic Psychology was notified by Maryland Annex unit officers about Mr. Gay. They informed that Mr. Gay was requesting to speak to Psychology, and he had engaged in self-harming behavior. Consistent with policy, the following suicide risk assessment was conducted immediately on the same date at 8:30 am (within 24 hours of notification).

### Mental Health History

According to his Intake at FCI Butner:

"He reported that he was previously diagnosed with borderline personality disorder while he was incarcerated. He discussed a 22 year long history in the Illinois prison system where he was housed in solitary confinement for a majority of that time. While incarcerated, he reported being prescribed psychiatric medication, such as Thorazine, Haldol, and Prolixin. He described he was "traumatized" with these medications and experienced negative side effects. Once released from prison, he received treatment at a community center by the name of Robert Young, where he was diagnosed with posttraumatic stress disorder. Mr. Gay spoke favorable about his therapist there. When asked about a potential history for substance abuse, he reported "I hate alcohol and drugs." He mentioned trying marijuana when he was an adolescent, but reported no consistent use."

Mr. Gay is currently at FCI Butner for a forensic evaluation, and has not been given diagnoses yet. He is classified as a STDY3-MH inmate.

### Self-Harm History

As noted in the July 2022 Intake:

"According to Mr. Gay and his attorney, he has an extensive history of self-injurious behaviors. He reported that he began cutting in 1998, and this behavior was persistent over his state incarceration. Mr. Gay described he engaged in cutting to minimize the "psychological pain" from the years spent in solitary. Some incident reports from the previous county jail summarize more recent self-harming behaviors:

According to Peoria County Jail reports, on May 19, 2022, Mr. Gay reported he would engage in self-injurious behavior.Suicide watch was initiated. Later that day he "stabbed himself with a pencil through his right antecubital area of the right arm, a through and through injury, near the brachial artery." He reportedly received the pencil from another inmate. He was treated at an outside hospital and returned to the jail.

On May 20, 2022, Mr. Gay cut his testicle and thigh, and he was placed in a restraint chair for his safety. He reported he cut himself from pencil lead that was left over from the day before. According to medical, the wound was not deep enough for him to be sent to an outside hospital.

| | | |
|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | Reg #:   23170-026 |
| Date of Birth: | 08/19/1973          Sex:  M       Facility:  BUT | Unit Team:  NC MH |
| Date: | 08/19/2022 11:22    Provider:  Sunder, Katherine PsyD | |

Mr. Gay, on June 23, 2022, broke a spoon and cut himself, sticking the plastic in his right elbow. He also reported that he stuck a piece in his eye. He was transported to the outside hospital for wound care, and returned that same day. The following day, Mr. Gay cut his scrotum and claimed to have another piece of plastic in his eye. When officers searched the cell, a piece of plastic utensil was found in the bathroom on the sink. Again, he was taken to the outside hospital.

While officers were doing rounds on June 27, 2022, blood was observed coming from Mr. Gay's leg where his stitches had come loose. It appears he was taken to the outside hospital. On June 28, 2022, Mr. Gay's behavior continued to escalate and he made several threats to harm officers. He then was observed to cut his penis and commented he wanted to go to the outside hospital. Two days later, on June 30, 2022, Mr. Gay then cut his arm with his fingernail."

Since arriving at FCI Butner on July 5, 2022, Mr. Gay has undergone seven suicide risk assessments (eight including this one), and been placed on precautions five times (six including this time). He has engaged in self injury to his arm/elbow, eye, and scrotum.

## Current Problem

CTP Forensic Psychology was contacted at 8:20 am regarding Mr. Gay's self-injurious behavior. According to officers, he had engaged in the behavior during the night, but the on-call psychologist had not been notified. Mr. Gay was immediately assessed for his risk of suicidality at 8:30 am.

Mr. Gay was observed to have already been moved to the observation cell/suicide watch cell upon my arrival to the Maryland Annex. Suicide watch precautions had not started. He was cooperative with being pulled out of the cell and we spoke in a private area to conduct the risk assessment. Mr. Gay detailed his frustration with the Suicide Risk Management Plan (SRMP) that had been presented to him the afternoon prior, noting some aspects of it were "dehumanizing." He also vented his anger about staff, and explained his feelings became too overwhelming that he engaged in self-harm.

## Current Mental Status

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Unkempt/disheveled

**Behavior:** Cooperative

**Mood:** Irritable

**Thought Process:** Goal Directed

**Thought Content:** Normal

During the interview, Mr. Gay was cooperative with coming out of his cell. He was moderately redirectable, although he was adamant about discussing his anger and frustration toward staff. He complained about being "in pain" (due to the screw in his arm). His affect and stated mood ("frustrated") were congruent. However, during the interview, he became slightly less irritable and agitated. When informed he would be placed on suicide watch (due to his indication that his behaviors may continue to escalate), he voiced his understanding, and he cooperated with the officers. His thought process was logical and goal-directed, with no evidence of disorganization or psychotic symptoms. Thought content was absent delusions.

## Risk and Protective Factors Assessed
**This writer screened the inmate for a variety of empirically validated factors commonly associated with risk for self-harm  and suicide.**

The following **STATIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Family history of suicide, History of mental illness, History of self-injury or suicide attempt, History of violent behavior

The following **DYNAMIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Agitation, Current physical pain, Current suicidal ideation, Current suicidal intention, Current suicidal plan, Feeling hopeless/helpless, Non-compliance with treatment recommendations, Problem solving deficits, Social isolation, Uncontrolled mental health symptoms

| | | | |
|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | Reg #:   23170-026 |
| Date of Birth: | 08/19/1973 | Sex:  M   Facility:  BUT | Unit Team:  NC MH |
| Date: | 08/19/2022 11:22 | Provider:  Sunder, Katherine PsyD | |

The following **PROTECTIVE** factors were assessed to be present and may decrease the inmate's risk of suicide:Able to identify reasons to live, Supportive family relationships, View of death as negative

Some risk and/or protective factors were not assessed, and their impact on this inmate's risk for suicide related behavior is undetermined; the reason they were not assessed is stated below.

As noted in prior SRA's, Mr. Gay's STATIC factors remain consistent due to their historical nature. However, the DYNAMIC risk factors have the propensity to change due to fluctuating mood and situation. At this time, while Mr. Gay explicitly denies a desire to die, his engagement in severe self-injurious behavior has the potential to be lethal. He is currently agitated and feeling hopeless about his situation ("solitary"). He is unwilling to consider treatment recommendations, and his maladaptive coping is overriding any problem solving strategies to alleviate his concerns and uncontrolled symptoms of mental illness. These dynamic risk factors outweigh his PROTECTIVE factors; although, Mr. Gay continues to voice reasons to live and has a supportive family.

### Diagnosis
Diagnosis currently deferred due to active forensic study status.

### Conclusions
**The Overall Acute Suicide Risk for this Inmate is:**  Moderate
**Overall Chronic Suicide Risk for this Inmate is:**  Present

### Recommendations
A review of the inmate's assigned mental health care level and diagnoses was conducted with the following results: STDY3-MH care level is assigned and continues to be appropriate; diagnosis deferred due to status as an active forensic STUDY case.

Mr. Gay was recently on suicide watch precautions, and he was removed from those precautions yesterday (August 18, 2022). Before a follow-up could be conducted, he engaged in self-injury which warranted another suicide risk assessment on this date. At this time, suicide watch precautions are the least restrictive means of reducing Mr. Gay's risk of self-directed violence. During the interview, he indicated that he would continue to escalate his behaviors. An SRMP is currently being developed for Mr. Gay; however, he was unwilling to review the plan or discuss it yesterday after being agitated over one aspect of it. It is recommended that motivational interviewing be used with Mr. Gay to engage him in a discussion of problem-solving skills and to identify coping strategies. Consideration will be given to remove Mr. Gay from suicide watch precautions when he is able to do so, in addition to demonstration of a lack of self-harm.

