Reason for Plan

Mr. Gay has reported a significant history of engaging in self-harm while in the Illinois Department of Corrections. While these records have not been provided to this writer at this time, numerous scars on Mr. Gay's upper body appear to at least partially corroborate historical self-directed violence. Available records indicate Mr. Gay was held at a county jail in the months prior to his arrival at FCI-I Butner. While in custody at the local jail, records indicate Mr. Gay stabbed through his arm with a pencil in May 2022; cut his testicle and thigh the following day; cut himself, placed a piece of plastic in his arm, and placed a piece of plastic in his eye in June 2022; cut his scrotum and said he had another piece of plastic in his eye the following day; cut his penis later that month; and cut his arm two days later.

Since his arrival at BUT on July 5, 2022, Mr. Gay has undergone seven Suicide Risk Assessments, resulting in placement on suicide watch precautions on five occasions. He has injured his arm/elbow three times, his eye twice, and his scrotum twice. He has made multiple trips to outside hospitals as a result of his injuries and undergone surgical procedures to remove inserted items from his eye, arm, and scrotum.

Diagnosis

Mr. Gay is at FCI Butner for a forensic study and is relatively new to the BOP. As such, no diagnosis is offered at this time, although it is noted Mr. Gay has reported prior diagnoses of borderline personality disorder and PTSD.

Functional Analysis

A thorough functional analysis was conducted using record review, observation, and interviews with staff members. It revealed the following relevant information:

1) Mr. Gay demonstrates the capacity to develop rapport with staff but becomes angry and reports feeling "rejected" when he perceives his needs are not being met.

2) Mr. Gay demonstrates better adjustment when he is busy, has time out of his cell, and has increased social interactions. His self-injury usually occurs after a period of social isolation and inactivity, which tends to be exacerbated by an extended period in the locked mental health unit.

3) Mr. Gay will engage in some distraction techniques, but generally demonstrates few coping skills, noting they "don't work" for him. He demonstrates some insight into his behaviors and has identified that he engages in self-injury in an attempt to a) experience a feeling of "relief;" b) gain attention from staff; and c) be removed from his cell.

4) Mr. Gay has identified that weekends are the most difficult for him, due to less time out of his cell. A review of BEMR suggests his acts of self-injury have occurred on Saturday (twice), Sunday (once), and Monday (twice).

Target Behaviors

1) Cuts to arm or scrotum. Since his arrival on July 5, 2022, Mr. Gay has cut himself or opened an old wound on several occasions.

2) Placing objects in his eye. Since his arrival on July 5, 2022, Mr. Gay has placed foreign objects in his eye at least twice.

3) Insertion of objects in wounds. Since his arrival on July 5, 2022, Mr. Gay has penetrated his arm with a toothbrush on two occasions and has placed foreign objects in his scrotum on at least two occasions.

4) Threatening self-directed violence if his requests or perceived needs are not met immediately. Since his arrival, it has been observed that Mr. Gay will threaten self-directed violence for attention from medical staff and to indicate he did not receive a piece of fruit with a meal.


Interventions

Mr. Gay will be afforded incentives, to include privileges, for remaining off suicide watch and possible transition to the open population housing unit for studies. Access to privileges will be implemented contingent on Mr. Gay's compliance with institutional rules/routines (i.e., no incident reports) and no self-injurious behaviors.

Primary Evaluator: Mr. Gay's primary evaluator or their designee will provide 10 minutes of social reinforcement every regular work day, if Mr. Gay has not engaged in the target behaviors during the previous 24 hours. If he has engaged in the target behavior in the previous 24 hours, the psychologist will conduct brief and routine monitoring with as little social attention as possible.

Custody Staff: Custody staff will allow Mr. Gay day passes to North Carolina Unit if he has not engage in the target behaviors in the previous 24 hours. The day passes will begin with passes lasting approximately two hours during non-weekend and non-holiday days. The passes will be reevaluated every four working days and may be increased, kept the same, or decreased depending on avoidance of the identified target behaviors, as well as compliance with staff orders and institutional rules. Mr. Gay will be informed of the outcome of each evaluation period. Mr. Gay will be returned to the secure mental health unit during official counts. Mr. Gay may attend outdoor recreation with the open housing unit if his pass falls during the allotted recreation time. Passes may be canceled due to institutional emergencies.

Custody staff will allow Mr. Gay access to the law library on the locked mental health unit for approximately one hour on each weekend or holiday day if he has not engaged in self-directed violence in the previous 24 hours.

If custody staff observes a target behavior, as described above, or any other behavior that indicates risk of self-harm, he or she will contact the primary evaluator or the CTP on call to conduct a suicide risk assessment, consistent with policy.

Medical Staff: If the inmate engages in self-injurious behavior, medical staff will attend to the wounds with as little social attention as possible. They are to treat the wounds as per their governing rules and procedures and make the appropriate contacts.

Psychiatrist: Mr. Gay will be followed by psychiatry for medication management, if he chooses to take medication. Therapeutic feedback will be provided during routine medication monitoring and assessment.

Psychology Services: Psychology Services will address their plan of care for Mr. Gay in a separate document.

Time Table

This Plan will be in effect for three weeks. During this time, modifications will be made as necessary. At the conclusion of three weeks, representatives from CTP, psychology, custody, unit team, and the executive staff will meet to evaluate the impact of the plan and determine whether the plan should be continued, modified, or discontinued.

Indicators that this SRMP has been successful include:

1) A reduction in the frequency and/or intensity of the observed target behaviors

2) Improved rapport with psychology, custody, unit team, and executive staff

_Mr. Gay Declined to Sign_
A. Gay, 23170-026

H. Ross, Ph.D., Forensic Psychologist

J. Zonno, Ph.D., CTP Administrator

K. Martin, Deputy Captain