IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
LIVINGSTON COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
)
VS. ) No. 01-CF- 159
)
TYRONE McCOY )

**INDICTMENT**

FILED IN CIRCUIT COURT
OF LIVINGSTON COUNTY, ILLINOIS

AUG 07 2001

Judith K. Cremers
CIRCUIT CLERK

THE GRAND JURY of Livingston County charges that

Count 1

TYRONE McCOY

on or about October 17, 2000, at a location within said County of Livingston in the State of Illinois, aforesaid committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with Dennis Young, in that he threw a liquid substance upon Dennis Young, knowing Dennis Young to be a correctional institutional employee who was engaged in the execution of his official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

Count 2

TYRONE McCOY

on or about October 17, 2000, at a location within said County of Livingston in the State of Illinois, aforesaid committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with Chad Miller, in that he threw a liquid substance upon Chad Miller, knowing Chad Miller to be a correctional institutional employee who was

engaged in the execution of his official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

Witness

Herbert Lillard

FOREMAN of the Grand Jury

Dated: August 7, 2001.

CIRCUIT COURT
LIVINGSTON, CO., IL
FILED
AUG 28 2001
CIRCUIT CLERK

INFORMATION
01-CF-159

STATE OF ILLINOIS )
) ss
LIVINGSTON COUNTY )

In the Circuit Court of Livingston County, in said County and State in the year two thousand one.

Now on this day comes into open Court, in his own proper person, THOMAS J. BROWN, State's Attorney in and for said County, in the name and by the authority of the People of the State of Illinois, and prosecutes in the behalf of the said People, and informs said Court that

Count 3

TYRONE MCCOY
DOB: 11-12-75

on or about January 29, 2001 within said County of Livingston in the State of Illinois aforesaid, committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with Dawn Zivney, in that he threw a liquid substance upon Dawn Zivney, knowing Dawn Zivney to be a correctional institutional employee who was engaged in the execution of her official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

Thomas J. Brown, being first duly sworn, on oath, deposes and says that the within Information against Tyrone McCoy is true to the best of his information and belief.

Subscribed and sworn to before me, a Notary Public, this 29th day of August, 2001.

OFFICIAL SEAL
Leea Shelton
Notary Public, State of Illinois
My Commission Expires 4-15-02

CIRCUIT COURT
LIVINGSTON, CO., IL
FILED
AUG 28 2001
FILED
CIRCUIT CLERK

INFORMATION
01-CF-159

STATE OF ILLINOIS )
) ss
LIVINGSTON COUNTY )

In the Circuit Court of Livingston County, in said County and State in the year two-thousand one.

Now on this day comes into open Court, in his own proper person, THOMAS J. BROWN, State's Attorney in and for said County, in the name and by the authority of the People of the State of Illinois, and prosecutes in the behalf of the said People, and informs said Court that

Count 4
TYRONE MCCOY
DOB: 11-12-75

on or about October 21, 2000 within said County of Livingston in the State of Illinois aforesaid, committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with Roby Irby, in that he spit upon Roby Irby, knowing Roby Irby to be a correctional institutional employee who was engaged in the execution of his official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

T. J. Brown
State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

Thomas J. Brown, being first duly sworn, on oath, deposes and says that the within Information against Tyrone McCoy is true to the best of his information and belief.

T. J. Brown

Subscribed and sworn to before me, a Notary Public, this 20th day of August, 2001.

Leea Shelton

OFFICIAL SEAL
Leea Shelton
Notary Public, State of Illinois
My Commission Expires 4-15-02

CIRCUIT COURT LIVINGSTON, CO., IL
FILED
AUG 28 2001
CIRCUIT CLERK

INFORMATION
01-CF-159

STATE OF ILLINOIS )
) ss
LIVINGSTON COUNTY )

In the Circuit Court of Livingston County, in said County and State in the year two thousand one.

Now on this day comes into open Court, in his own proper person, THOMAS J. BROWN, State's Attorney in and for said County, in the name and by the authority of the People of the State of Illinois, and prosecutes in the behalf of the said People, and informs said Court that

Count 5

TYRONE MCCOY
DOB: 11-12-75

on or about February 27, 2001 within said County of Livingston in the State of Illinois aforesaid, committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with Patrick Chaney, in that he threw a liquid substance upon Patrick Chaney, knowing Patrick Chaney to be a correctional institutional employee who was engaged in the execution of his official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

T. J. Brown
State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

Thomas J. Brown, being first duly sworn, on oath, deposes and says that the within Information against Tyrone McCoy is true to the best of his information and belief.

T. J. Brown

Subscribed and sworn to before me, a Notary Public, this 29th day of August, 2001.