**Suicide Watch:**   A suicide watch is to be initiated immediately

Completed by Sunder, Katherine PsyD on 08/19/2022 12:14

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

# Bureau of Prisons
# Psychology Services
## Suicide Risk Management Plan Note

| Inmate Name: | GAY, ANTHONY TONY | | | | Reg #: | 23170-026 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/19/1973 | Sex: | M | Facility:  BUT | Unit Team: | NC MH |
| Date: | 08/19/2022 08:35 | Provider: | Zonno, Joseph PhD, CTP | | | |

### Comments

On 08/19/2022, I received an email from a supervisory correctional services staff member with the following text:

"On August 19, 2022, I was notified by the Maryland Annex staff that inmate Gay, Anthony #23170-026 stated he had a screw in his right arm, and plastic stuck in his left eye.  Upon my arrival to the Maryland Annex, I observed inmate Gay in his cell.  His eye was covered and refused to uncover his eye to let staff see his eye.  His right arm near the inner area of the elbow where the arm bends, he had a torn sheet and stated he had a screw in arm.  The top of a screw was observed, but due to the torn sheet and no obvious signs of blood, staff could not determine if the screw penetrated the arm.  Inmate Gay started agitating an old wound in his groin area making it bleed.  Medical staff was notified."

In accordance with policy, a suicide risk assessment interview is in progress. Mr. Gay will not be eligible for the social interaction or two hour day pass to the general population forensic STUDY unit today.

The next date he is eligible for those incentives is Monday, 08/22/22. Mr. Gay's SRMP will be reevaluated on 08/24/22.

Completed by Zonno, Joseph PhD, CTP Administrator on 08/19/2022 08:40

**Bureau of Prisons**
**Psychology Services**
**Suicide Watch Contact**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M    Facility: BUT | Unit Team: | NC MH |
| Date: | 08/21/2022 13:50 | Provider: | Smithson, Trisha Rae PsyD | | |

## Review of Suicide Watch Log Book

The suicide watch log book was reviewed as part of today's contact.

Eating: According to the log book, Mr. GAY is eating.

Sleeping: According to the log book, Mr. Gay has been laying down or sleeping the majority of his time on watch.

Hygiene:  There are no entries in the log book in regards to hygiene, but it was well as can be expected considering he is on watch.

Medication Compliance:  Mr. GAY has been compliant with medication.

Social Interaction:  Mr. GAY was noted to be speaking with the suicide watch companion upon arrival of this writer.

Incidents or Threats of SDV:  None noted.

Other: N/A

## Current Mental Status

Mr. GAY was alert and oriented.  He was wearing the suicide watch smock appropriately.  He made eye contact with this writer while speaking.  He did not appear to attending or responding to internal stimuli.  He denied current thoughts of self-harm.

## Clinical Interview Summary

Summary of Clinical Interview:  Mr. GAY repeated his concerns about the Suicide Risk Management Plan.  It was suggested that he bring these concerns to the next session with his  forensic psychologist and focus on managing any thoughts of self-harm he may have over the next day or so.  We discussed ways in which to do this.  He requested a book to read, but was reminded that due to his own low tolerance for change, it would be difficult to trust him with such an item and that trust would have to be built by working with staff on the Suicidal Risk Management Plan.  He stated he understood.

Changes to Risk and Protective Factors:  No changes were noted during this contact.

## Interventions Used During Today's Contact

During today's contact the following treatment interventions were utilized:

Safety Plan: The current plan is keep Mr. GAY on suicide watch.

Other [specify]:  This writer continued to empathize with Mr. GAY's concerns about his housing status and utilized Motivational Interviewing techniques in order to encourage him to work with staff and start following the Suicide Risk Management Plan.

Progress as a result of the above interventions:  Mr. GAY did not self-harm in the last 24 hours, he allowed medical to change his dressings and he continues to express a desire to speak with his forensic psychologist about potentially signing his Suicide Risk Management Plan.

## Changes to Conditions of Watch

There are no changes to the conditions of the suicide watch at this time.

## Plan for Care

Suicide watch continues to be the least restrictive means to ensure this inmate's safety.  There continues to be several

| Inmate Name: | GAY, ANTHONY TONY | | | Reg #: | 23170-026 |
|---|---|---|---|---|---|
| Date of Birth: | 08/19/1973 | Sex: | M   Facility:  BUT | Unit Team: | NC MH |
| Date: | 08/21/2022 13:50 | Provider: | Smithson, Trisha Rae PsyD | | |

barriers to removal from suicide watch that remain.  These are: repeated self-harm, minimal frustration tolerance and poor problem-solving.

The plan of care to address the above is:  Mr. GAY will be offered the opportunity to meet with a psychologist daily and the psychologist will assess his risk status.  Consideration for removal from suicide watch will include a discussion with Mr. GAY about his willingness to utilize healthy coping skills.

Completed by Smithson, Trisha Rae PsyD on 08/21/2022 14:18

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

# Bureau of Prisons
# Psychology Services
# Suicide Risk Assessment

| | | |
|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | Reg #:  23170-026 |
| Date of Birth: | 08/19/1973     Sex:  M     Facility:  BUH | Unit Team:  MENT HLTH |
| Date: | 09/03/2022 14:45     Provider:  Mivshek, M. PsyD | |

Type of Housing:   Other  Increased Psychological Observation Unit
Cell Accommodation:   Single Cell

## Description of Suicide Related Behaviors

The inmate engaged in a Self-Harm with Injuries, a self-inflicted, injurious behavior for which there is implicit or explicit evidence that the person did not intend to kill himself/herself (i.e. had zero intent to die) which resulted in non-fatal injuries.

The lethality of this behavior was assessed to be  Moderate.
Method of self harm or suicide attempt: Cutting  and insertion

Findings
This assessment and the resulting recommendations are based on the following sources of information:
Clinical Interview, Inmate Phone Call, Inmate Writing, Medical Record, Psychology Data System, Sentry, Staff Interviews

On call psychologist, deputy chief psychologist and chief psychologist were consulted. Additionally, I consulted with unit staff and Operations LT.

Mr. GAY's most recent three phone calls were reviewed. He was future oriented on the phone calls and did not discuss anything regarding suicide or self-directed violence. He has not sent any email messages.

## Reason for Referral

Date/Time of Notification: 09/02/22 at approximately 2020
Date/Time of Risk Assessment: 09/03/22 at approximately 1445

The on-call psychologist was contacted by BUH staff 09/02/22 at approximately 2020. It was reported Mr. GAY injured his scrotum and inserted a plastic utensil into a preexisting wound in his arm. Psychology staff were informed Mr. GAY was being sent to the outside hospital and would remain under constant visual observation consistent with armed prisoner transport. Psychology staff advised Mr. GAY should be placed on watch upon his return to the institution. Mr. GAY returned to the institution on 09/03/22 at approximately 1400. Mr. GAY refused some medical treatment, and as a result, the plastic utensil remained in his arm. During his assessment by medical staff upon return to BUH, he requested this item be removed and advised he also had items inserted in his scrotum. He is subsequently being sent back to the outside hospital to have these items removed. While the trip was being coordinated, his suicide risk assessment was completed 09/03/22 at approximately 1445. Consistent with policy, the following suicide risk assessment was conducted within 24 hours of notification.

## Mental Health History

This information was taken from previous PDS documents and updated as needed:

"He reported that he was previously diagnosed with borderline personality disorder while he was incarcerated. He discussed a 22 year long history in the Illinois prison system where he was housed in solitary confinement for a majority of that time. While incarcerated, he reported being prescribed psychiatric medication, such as Thorazine, Haldol, and Prolixin. He described he was "traumatized" with these medications and experienced negative side effects. Once released from prison, he received treatment at a community center by the name of Robert Young, where he was diagnosed with posttraumatic stress disorder. Mr. Gay spoke favorable about his therapist there. When asked about a potential history for substance abuse, he reported "I hate alcohol and drugs." He mentioned trying marijuana when he was an adolescent, but reported no consistent use."