Leea Shelton

OFFICIAL SEAL
Leea Shelton
Notary Public, State of Illinois
My Commission Expires 4-15-02

CIRCUIT COURT
LIVINGSTON, CO., IL
FILED
AUG 28 2001
FILED
CIRCUIT CLERK

INFORMATION
01-CF- 159

STATE OF ILLINOIS )
) ss
LIVINGSTON COUNTY )

In the Circuit Court of Livingston County, in said County and State in the year two thousand one.

Now on this day comes into open Court, in his own proper person, THOMAS J. BROWN, State's Attorney in and for said County, in the name and by the authority of the People of the State of Illinois, and prosecutes in the behalf of the said People, and informs said Court that

Count 6

TYRONE MCCOY
DOB: 11-12-75

on or about January 1, 2001 within said County of Livingston in the State of Illinois aforesaid, committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with Troy Williamson, in that he spit upon Troy Williamson, knowing Troy Williamson to be a correctional institutional employee who was engaged in the execution of his official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

Thomas J. Brown, being first duly sworn, on oath, deposes and says that the within Information against Tyrone McCoy is true to the best of his information and belief.

Subscribed and sworn to before me, a Notary Public, this 28th day of August, 2001.

OFFICIAL SEAL
Leea Shelton
Notary Public, State of Illinois
My Commission Expires 4-15-02




INFORMATION
01-CF-159

STATE OF ILLINOIS )
) ss
LIVINGSTON COUNTY )

In the Circuit Court of Livingston County, in said County and State in the year two thousand one.

Now on this day comes into open Court, in his own proper person, THOMAS J. BROWN, State's Attorney in and for said County, in the name and by the authority of the People of the State of Illinois, and prosecutes in the behalf of the said People, and informs said Court that

Count 7
TYRONE MCCOY
DOB: 11-12-75

on or about October 20, 2000 within said County of Livingston in the State of Illinois aforesaid, committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with Karen Skeens, in that he threw a liquid substance upon Karen Skeens and spit upon Karen Skeens, knowing Karen Skeens to be a correctional institutional employee who was engaged in the execution of her official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

Thomas J. Brown, being first duly sworn, on oath, deposes and says that the within Information against Tyrone McCoy is true to the best of his information and belief.

Subscribed and sworn to before me, a Notary Public, this 28th day of August, 2001.

OFFICIAL SEAL
Leea Shelton
Notary Public, State of Illinois
My Commission Expires 4-15-02




INFORMATION
01-CF-151

STATE OF ILLINOIS )
) SS
LIVINGSTON COUNTY )

In the Circuit Court of Livingston County, in said County and State in the year two thousand one.

Now on this day comes into open Court, in his own proper person, THOMAS J. BROWN, State's Attorney in and for said County, in the name and by the authority of the People of the State of Illinois, and prosecutes in the behalf of the said People, and informs said Court that

Count 8

TYRONE MCCOY
DOB: 11-12-75

on or about February 1, 2001 within said County of Livingston in the State of Illinois aforesaid, committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with Brian Laubenstein, in that he spit upon Brian Laubenstein, knowing Brian Laubenstein to be a correctional institutional employee who was engaged in the execution of his official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

T. J. Brown
State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

Thomas J. Brown, being first duly sworn, on oath, deposes and says that the within Information against Tyrone McCoy is true to the best of his information and belief.

T. J. Brown

Subscribed and sworn to before me, a Notary Public, this 28th day of August, 2001.

Leea Shelton

OFFICIAL SEAL
Leea Shelton
Notary Public, State of Illinois
My Commission Expires 4-15-02

INFORMATION
01-CF-159

CIRCUIT COURT
LIVINGSTON, CO., IL
FILED
AUG 28 2001
CIRCUIT CLERK

STATE OF ILLINOIS )
) ss
LIVINGSTON COUNTY )

In the Circuit Court of Livingston County, in said County and State in the year two thousand one.

Now on this day comes into open Court, in his own proper person, THOMAS J. BROWN, State's Attorney in and for said County, in the name and by the authority of the People of the State of Illinois, and prosecutes in the behalf of the said People, and informs said Court that

Count 9

TYRONE MCCOY
DOB: 11-12-75

on or about November 1, 2000 within said County of Livingston in the State of Illinois aforesaid, committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with Lance Whitecotton, in that he spit upon Lance Whitecotton, knowing Lance Whitecotton to be a correctional institutional employee who was engaged in the execution of his official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

T. J. Brown
State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

Thomas J. Brown, being first duly sworn, on oath, deposes and says that the within Information against Tyrone McCoy is true to the best of his information and belief.

T. J. Brown

Subscribed and sworn to before me, a Notary Public, this 28th day of August, 2001.