Mr. GAY was designated to BUT on 07/05/22 for 3552, 4244, and 4241b evaluation by the Commitment and Treatment Program staff. Per directive by Central Office Psychology Services Branch given 08/22/22, Mr. GAY's evaluation would be completed by BUT staff, and he would be redesignated to BUH to receive mental health treatment from Psychology Services staff at BUH. He arrived at BUH on 08/24/22 and was seen for an intake and PSY ALERT screening. He remains a STDY3-MH and his diagnosis is deferred pending the outcome of his forensic evaluation.

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #:   23170-026 |
| Date of Birth: | 08/19/1973 | Sex:  M | Facility:  BUH | Unit Team:   MENT HLTH |
| Date: | 09/03/2022 14:45 | Provider:  Mivshek, M. PsyD | | |

## Self-Harm History

This information was taken from previous PDS documentation and updated as needed :

"According to Mr. Gay and his attorney, he has an extensive history of self-injurious behaviors. He reported that he began cutting in 1998, and this behavior was persistent over his state incarceration. Mr. Gay described he engaged in cutting to minimize the "psychological pain" from the years spent in solitary. Some incident reports from the previous county jail summarize more recent self-harming behaviors:

According to Peoria County Jail reports, on May 19, 2022, Mr. Gay reported he would engage in self-injurious behavior. Suicide watch was initiated. Later that day he "stabbed himself with a pencil through his right antecubital area of the right arm, a through and through injury, near the brachial artery." He reportedly received the pencil from another inmate. He was treated at an outside hospital and returned to the jail.

On May 20, 2022, Mr. Gay cut his testicle and thigh, and he was placed in a restraint chair for his safety. He reported he cut himself from pencil lead that was left over from the day before. According to medical, the wound was not deep enough for him to be sent to an outside hospital.

Mr. Gay, on June 23, 2022, broke a spoon and cut himself, sticking the plastic in his right elbow. He also reported that he stuck a piece in his eye. He was transported to the outside hospital for wound care, and returned that same day. The following day, Mr. Gay cut his scrotum and claimed to have another piece of plastic in his eye. When officers searched the cell, a piece of plastic utensil was found in the bathroom on the sink. Again, he was taken to the outside hospital.

While officers were doing rounds on June 27, 2022, blood was observed coming from Mr. Gay's leg where his stitches had come loose. It appears he was taken to the outside hospital. On June 28, 2022, Mr. Gay's behavior continued to escalate and he made several threats to harm officers. He then was observed to cut his penis and commented he wanted to go to the outside hospital. Two days later, on June 30, 2022, Mr. Gay then cut his arm with his fingernail."

Since his arrival to BUT, Mr. Gay has undergone nine suicide risk assessments, seven have resulted in watch placement. Mr. GAY has spent a total of approximately 43 hours, 5 hours, 90 hours, 91 hours, 21 hours, 17 hours, and 73 hours respectively, with his most recent watch placement being 08/19/22-08/22/22. There is a Suicide Risk Management Plan in progress from 08/04/22 and one entered 08/18/22. These were discontinued upon his arrival to BUH due to his agreement to participate in treatment and being transferred to another institution. Since his arrival to BUH on 08/24/22, this is Mr. GAY's first suicide risk assessment and engagement in self-injurious behavior.

## Current Problem

Mr. GAY was seen in a holding cell in increased psychological observation unit. He was awaiting transport to the outside hospital. When asked what occurred, Mr. GAY responded, "I just felt overwhelmed and when I get overwhelmed this is what I do." He was asked what else he could have done other than engage in self-directed violence and he said, "Nothing." He said he believed he would "never" be released from secure housing while in BOP custody and the reason for his placement in secure housing (pending 203 incident report) was reviewed. The undersigned asked why he refused some medical treatment at the outside hospital he indicated he did not like what a nurse said to him or their attitude, so refused treatment. He reported he now wanted the items removed from his arm and scrotum and is subsequently being sent back to the outside hospital. He was willing to engage in risk assessment process and discussed risk and protective factors, which will be described below.

## Current Mental Status

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Uncooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

| | | | |
|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | Reg #: 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: M   Facility: BUH | Unit Team: MENT HLTH |
| Date: | 09/03/2022 14:45 | Provider: Mivshek, M. PsyD | |

**Thought Content:** Normal

During the interview, Mr. GAY was cooperative with the contact and engaged in reciprocal conversations. His stated mood was "not good," due to currently being in secure housing, but he was calm, euthymic, and cooperative throughout the contact. His thought process was logical and goal directed, with no evidence of disorganization or psychotic symptoms. Thought content was absent delusions. He denied current suicidal and self-harm ideation when asked directly.

### Risk and Protective Factors Assessed
**This writer screened the inmate for a variety of empirically validated factors commonly associated with risk for self-harm and suicide.**

The following **STATIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Chronic Medical Condition, Family history of suicide, High Profile Crime, History of childhood abuse (physical or sexual), History of inpatient psychiatric treatment, History of mental illness, History of self-injury or suicide attempt, History of violent behavior

The following **DYNAMIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Feeling hopeless/helpless, Feeling like a burden to others, Non-compliance with treatment recommendations, Problem solving deficits, Social isolation, Uncontrolled mental health symptoms

The following **PROTECTIVE** factors were assessed to be present and may decrease the inmate's risk of suicide:Able to identify reasons to live, Denial of suicidal ideation/intention/plans, Future orientation, Religious beliefs against suicide, Supportive family relationships, Willingness to engage in treatment

Mr. GAY presents with static risk factors that increase his risk, including familial history of suicide (cousin), history of mental illness, history of self-injurious behavior, and history of violent behavior. Although he does not perceive his crime to be high profile, he discussed the large media coverage of his case. Additionally, inconsistent with previous risk assessments, he endorsed a history of physical abuse in childhood and indicated he was sent to inpatient psychiatric treatment when he was 12.

With regard to dynamic factors, although Mr. GAY denies suicidal ideation, intent, and/or plan, he engaged in significant self-injurious behavior. Additionally, during previous contacts he reported that although his behaviors are not meant to result in death, he has accepted that he may die as a result of these behaviors. He endorsed feeling hopeless/helpless, and experiencing social isolation, discussing how he is unable to tolerate placement in secure housing. Additionally, although his diagnosis is deferred, he presents with symptoms indicative of a Cluster B personality disorder, and these symptoms appear uncontrolled as evidenced by his engagement in self-harm. These risk factors appear the most salient to his suicide risk. In addition, although he has been willing to engage in individual therapy, he has been hesitant to engage in DBT, which was recommended by the undersigned. He also refused medical treatment while at the outside hospital, although he is now willing to accept treatment. He displays problem solving deficits, as evidenced by his engagement in self-directed violence.

With regard to protective factors, Mr. GAY was able to identify reasons to live, including his desire to be released from BOP custody, see his son, and advocate for those in secure housing. Although he denies suicidal ideation, this protective factor appears less salient to his risk because although he does not endorse suicidal ideation, he indicates that he has accepted he may die as a result of his non-suicidal self-directed violence. He describes having supportive family relationships and relationships with his attorneys. He endorsed having religious beliefs against suicide. He endorsed a willingness to engage in treatment, but he has notably declined to engage in DBT skills training and declined medical treatment while at the outside hospital.