Leea Shelton

OFFICIAL SEAL
Leea Shelton
Notary Public, State of Illinois
My Commission Expires 4-15-02

INFORMATION
01-CF-159




STATE OF ILLINOIS )
) SS
LIVINGSTON COUNTY )

In the Circuit Court of Livingston County, in said County and State in the year two thousand one.

Now on this day comes into open Court, in his own proper person, THOMAS J. BROWN, State's Attorney in and for said County, in the name and by the authority of the People of the State of Illinois, and prosecutes in the behalf of the said People, and informs said Court that

Count 10

TYRONE MCCOY
DOB: 11-12-75

on or about October 23, 2000 within said County of Livingston in the State of Illinois aforesaid, committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with Bradley Knight, in that he spit upon Bradley Knight, knowing Bradley Knight to be a correctional institutional employee who was engaged in the execution of his official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

T.J. Brown
State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

Thomas J. Brown, being first duly sworn, on oath, deposes and says that the within Information against Tyrone McCoy is true to the best of his information and belief.

T.J. Brown

Subscribed and sworn to before me, a Notary Public, this 29th day of August, 2001.

Leea Shelton

OFFICIAL SEAL
Leea Shelton
Notary Public, State of Illinois
My Commission Expires 4-15-02

INFORMATION
01-CF-159

CIRCUIT COURT
LIVINGSTON, CO., IL
FILED
AUG 28 2001
CIRCUIT CLERK

STATE OF ILLINOIS )
) ss
LIVINGSTON COUNTY )

In the Circuit Court of Livingston County, in said County and State in the year two thousand one.

Now on this day comes into open Court, in his own proper person, THOMAS J. BROWN, State's Attorney in and for said County, in the name and by the authority of the People of the State of Illinois, and prosecutes in the behalf of the said People, and informs said Court that

Count 1 11

TYRONE MCCOY
DOB: 11-12-75

on or about December 7, 2000 within said County of Livingston in the State of Illinois aforesaid, committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with James Hamara, in that he spit upon James Hamara, knowing James Hamara to be a correctional institutional employee who was engaged in the execution of his official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

Count 2 12

TYRONE MCCOY

on or about December 7, 2000 within said County of Livingston in the State of Illinois aforesaid, committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an

FILED
CIRCUIT COURT
LIVINGSTON, CO., IL
AUG 28 2001
CIRCUIT CLERK

insulting or provoking nature with Jon Deal, in that he spit upon Jon Deal, knowing Jon Deal to be a correctional institutional employee who was engaged in the execution of his official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

Thomas J. Brown, being first duly sworn, on oath, deposes and says that the within Information against Tyrone McCoy is true to the best of his information and belief.

Subscribed and sworn to before me, a Notary Public, this 28th day of August, 2001.

OFFICIAL SEAL
Leea Shelton
Notary Public, State of Illinois
My Commission Expires 4-15-02

INFORMATION
01-CF-159

CIRCUIT COURT
LIVINGSTON, CO., IL
FILED
AUG 28 2001
CIRCUIT CLERK

STATE OF ILLINOIS )
) ss
LIVINGSTON COUNTY )

In the Circuit Court of Livingston County, in said County and State in the year two thousand one.

Now on this day comes into open Court, in his own proper person, THOMAS J. BROWN, State's Attorney in and for said County, in the name and by the authority of the People of the State of Illinois, and prosecutes in the behalf of the said People, and informs said Court that

Count 13

**TYRONE MCCOY**
**DOB: 11-12-75**

on or about January 15, 2001, at a location within Livingston County, to-wit: Pontiac Correctional Center, Pontiac, Illinois, committed the offense of :

**UNLAWFUL POSSESSION OF WEAPON BY PERSON IN CUSTODY OF DEPARTMENT OF CORRECTIONS FACILITY**

in that said defendant knowingly possessed a dagger-like weapon while confined in the Pontiac Correctional Center, Pontiac, Illinois, a penal institution, which is a facility of the Illinois Department of Corrections,

in violation of Section 24-1.1(b) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class 1 felony.

T. J. Brown
State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

Thomas J. Brown, being first duly sworn, on oath, deposes and says that the within Information against Tyrone McCoy is true to the best of his information and belief.

T. J. Brown

Subscribed and sworn to before me, a Notary Public, this 29th day of August, 2001.

OFFICIAL SEAL
Leea Shelton
Notary Public, State of Illinois
My Commission Expires 4-15-02

Leea Shelton




INFORMATION
01-CF-159

STATE OF ILLINOIS )
) ss
LIVINGSTON COUNTY )

In the Circuit Court of Livingston County, in said County and State in the year two thousand one.