### Diagnosis
Diagnosis currently deferred due to active forensic study status.

### Conclusions
**The Overall Acute Suicide Risk for this Inmate is:**  Moderate
**Overall Chronic Suicide Risk for this Inmate is:**   Present

### Recommendations
Risk of suicide is difficult to predict. Although Mr. GAY is not engaging in self-directed violence in attempt to kill himself, the risk of him accidentally killing himself appears to be Moderate to High, as he has reported he accepted the fact he may die as a result of his self-directed violence, despite it not being his goal. As such, suicide watch precautions are the least restrictive means of reducing Mr. GAY's risk of self-directed violence and possible accidental death. He repeatedly utilizes maladaptive instrumental actions, including self-directed violence, in an attempt to communicate frustration and get additional support. In this situation, his goal was to communicate his frustration regarding placement in secure housing. He is in the process of being

| | | | |
|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | Reg #:  23170-026 |
| Date of Birth: | 08/19/1973 | Sex:  M  Facility:  BUH | Unit Team:  MENT HLTH |
| Date: | 09/03/2022 14:45 | Provider:  Mivshek, M. PsyD | |

transported to the outside hospital to have plastic utensil from his arm and other items removed from his scrotum. He will remain under constant visual observation consistent with armed prisoner transport policy and will be placed on suicide watch upon his return from the outside hospital.

Due to his history of self-directed violence while on suicide watch and concern he may have items in wounds he could potentially utilize to harm himself while on watch, he is only authorized a tear-resistant smock and tear-resistant mattress (no tear-resistant blanket), to reduce his ability to obscure himself and have an opportunity to engage in self-directed violence. This will be reassessed during routine suicide watch contacts that will occur consistent with policy. Mr. GAY is currently undergoing a forensic evaluation and his diagnosis is deferred pending the outcome of this evaluation.

**Suicide Watch:**    A suicide watch is to be initiated immediately

Completed by Mivshek, M. PsyD on 09/03/2022 15:44

**Bureau of Prisons**
**Psychology Services**
**Suicide Watch Contact**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility: BUH | Unit Team: | MENT HLTH |
| Date: | 09/15/2022 16:48 | Provider: | Mukhin, M. PsyD | | | |

### Review of Suicide Watch Log Book

Mr. GAY was sent to the outside hospital on 09/14/22 at approximately 2:30 am for evaluation and treatment after he inserted multiple paperclips into his arm. He was maintained under staff observation at the outside hospital and returned to the institution at approximately 4:00 pm on 09/15/22.

### Current Mental Status

At the outset of the contact, Mr. GAY's mood and affect appeared irritable, which he attributed to frustration that he perceived he would be placed in restraints. As he engaged in a contact, his mood and affect improved slightly, though he continued to express frustration regarding his placement in secure housing which he repeatedly described as "torture." Mr. GAY was alert and oriented. His grooming and hygiene were adequate. He was assessed in ambulatory care where he remained in leg and hand restraints, as he had just returned from the outside hospital. Mr. GAY did not appear to be responding to internal stimuli and did not reference delusional material. He denied suicidal ideation and did not endorse current self-harm ideation. However, he said he engaged in self-harm recently (resulting in transfer to outside hospital) as a means of coping and for "relief" to reduce the likelihood he would attempt suicide in the future, as he maintained his placement in "isolation" makes him more vulnerable to attempting suicide in the future.

### Clinical Interview Summary

Summary of Clinical Interview: Mr. GAY was interviewed in ambulatory care where he was being medically assessed and awaiting placement back on suicide watch. He initially presented as irritable when greeted, and he did not immediately engage with this writer. When asked about his irritable presentation, he asked whether he would be placed in restraints. The conversation was shifted to asking about his recent self-harm behaviors. He acknowledged the behavior could have inadvertently resulted in accidental death, even if that was not his intent. He denied engaging in self-harm as a means of attempting suicide and clarified, "I think it kept me from committing suicide." He added, "It forces human contact and interaction." When asked if he perceived alternative, more adaptive means of seeking human contact and interaction, he acknowledged there were better alternatives but then added engaging in self-harm makes him "feel better" and is a form of "relief." He went on to express frustration about his placement in "isolation," which he said predated his placement on suicide watch, and added that he continues to engage in self-harm while on suicide watch in an effort to "prevent" attempting suicide, the risk of which he said is aggravated by his placement in "isolation." Mr. GAY then equated treatment staff's efforts to help him tolerate distress more adaptively and utilize more healthy coping tools to "me being in a building that's on fire and you telling me to breathe, which just gets the smoke in my lungs more." He was encouraged to consider that his self-harm behaviors are more similar to breathing in smoke in a burning building, in that they further harm him while keeping him in the same situation he reportedly wants to avoid (e.g., "isolation"), and that learning adaptive coping skills is more adept to being encouraged to drop to the ground to avoid the smoke and crawl out of an exit to escape the burning building. He expressed understanding of this, though maintained that he did not perceive staff truly wanted to help him "get out of the building." Mr. GAY was encouraged to consider the potential benefits of engaging in treatment without self-harm and the ways in which this could support his short and long term goals, such as removal from secure housing/suicide watch.

Changes to Risk and Protective Factors: Mr. GAY was engaged in the contact, though remains ambivalent about engaging in treatment. He maintains a belief that engaging in self-harm outweighs the negatives, even though the behavior provides short term relief and does not improve his situation in the long term.

### Interventions Used During Today's Contact

During today's contact the following treatment interventions were utilized:

Rapport-Building: Mr. GAY, though initially hesitant, appropriately engaged with this writer. Rapport appeared to be easily established, though he maintained a belief staff did not truly want to help him or that they have lied to him in some capacity.

Substance Use Treatment: Not appropriate to today's contact

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility: BUH | Unit Team: | MENT HLTH |
| Date: | 09/15/2022 16:48 | Provider: | Mukhin, M. PsyD | | | |

Mapping the Suicide Mode: Not completed during today's session

Coping Skills: Distress tolerance and improving communication with staff were discussed. Alternative problem solving was discussed, including alternatives to engaging in self-harm and to further his goals towards release from secure housing/suicide watch.

Reasons for Living List: Not completed during today's session

Safety Plan: Not completed during today's session

Coping Cards: Not completed during today's session

Progress as a result of the above interventions: Mr. GAY was receptive to the conversation, though maintained a belief self-harm behaviors are adaptive to his needs to reduce distress.

**Changes to Conditions of Watch**

Authorized:
1 tear resistant mattress
1 tear resistant smock
NO utensils or sharps

Mr. Gay is authorized a regular suicide watch tray with no utensils.

Due to his history of self-directed violence while on suicide watch, he is only authorized a tear-resistant smock and tear resistant mattress (no tear resistant blanket), to reduce his ability to obscure himself and have an opportunity to engage in self-directed violence. Additionally, medical was consulted regarding providing necessary medical treatment, but to consider and consult psychology regarding medical supplies that could be used to engage in self-injurious behaviors.

Changes to conditions will be considered on a daily basis, balancing Mr. GAY's accidental suicide risk, as well as appropriate treatment interventions.

**Plan for Care**

Suicide watch continues to be the least restrictive means to ensure Mr. GAY's safety. There continues to be several clinical issues that remain. Specifically, Mr. GAY's recent use of self-directed violence while on suicide watch, his tendency to use maladaptive instrumental actions to communicate and relieve frustration coupled with his typical report he does not care if this results in death, and his tendency to externalize responsibility for his actions. Additionally, although Mr. GAY denies current suicidal and self-harm ideation, intent, and/or plan, he has historically utilized maladaptive instrumental actions (such as self-directed violence) to communicate his frustration. He just returned from the outside hospital (09/15) following self-harm behaviors on suicide watch. Today, he was more engaged, though he maintains a belief that engaging in self-harm is an adaptive coping tool to mitigate distress from "isolation."

The plan of care to address the above is: Mr. GAY will continue to be seen for daily suicide watch contacts to assess his risk of self-directed violence and suicide. Contacts will focus on developing positive coping strategies for managing Mr. GAY's distress tolerance and emotional regulation and decrease frequency of engagement in self-directed violence. Ongoing consultation will occur regarding items to authorize Mr. GAY and what is the least restrictive means to ensure his safety.

Completed by Mukhin, M. PsyD on 09/15/2022 17:32

**SENSITIVE BUT UNCLASSIFIED**

**Bureau of Prisons**
**Psychology Services**
**Suicide Watch Contact**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M          Facility:  BUH | Unit Team: | MENT HLTH |
| Date: | 10/08/2022 12:23 | Provider: | Williams, Channell PhD | | |

## Review of Suicide Watch Log Book

The suicide watch log book was reviewed as part of today's contact.