Now on this day comes into open Court, in his own proper person, THOMAS J. BROWN, State's Attorney in and for said County, in the name and by the authority of the People of the State of Illinois, and prosecutes in the behalf of the said People, and informs said Court that Count 14

TYRONE MCCOY
DOB: 11-12-75

on or about January 8, 2001 within said County of Livingston in the State of Illinois aforesaid, committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with Derek Carter and Chad Altenbaumer, in that he threw a liquid substance upon Derek Carter and Chad Altenbaumer, knowing Derek Carter and Chad Altenbaumer to be correctional institutional employees who were engaged in the execution of their official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

T.J. Brown
State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

Thomas J. Brown, being first duly sworn, on oath, deposes and says that the within Information against Tyrone McCoy is true to the best of his information and belief.

T.J. Brown

Subscribed and sworn to before me, a Notary Public, this 28th day of August, 2001.

Leea Shelton

OFFICIAL SEAL
Leea Shelton
Notary Public, State of Illinois
My Commission Expires 4-15-02




INFORMATION
01-CF-159

STATE OF ILLINOIS )
) ss
LIVINGSTON COUNTY )

In the Circuit Court of Livingston County, in said County and State in the year two thousand one.

Now on this day comes into open Court, in his own proper person, THOMAS J. BROWN, State's Attorney in and for said County, in the name and by the authority of the People of the State of Illinois, and prosecutes in the behalf of the said People, and informs said Court that

Count 15
TYRONE MCCOY
DOB: 11-12-75

on or about March 23, 2001 within said County of Livingston in the State of Illinois aforesaid, committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with Susan Prentice and James Blackard, in that he threw a liquid substance upon Susan Prentice and James Blackard, knowing Susan Prentice and James Blackard to be correctional institutional employees who were engaged in the execution of their official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

T. J. Brown
State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

Thomas J. Brown, being first duly sworn, on oath, deposes and says that the within Information against Tyrone McCoy is true to the best of his information and belief.

T. J. Brown

Subscribed and sworn to before me, a Notary Public, this 28th day of August, 2001.

OFFICIAL SEAL
Leea Shelton
Notary Public, State of Illinois
My Commission Expires 4-15-02

Leea Shelton

INFORMATION
01-CF- 159

CIRCUIT COURT
LIVINGSTON, CO., IL
FILED
AUG 28 2001
FILED

STATE OF ILLINOIS )
) ss
LIVINGSTON COUNTY )

In the Circuit Court of Livingston County, in said County and State, in the year two thousand one.

Now on this day comes into open Court, in his own proper person, THOMAS J. BROWN, State's Attorney in and for said County, in the name and by the authority of the People of the State of Illinois, and prosecutes in the behalf of the said People, and informs said Court that

Count 16
TYRONE MCCOY
DOB: 11-12-75

on or about March 23, 2001 within said County of Livingston in the State of Illinois aforesaid, committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with Dusti Moultrie, in that he threw a liquid substance upon Dusti Moultrie, knowing Dusti Moultrie to be a correctional institutional employee who was engaged in the execution of his official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

T.J. Brown
State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

Thomas J. Brown, being first duly sworn, on oath, deposes and says that the within Information against Tyrone McCoy is true to the best of his information and belief.

T.J. Brown

Subscribed and sworn to before me, a Notary Public, this 28th day of August, 2001.

Leea Shelton

OFFICIAL SEAL
Leea Shelton
Notary Public, State of Illinois
My Commission Expires 4-15-02

INFORMATION
01-CF-159

STATE OF ILLINOIS )
) ss
LIVINGSTON COUNTY )

CIRCUIT COURT
LIVINGSTON, CO., IL
FILED
AUG 28 2001
CIRCUIT CLERK

In the Circuit Court of Livingston County, in said County and State in the year two thousand one.

Now on this day comes into open Court, in his own proper person, THOMAS J. BROWN, State's Attorney in and for said County, in the name and by the authority of the People of the State of Illinois, and prosecutes in the behalf of the said People, and informs said Court that

Count 17
TYRONE MCCOY
DOB: 11-12-75

on or about January 1, 2001 within said County of Livingston in the State of Illinois aforesaid, committed the offense of

AGGRAVATED BATTERY

in that said defendant, in committing a battery, in violation of Section 12-3 of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly made physical contact of an insulting or provoking nature with Julie Moya, in that he spit upon Julie Moya, knowing Julie Moya to be a correctional institutional employee who was engaged in the execution of her official duties, said offense having occurred in Livingston County, Illinois,

in violation of Section 12-4(b)(6) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, a Class (3) felony.

T. J. Brown
State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF LIVINGSTON )

Thomas J. Brown, being first duly sworn, on oath, deposes and says that the within Information against Tyrone McCoy is true to the best of his information and belief.

T. J. Brown

Subscribed and sworn to before me, a Notary Public, this 28th day of August, 2001.

Leea Shelton

OFFICIAL SEAL
Leea Shelton
Notary Public, State of Illinois
My Commission Expires 4-15-02