Eating: Ate all meals offered to him

Sleeping: Appeared to be sleeping when I arrived at his cell door and as noted in the log book

Hygiene: : Consistent with placement on watch. Left eye improved in appearance after he was taken to Outside Hospital for assessment and treatment yesterday evening.  He was returned with eyedrops which are being administered as prescribed.

Medication Compliance: Compliant with taking his blood pressure medication.

Social Interaction:  Per log book he has been talking with the Suicide Watch Observers and he started today's contact by being semi-cooperative with this on-call psychologist before refusing to engage after he was denied access to his legal paperwork per consultation with his primary psychologist and the Chief of Psychology (See Consultation - SRMP note dated 10/8/22).

Incidents or Threats of SDV: : None since last contact.  "

Other: Inmate Gay made vague statements, such as "don't make me have to show y'all, Y'all know I don't play.  Also kept repeating to make sure his primary psychologist knows that he will not be speaking with her for the rest of the week and that all of psychology services are a bunch of liars.

## Current Mental Status

Inmate Gay was alert and oriented to person, place, time and situation.  Initially he presented with euthymic mood and congruent affect, however once he was informed that he could not have access to his legal paperwork over the weekend he became argumentative and refused to engage with this on-call psychologist entirely.  His speech was of normal rate, tone and volume.  His thought pattern was linear and goal directed with normal content, however focused highly on his perception of what he was entitled to.  He did not reference delusional beliefs nor did he appear to be responding to internal stimuli.  Prior to refusing to engage further with this psychologist he did deny suicidal ideation, plan or intent.

## Clinical Interview Summary

Summary of Clinical Interview:  Mr. Gay was observed lying on his suicide mattress which he had placed on the floor by the door when this on-call psychologist arrived at his cell.  I introduced myself and attempted to complete a suicide watch contact.  He reported that he was feeling better after having gone out to Duke yesterday to have the plastic removed from his eye and he was given medication which he feels is helping. He denied current suicidal ideation, plan or intent.  I was explaining that he would be given the opportunity to watch a video as allowed by his SRMP when he began to report that he was able to receive other items as well.  I reviewed his plan and informed him that I needed to consult with his primary psychologist to ensure items were authorized given his recent SDV.  He stated that he was smart and has a "contract with psychology" and that we had to honor it.  Upon talking with his primary psychologist I returned to his cell and informed him that he was authorized to watch the videos while I was in the institution, and that he could have two soft covered books, two pieces of chalk and a copy of his SRMP, however he would not be receiving his legal paperwork over the weekend because it was with his property and there is no property officer present on the weekends as well as his recent SDV causes his SRMP time to be altered.  He instantly became argumentative.  He yelled that we (psychology) were liars and to tell his primary psychologist that he would not be speaking to her at all next week.  I attempted to ask him if he would like all or any of the approved items now and explain he may have acccess to his legal work after the holiday weekend, but he ignored me.  He walked away and laid down on his mattress on the floor.  He pulled his smock over his head and refused to engage any further.

| | | | | | Reg #: | 23170-026 |
|---|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | | | |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility: BUH | Unit Team: | MENT HLTH |
| Date: | 10/08/2022 12:23 | Provider: | Williams, Channell PhD | | | |

Changes to Risk and Protective Factors: Unable to assess.  He did appear to present with improved mood before becoming upset after his request for his legal work was denied.

**Interventions Used During Today's Contact**

During today's contact the following treatment interventions were utilized:

Rapport-Building: Attempted

MR. GAY REFUSED TO PARTICIPATE so no further treatment interventions were utilized.

Progress as a result of the above interventions: Inmate Gay became argumentative and refused to participate any further.  No treatment interventions were utilized today.

**Changes to Conditions of Watch**

No changes to suicide watch conditions

**Plan for Care**

Suicide watch continues to be the least restrictive means to ensure this inmate's safety.  There continues to be (several barriers to removal from suicide watch/remaining dynamic risk factors/several clinical issues that remain).  These are: his ongoing problem solving deficits and continued poor impulse control as evidenced by his recent series of bad decision making culminating in his engaging in self-injurious behaviors.

The plan of care to address the above is: Mr. Gay will be seen daily while he remains on suicide watch to access his risk of self-directed violence and suicide.  As the on-call psychologist I will attempt to engage him in discussion of adequate problem solving. Will reinforce coping strategies and encourage utilization of appropriate coping.

Completed by Williams, Channell PhD on 10/08/2022 13:11

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
# Psychology Services
# Suicide Risk Assessment

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #: 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: M | Facility: BUH | Unit Team: MENT HLTH |
| Date: | 10/31/2022 09:41 | Provider: Mivshek, M. PsyD | | |

Type of Housing: Other  Increased Psychological Observation Unit
Cell Accommodation: Single Cell

## Description of Suicide Related Behaviors

The inmate engaged in a Self-Harm with Injuries, a self-inflicted, injurious behavior for which there is implicit or explicit evidence that the person did not intend to kill himself/herself (i.e. had zero intent to die) which resulted in non-fatal injuries.

The lethality of this behavior was assessed to be  Moderate.

Method of self harm or suicide attempt: Other  Insertion of items into wounds

### Findings

This assessment and the resulting recommendations are based on the following sources of information:
Clinical Interview, Inmate Phone Call, Medical Record, Psychology Data System, Special Housing Unit Record (292), Staff Interviews

On call psychologist, unit staff, and custody staff were consulted. Some of Mr. GAY's recent phone calls were reviewed. Custody staff indicated Mr. GAY has been insolent toward staff.

## Reason for Referral

Date/Time of Notification: 10/30/22 at approximately 1430
Date/Time of Risk Assessment: 10/31/22 at approximately 0730

Psychology Services was notified on 10/30/22 at approximately 1430 by the Operations LT regarding GAY. Mr. GAY engaged in self-directed violence, specifically, placing plastic in a pre-existing wound in his arm. He was placed in custodial restraints at that time and restraints were removed at approximately 2030. Mr. GAY was seen 10/31/22 at approximately 0730 for suicide risk assessment. Consistent with policy, the following suicide risk assessment was conducted within 24 hours of notification.

## Mental Health History

This information was taken from previous PDS documents and updated as needed:

"He reported that he was previously diagnosed with borderline personality disorder while he was incarcerated. He discussed a 22 year long history in the Illinois prison system where he was housed in solitary confinement for a majority of that time. While incarcerated, he reported being prescribed psychiatric medication, such as Thorazine, Haldol, and Prolixin. He described he was "traumatized" with these medications and experienced negative side effects. Once released from prison, he received treatment at a community center by the name of Robert Young, where he was diagnosed with posttraumatic stress disorder. Mr. Gay spoke favorable about his therapist there. When asked about a potential history for substance abuse, he reported "I hate alcohol and drugs." He mentioned trying marijuana when he was an adolescent, but reported no consistent use."

Mr. GAY was designated to BUT on 07/05/22 for 3552, 4244, and 4241b evaluation by the Commitment and Treatment Program staff. Per directive by Central Office Psychology Services Branch given 08/22/22, Mr. GAY's evaluation would be completed by BUT staff, but he would be redesignated to BUH to receive mental health treatment from Psychology Services staff at BUH. He arrived at BUH on 08/24/22 and was seen for an intake and PSY ALERT screening. He remains a STDY3-MH and his diagnosis is deferred pending the outcome of his forensic evaluation.

## Self-Harm History

This information was taken from previous PDS documentation and updated as needed:

"According to Mr. Gay and his attorney, he has an extensive history of self-injurious behaviors. He reported that he began cutting in 1998, and this behavior was persistent over his state incarceration. Mr. Gay described he engaged in cutting to minimize the "psychological pain" from the years spent in solitary. Some incident reports from the previous

| Inmate Name: | GAY, ANTHONY TONY | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: M | Facility: BUH | Unit Team: | MENT HLTH |
| Date: | 10/31/2022 09:41 | Provider: Mivshek, M. PsyD | | | |

county jail summarize more recent self-harming behaviors:

According to Peoria County Jail reports, on May 19, 2022, Mr. Gay reported he would engage in self-injurious behavior. Suicide watch was initiated. Later that day he "stabbed himself with a pencil through his right antecubital area of the right arm, a through and through injury, near the brachial artery." He reportedly received the pencil from another inmate. He was treated at an outside hospital and returned to the jail.

On May 20, 2022, Mr. Gay cut his testicle and thigh, and he was placed in a restraint chair for his safety. He reported he cut himself from pencil lead that was left over from the day before. According to medical, the wound was not deep enough for him to be sent to an outside hospital.

Mr. Gay, on June 23, 2022, broke a spoon and cut himself, sticking the plastic in his right elbow. He also reported that he stuck a piece in his eye. He was transported to the outside hospital for wound care, and returned that same day. The following day, Mr. Gay cut his scrotum and claimed to have another piece of plastic in his eye. When officers searched the cell, a piece of plastic utensil was found in the bathroom on the sink. Again, he was taken to the outside hospital.

While officers were doing rounds on June 27, 2022, blood was observed coming from Mr. Gay's leg where his stitches had come loose. It appears he was taken to the outside hospital. On June 28, 2022, Mr. Gay's behavior continued to escalate and he made several threats to harm officers. He then was observed to cut his penis and commented he wanted to go to the outside hospital. Two days later, on June 30, 2022, Mr. Gay then cut his arm with his fingernail."

Since his arrival to BUT, Mr. Gay has undergone nine suicide risk assessments, seven have resulted in watch placement. Mr. GAY has spent a total of approximately 43 hours, 5 hours, 90 hours, 91 hours, 21 hours, 17 hours, and 73 hours respectively, with his most recent watch placement being 08/19/22-08/22/22. There is a Suicide Risk Management Plan in progress from 08/04/22 and one entered 08/18/22. These were discontinued upon his arrival to BUH due to his agreement to participate in treatment and being transferred to another institution.

Mr. GAY was placed on suicide watch at BUH 09/03/22 and removed from suicide watch 10/13/22. While on suicide watch, he engaged in self-directed violence at least eight times. He was briefly placed on suicide watch 10/19/22-10/20/22, but did not engage in SDV while on watch. He has also undergone several SRAs since his last watch placement due to making maladaptive instrumental statement in attempts to communicate frustration. These SRAs have not resulted in suicide watch placement.

**Current Problem**

Mr. GAY appeared to be resting, but was easily roused and spoke to this writer. He indicated he became "overwhelmed" and engaged in self-directed violence. He said, "I wish I didn't have to...but I made it a long time...I can't tolerate isolation." He also spoke about his desire to "have some level of accountability" for staff and the Bureau of Prisons and when this writer asked if he purposefully engaged in self-directed violence in attempt to be placed on watch for this purpose, he did not answer. Mr. GAY discussed recent stressors (e.g., death of his mother, "problems with" his child's mother, frustration regarding modified operations and how this impacts his passes off the unit) and reported he attempted to engage in distraction techniques (e.g., listening to music, writing), but "it wasn't enough" and he had to "up the ante." This writer and Mr. GAY discussed his refusal to engage in evidence-based treatment. He stated, "I've tried that...it doesn't work." This writer and Mr. GAY discussed him "trying" these skills and what may be the risk and benefits of trying evidence-based treatments. Despite this, he was adamant he would not engage in evidence-based treatments. This writer and Mr. GAY discussed the importance of finding adaptive coping skills to deal with stressors. During the contact, Mr. GAY said, "If I get fed time...I might die...but it will be for a cause." Mr. GAY denies current suicidal and self-directed violence ideation, intent, and/or plan; however, continues to report difficulty finding other responses to dealing with stress and frustration.

During review of recent phone calls, Mr. GAY was largely future oriented.

**Current Mental Status**

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

| | | | |
|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | Reg #:  23170-026 |
| Date of Birth: | 08/19/1973 | Sex:  M    Facility:  BUH | Unit Team:  MENT HLTH |
| Date: | 10/31/2022 09:41 | Provider:  Mivshek, M. PsyD | |

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

**Thought Content:** Normal

**Risk and Protective Factors Assessed**
**This writer screened the inmate for a variety of empirically validated factors commonly associated with risk for self-harm  and suicide.**

The following **STATIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Chronic Medical Condition, Family history of suicide, High Profile Crime, History of childhood abuse (physical or sexual), History of inpatient psychiatric treatment, History of mental illness, History of self-injury or suicide attempt, History of violent behavior

The following **DYNAMIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Current physical pain, Feeling hopeless/helpless, Non-compliance with treatment recommendations, Problem solving deficits, Recent significant loss, Social isolation, Uncontrolled mental health symptoms

The following **PROTECTIVE** factors were assessed to be present and may decrease the inmate's risk of suicide:Able to identify reasons to live, Denial of suicidal ideation/intention/plans, Future orientation, Religious beliefs against suicide, Social support in the institution, Supportive family relationships

Mr. GAY presents with static risk factors that increase his risk, including familial history of suicide (cousin), history of mental illness, history of self-injurious behavior, and history of violent behavior. Although he does not perceive his crime to be high profile, he discussed the large media coverage of his case. He endorsed a history of physical abuse in childhood and indicated he was sent to inpatient psychiatric treatment when he was 12.

With regard to dynamic factors, although Mr. GAY denies suicidal ideation, intent, and/or plan, he engaged in self-directed violence in order to "deal with" stressors and communicate frustration. Additionally, today, he reiterated although his behaviors are not meant to result in death, he has accepted he may die as a result of these behaviors and if he receives "fed time" it is his belief he will die in Bureau of Prison's custody. He endorsed feeling hopeless/helpless, and experiencing social isolation, discussing how he is unable to tolerate placement in secure housing. His behaviors and how they impact him remaining in secure housing were reviewed. Additionally, although his diagnosis is deferred, he presents with symptoms indicative of a Cluster B personality disorder, and these symptoms appear uncontrolled as evidenced by his engagement in self-harm. These risk factors appear the most salient to his suicide risk. In addition, although he has been intermittently willing to engage in individual therapy, he has declined to engage in evidence-based treatments. He displays problem solving deficits, as evidenced by his engagement in self-directed violence to communicate frustration and "deal with stress."

With regard to protective factors, Mr. GAY was able to identify reasons to live, including his desire to be released from BOP custody, see his son, and advocate for those in secure housing. Although he denies suicidal ideation, this protective factor appears less salient to his risk because although he does not endorse suicidal ideation, he indicates that he has accepted he may die as a result of his non-suicidal self-directed violence. He describes having supportive family relationships and relationships with his attorneys; however, noted frustration with his child's mother and his attorneys as current stressors. He endorsed having religious beliefs against suicide. He endorsed a willingness to engage in treatment, but he has notably declined to engage in evidence-based treatment interventions.

**Diagnosis**
 Diagnosis currently deferred due to active forensic study status.

**Conclusions**
**The Overall Acute Suicide Risk for this Inmate is:**  Moderate
**Overall Chronic Suicide Risk for this Inmate is:**   Present

**Recommendations**
Risk of suicide is difficult to predict. Although Mr. GAY is not engaging in self-directed violence in attempt to kill himself, the risk of him accidentally killing himself appears to be Moderate to High, as he has reported he accepted the fact he may die as a result of his self-directed violence, despite it not being his goal. As such, suicide watch precautions are the least restrictive

| | | | | |
|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: M    Facility: BUH | Unit Team: | MENT HLTH |
| Date: | 10/31/2022 09:41 | Provider: Mivshek, M. PsyD | | |

means of reducing Mr. GAY's risk of self-directed violence and possible accidental death. He repeatedly utilizes maladaptive instrumental actions, including self-directed violence, in an attempt to communicate frustration and get additional support. In this situation, his goal was to communicate his frustration regarding placement in secure housing and to "deal with stress" related to the death of his mother and frustration with his child's mother and his attorney. He will be seen daily while on suicide watch with the goals of decreasing dynamic risk factors, developing more adaptive coping skills, and developing adaptive problem-solving ability.

During previous suicide watch placement, Mr. GAY was not authorized a tear-resistant blanket due to his history of self-directed violence while on suicide watch and concern he may have items in wounds he could potentially utilize to harm himself while on watch. It was also not authorized to reduce his ability to obscure himself and have an opportunity to engage in self-directed violence. This was discussed with Mr. GAY and the undersigned advised him he would be authorized a blanket because he reported being cold due to the changing weather. Staff were advised to contact psychology if Mr. GAY engages in self-directed violence while on suicide watch so clinical determinations can be made regarding authorized items and that Mr. GAY can have the least restrictive means to ensure safety. Mr. GAY is currently undergoing a forensic evaluation and his diagnosis is deferred pending the outcome of this evaluation.

**Suicide Watch:**   A suicide watch was initiated by non-clinical staff and continues to be warranted
**Suicide Watch was initiated on:** 10/30/2022 14:30

Completed by Mivshek, M. PsyD on 10/31/2022 11:01

**Bureau of Prisons**
**Psychology Services**
**Suicide Watch Contact**

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility: BUH | Unit Team: | MENT HLTH |
| Date: | 11/17/2022 11:13 | Provider: | Mivshek, M. PsyD | | | |

## Review of Suicide Watch Log Book

The suicide watch log book was reviewed as part of today's contact.

Eating: Ate meals. Had to be fed some meals due to placement in restraints.

Sleeping: Slept.

Hygiene: WNL for current placement.

Medication Compliance: compliant, also took PRN Ativan twice since last contact

Social Interaction: limited

Incidents or Threats of SDV: During some restraint checks Mr. GAY reported he no longer wanted to engage in self-harm and in more recent he stated he did want to engage in self-harm.

Other: Mr. GAY made statements such as, "I'm back on my bullshit today. Ya'll gonna see" and "I am going to up the ante."

## Current Mental Status

Mr. GAY was alert and oriented. His grooming and hygiene were WNL for placement on watch and in restraints. Mr. GAY presented as irritable throughout the contact. He said, "Ya'll want to see me suffer, I will help you with the suffering. I will up the ante and I am staying in restraints." He repeatedly expressed his dissatisfaction with placement in secure housing and medical treatment. His speech was within normal limits in terms of rate, rhythm, tone and volume. Mr. GAY's thought process was organized and goal directed. He did not reference delusional beliefs. He stated he "didn't know" if he was going to engage in SDV, and asserted he has additional pieces of razor blade in his scrotum. He did not appear to be responding to internal stimuli.

## Clinical Interview Summary

Summary of Clinical Interview: Mr. GAY was in soft ambulatory restraints. This writer attempted to discuss Mr. GAY's engagement in SDV, treatment engagement (e.g., distress tolerance or additional skills he could utilize in place of SDV engagement), and the vague comments he made during restraint checks (e.g., "I am going to up the ante."). Mr. GAY responded, "I am staying in restraints...y'all want to make me suffer, I will help you do it...I am documenting your deliberate indifference and I will stay in restraints as long as necessary to keep the documentation. I want the suffering on record." When asked what led to initial self-harming behavior, he reported frustration toward this writer, but indicated he waited until after his pass on the afternoon of 11/15/22, so he could use the phone prior to being placed on watch. He was unable to think of any other skills or choices he could have used/made apart from SDV engagement. When asked about continued SDV ideation, he reported he "didn't know," and would depend on staff's response to his perceived needs and requests. Coping, distress tolerance, and communication skills were briefly discussed, but Mr. GAY was not amenable to discussion. He asserted his desire to sue this writer upon leaving BUX and reiterated he was going to "up the ante."

Changes to Risk and Protective Factors: Mr. GAY engaged in significant SDV twice since placement on watch. He deflects responsibility and blamed this writer for his engagement in SDV. He indicated he did not know if he would engage in further SDV and this was "dependent on how y'all respond." He denied any other skills or behaviors he could engage in when faced with frustrations apart from SDV engagement.

## Interventions Used During Today's Contact

Mr. GAY was not amenable to any formal treatment interventions today. When this writer attempted to discuss any formal treatment interventions he was adamant there were no skills or other behaviors he could have used/engaged in apart from engagement in SDV. Rapport building was attempted and engagement in treatment was encouraged.

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility: BUH | Unit Team: | MENT HLTH |
| Date: | 11/17/2022 11:13 | Provider: | Mivshek, M. PsyD | | | |

**Changes to Conditions of Watch**

No changes to conditions

**Plan for Care**

Suicide watch continues to be the least restrictive means to ensure Mr. GAY's safety. There continues to be several clinical issues that remain. Specifically, Mr. GAY's frequent use of self-directed violence, his tendency to use maladaptive instrumental actions to communicate and relieve frustration, and his tendency to externalize responsibility for his actions. He has engaged in SDV twice since placement on suicide watch, including once while in ambulatory restraints. He indicates he planned to "up the ante" and was "not sure" whether he would engage in SDV when asked.

The plan of care to address the above is: Mr. GAY will continue to be seen for daily suicide watch contacts to assess his risk of self-directed violence and suicide. Contacts will focus on developing positive coping strategies for managing Mr. GAY's distress tolerance and emotional regulation and decrease frequency of engagement in self-directed violence. Additionally, ongoing consultation is occurring regarding authorizing items to allow for prosocial engagement and positive coping, while weighing suicide prevention, and what is the least restrictive means to ensure his safety.

Medical was consulted following the contact with Mr. GAY.

Completed by Mivshek, M. PsyD on 11/17/2022 12:55

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
# Psychology Services
# Institution Disciplinary Process Report

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M     Facility: BUH | Unit Team: | MENT HLTH |
| Date: | 11/17/2022 11:04 | Provider: | Halbsgut, Jennifer PsyD | | |

### Reason for Referral and Identifying Information

Mr. GAY received an incident report on 11/11/22 for 307: Refusing To Obey An Order (IR# 3697141) and on 11/16/22 for 312: Being Insolent To Staff Member (IR #3698688). This clinician was asked to provide an opinion regarding his competency and responsibility for the alleged infraction.

### Background Information

Mr. Gay was designated to BUT on 07/05/22 for 3552, 4244, and 4241b evaluation by the Commitment and Treatment Program staff. Per directive by Central Office Psychology Services Branch given 08/22/22, Mr. Gay's evaluation would be completed by BUT staff, but he would be redesignated to BUH to receive mental health treatment from Psychology Services staff at BUH. He is a STDY3-MH.

### Clinical Interview and Mental Status Exam

Mr. GAY was cooperative with the interview process. He stated, "I'm definitely competent." He expressed frustration with various staff members and spoke about each alleged incident in detail. After discussing potential penalties, he added, "Ain't nothing more y'all can really do to me."

Mr. GAY presented as calm, alert and oriented to all spheres. He maintained appropriate eye contact. Hygiene was adequate considering current placement on suicide watch. Speech was normal in rate, tone and volume. Thoughts were logical and goal-directed. Memory and attention appeared in tact. Mood and affect appeared congruent. Mr. GAY denied suicidal and homicidal ideation, intent and/or plan. He did not appear to be responding to internal stimuli during this interview.

### Clinical Impression

deferred to evaluator

### Findings

Mr. GAY has command of the following:

__X__ Knowledge of details contained in incident report

__X__ Knowledge of penalties

__X__ Logical understanding of details contained in incident report

__X__ Ability to communicate with staff about the incident and discuss the penalties

Based on the above, Mr. GAY, in my opinion, is competent to attend the disciplinary process.

Mr. GAY did NOT display any of the following at the time of the act:

__X__ Loss of conscious control

__X__ Significant cognitive impairment

__X__ Significant volitional impairment

__X__ Limited understanding of the nature of the act due to active symptoms of mental illness

__X__ Limited understanding of the quality of the act due to active symptoms of mental illness

__X__ Inability to appreciate the wrongfulness of the act due to active symptoms of mental illness

| Inmate Name: | GAY, ANTHONY TONY | | | | Reg #: | 23170-026 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/19/1973 | Sex: | M | Facility:  BUH | Unit Team: | MENT HLTH |
| Date: | 11/17/2022 11:04 | Provider: | Halbsgut, Jennifer PsyD | | | |

Based on the above, Mr. GAY, in my opinion, is responsible for the alleged infraction.

The above information was provided as a consultation to unit team and the DHO.

**Recommendations Regarding Sanctions**

Completed by Halbsgut, Jennifer PsyD on 11/18/2022 08:46

**SENSITIVE BUT UNCLASSIFIED**

**Bureau of Prisons**
**Psychology Services**
**Suicide Watch Contact**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M    Facility: BUH | Unit Team: | MENT HLTH |
| Date: | 11/21/2022 11:40 | Provider: | Mivshek, M. PsyD | | |

## Review of Suicide Watch Log Book

The suicide watch log book was reviewed as part of today's contact.

Eating: ate all meals offered to him

Sleeping: slept adequately given current placement

Hygiene: WNL for conditions

Medication Compliance: took blood pressure medication and requested PRN Ativan yesterday evening

Social Interaction: limited

Incidents or Threats of SDV: None

Other: Mr. GAY was in ambulatory restraints when this writer met with him.

## Current Mental Status

Mr. GAY was alert and oriented. His grooming and hygiene were WNL for placement on watch and in restraints. Mr. GAY presented as calm and cooperative during the watch contact. His speech was within normal limits in terms of rate, rhythm, tone and volume. Mr. GAY's thought process was organized and goal directed. He did not reference delusional beliefs. He did not appear to be responding to internal stimuli.

## Clinical Interview Summary

Summary of Clinical Interview: Mr. GAY was calmer and more cooperative compared to recent interactions with this writer. He acknowledged last engaging in SDV last Thursday and experiencing SDV ideation on Friday. This writer and Mr. GAY discussed what changed, as he engaged in serious SDV Thursday with the goal of being sent to the outside hospital to have the razors removed from his scrotum, and the razors remain (outside hospital would not remove them). He responded, "Well, I found out the Marshals have been notified so I just want to get out of here." This writer attempted to discuss alternatives to engagement in SDV and Mr. GAY was unable to think of anything. This writer reiterated her concerns about engagement in serious SDV, even if his intention is not to result in death. Mr. GAY discussed his trip to the outside hospital and indicated he thought about inserting an IV needle into his scrotum to "force" the hospital to perform surgery, but did not engage in this behavior. He also spoke highly of the physician that removed the razor from his eye and said, "He high fived me again," and indicated receiving the high five was "worth" inserting the razor blade into his eye.

He asked this writer about "Basic Cognitive Skills" group, as he heard about it when on his escorted pass prior to being placed on suicide watch. This writer explained the main tenants of Basic Cognitive Skills and Mr. GAY requested a copy. Additionally, as the weather is changing, the cells are colder. Mr. GAY appropriately asked for a pair of socks. This writer advised him she would like to see behavioral stability after removal from restraints and would authorize the workbook and socks later in the day if he remained behaviorally calm and did not engage in SDV.

Changes to Risk and Protective Factors: Mr. GAY appears more calm and has some future goal he stated would deter him from engaging in self-harm, though it is unclear if he would maintain this ability given his longstanding self-harm history.

## Interventions Used During Today's Contact

During today's contact the following treatment interventions were utilized:

Rapport-Building: Rapport building efforts were utilized today. Mr. GAY often fluctuates between idealizing and devaluing this writer, consistent with a Cluster B personality disorder. Today, he was more amenable to feedback and

| Inmate Name: | GAY, ANTHONY TONY | | | | Reg #: | 23170-026 |
| --- | --- | --- | --- | --- | --- | --- |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility:  BUH | Unit Team: | MENT HLTH |
| Date: | 11/21/2022 11:40 | Provider: | Mivshek, M. PsyD | | | |

discussion and indicated he thought he and this writer would have a "good therapeutic relationship if it was a different setting."

Coping Skills: Mr. GAY expressed interest in Basic Cognitive Skills workbook. Basic tenants were discussed with him. He continues to report he is unable to use any other coping apart from engagement in SDV when experiencing high levels of emotional arousal.

Reasons for Living List: Mr. GAY discussed his desire to leave BOP custody and reported he was informed by his forensic evaluator they were notified Friday.

Safety Plan: Mr. GAY has been dismissive of a safety plan and it is this writer's clinical opinion that ongoing discussion of such will presently rupture rapport. As such, this will be readdressed as clinically indicated.

## Changes to Conditions of Watch

No changes at this time; however, this writer told Mr. GAY if restraints were removed and he displayed behavioral stability out of restraints (he has been in restraints for a majority of the time since placement on watch), she would come back and see him later in the day to authorize additional items. The following items are being considered:

Mr. GAY traditionally declines any formal treatment interventions, but expressed interest in Basic Cognitive Skills. As such, a workbook with staples and cover removed are being considered, as he is typically resistant to formal treatment interventions.

Additionally, Mr. GAY is reporting he is cold. Due to his history of self-directed violence while on suicide watch and concern he may have items in wounds he could potentially utilize to harm himself while on watch, he is only authorized a tear-resistant smock and tear-resistant mattress (no tear resistant blanket), to reduce his ability to obscure himself and have an opportunity to engage in self-directed violence. Blanket versus socks were weighed and in consultation with other licensed psychologists, socks are being considered instead of a blanket, as he has less ability to obscure himself and has a limited history of attempting to hang himself.

## Plan for Care

Suicide watch continues to be the least restrictive means to ensure Mr. GAY's safety. There continues to be several clinical issues that remain. Specifically, Mr. GAY's frequent use of self-directed violence, his tendency to use maladaptive instrumental actions to communicate and relieve frustration, and his tendency to externalize responsibility for his actions. He has engaged in SDV three times since placement on suicide watch, including twice while in ambulatory restraints.

The plan of care to address the above is: Mr. GAY will continue to be seen for daily suicide watch contacts to assess his risk of self-directed violence and suicide. Contacts will focus on developing positive coping strategies for managing Mr. GAY's distress tolerance and emotional regulation and decrease frequency of engagement in self-directed violence. Additionally, ongoing consultation is occurring regarding authorizing items to allow for prosocial engagement and positive coping, while weighing suicide prevention, and what is the least restrictive means to ensure his safety.

Completed by Mivshek, M. PsyD on 11/21/2022 16:23

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
# Psychology Services
# Behavioral Observation

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | GAY, ANTHONY TONY | | | | Reg #: | 23170-026 |
| Date of Birth: | 08/19/1973 | Sex: | M | Facility:  BUH | Unit Team: | MENT HLTH |
| Date: | 11/21/2022 07:47 | Provider: | Du Bois, Evan PsyD | | | |

## Comments

Mr. GAY was seen at approximately 0645 for a 24-hour check of his restraints, which is attached in the appropriate note. He spoke to this writer and asked about when he would be removed from restraints. He was provided feedback about this. He stated he was "okay" but being in restraints was "miserable" and that he was in pain.

At the 7am restraint check, I consulted with the oncoming nurse, who was present the day prior. I also spoke with the lieutenant conducting the check at 7am. Mr. GAY was transitioned to ambulatory restraints during that check. I did not engage with Mr. GAY during that period. I observed the nurse ask him about taking a new antibiotic, which he stated he did not want if it would cause stomach issues and he would remain in 4-point restraints.

Completed by Du Bois, Evan PsyD on 11/21/2022 07:50