# Man who spent 22 years in solitary confinement fights to end the practice

"I had no idea that I was about to be tortured for decades," Anthony Gay said.

[ABC News](#)

After spending 22 years in [solitary confinement](#), Anthony Gay is trying to make sure no other prisoner in Illinois has to experience the same level of trauma that he went through.

Gay is the face of the state's Anthony Gay Isolated Confinement Act, a bill developed over the last 10 years that would limit solitary confinement to no more than 10 days per six-month period. It's one of several bills currently moving through state legislatures across the country that aim to reform solitary confinement in prisons and reduce the severe mental [health](#) toll on prisoners.

"The worst part is being trapped in a cell 24/7, not being able to receive social contact and human contact," said Gay, who was released from prison in 2018 after representing himself in over 80 appeals before he was able to retain the help of a

Gay's path to solitary confinement began when he was 20 years old. He'd been involved in a street fight and, as a result, was charged with aggravated battery and robbery for stealing a hat and a dollar bill.

"They were like, 'If you plead guilty to the robbery, they'll dismiss the aggravated battery.' So, I'm thinking, 'I don't want to face 15 years [in prison] for a street fight,'" he said. "So, I plead guilty to the robbery and get four years probation."



After spending 22 years in solitary confinement, Anthony Gay is trying to make sure no other prisoner in Illinois has to experience the same level of trauma that he went through. ABC

Gay, of Rock Island, Illinois, said he was arrested during his

probation for driving without a license. His probation was revoked and he was resentenced to seven years in prison.

"I had no idea that I was about to be tortured for decades," he said.

While serving time, Gay was involved in another fight, which landed him in solitary confinement.

"It's dark and it's cold as a dungeon -- psychologically, anyway," he said. "The light is dim in the room, and [the room is] very small, and it just seemed like the walls are caving in."

Gay said he was in the cell for 24 hours a day and that occasionally he'd be let out for an hour.

"But when I got out," he added, "it was much different because I didn't have to do the extreme in order to have social stimulation in human contact."

There are an estimated 80,000 Americans in solitary confinement on any given day, according to the Prison Policy Initiative. Gay said the experience nearly broke him.

"I would cut on myself. ... I would act out [and] throw urine, liquids, [at] all officers. They would extend my time and things of that sort instead of allowing me to see mental health [professionals] and taking it as a health concern. They



Illinois State Rep. Lashawn Ford drafted the Anthony Gay Isolated Confinement Act.

ABC

Gay said he doesn't think people understand the importance of human contact. Some people, he said, "don't care and other people are just not aware."

Stephanie Gangemi, Ph.D., a forensic social worker, said solitary confinement is a "devastating and brutal" way to lock people up, and that it can sometimes perpetuate a cycle of heightened anxiety that can cause inmates to act up, leading to extensions in their stay.

"It breaks down the ability for people to do emotional regulation -- to read appropriate social cues," Gangemi said.

Case: 1:18-cv-05397 Document #: 44-1 Filed: 06/29/18 Page 5 of 24

The Chicago nonprofit Uptown People's Law Center first introduced Illinois state Rep. Lashawn Ford to the solitary confinement reform bill that now bears Anthony Gay's name. His name was attached to the bill after Ford heard about his story. The bill was passed in the state's House last month and is now being considered by the state Senate.

"When we learned about Anthony Gay's situation and how it impacted him mentally, and what he had to do to get out of solitary confinement, it was devastating," said Ford. "He immediately touched my heart."

He went on to say, "What we're learning is if there's going to be some form of solitary confinement, it's our job to make sure that you don't keep people locked away for over 20 years in a solitary state. That's harmful, it's traumatic and it only harms society as a whole because those people come back and they become our neighbors."

Even now, Gay said there are times when he cries at night. He said more people need to be made aware of what he called the "psychological torture" of solitary confinement.

"I know what it's like to be ... tortured and I know that many people are still being tortured, and I feel guilty because I got out and they didn't," he said. "But I believe that if we can inform more people and more people become aware that strength is in numbers. ... This is domestic terrorism. This is

psychological torture. This is a crime against humanity, and [we can] compel them to do something about it. It's wrong ... despicable and it's horrible and it needs to stop."

# Anthony Gay's decades in solitary confinement led to self-mutilation. Now a proposed law to limit prisoner isolation in Illinois is named in his honor.

Anthony Gay spent decades in solitary confinement while in Illinois prisons. Now a proposed law that would restrict the use of prisoner isolation is named after him. (Brian Cassella / Chicago Tribune)

Spurred by a Chicago Tribune investigation involving a man who spent two decades in isolation after being convicted of stealing a hat and a single dollar bill, a proposed state law would limit how long an Illinois prisoner can stay in solitary confinement.

The Anthony Gay Isolated Confinement Restriction Act would bar the Illinois Department of Corrections from placing an inmate in isolation for more than 10 days in a six-month period. It also would require IDOC to give isolated inmates access to group therapy, medical appointments, educational classes, job assignments and exercise when outside their cells.

Anthony Gay becomes emotional while speaking March 10, 2020, about his years in solitary confinement. Attorney Sarah Grady is consoling him. (Brian Cassella / Chicago Tribune)

"There is a difference between putting someone behind bars and putting someone in a hole," said state Rep. La Shawn Ford, D-Chicago. "It goes beyond punishment. Now you're torturing someone."

The bill is named for Anthony Gay, a Rock Island native who entered prison in 1994 as a young man, convicted of robbery after brawling with another teen who told police that Gay took his hat and stole $1. Gay expected to serve as little as 3½ years.

Instead, a fight with a fellow inmate led to Gay's first stint in segregation, pushing him into a downward spiral that resulted in 22 years in solitary confinement. Shortly after the isolation started, Gay began self-mutilating and attempting suicide.

Alone for 23 hours a day and starved for human contact, Gay took extreme steps to get attention. He cut himself hundreds of times in his 7-by-12-foot cell, slicing open his neck, forearms, legs and genitals. Once, he packed a fan motor inside a gaping leg wound; another time he cut open his scrotum and inserted a zipper.

Scars are visible on Anthony Gay's arm while he worships at the Church of Peace in Rock Island in 2018. Gay cut himself repeatedly during his decades in solitary confinement.

As his mind began to deteriorate, Gay became antagonistic toward his guards and occasionally threw urine or feces at them, unlawful acts of defiance that stretched his original sentence into more than two decades behind bars.

In Livingston County, where Pontiac Correctional Center is situated, the state's attorney's office lodged a series of 21 indictments against Gay between 2000 and 2004 for the many times he threw his own bodily fluids at guards. The offenses added about 100 years to his initial sentence.

The Illinois Department of Corrections would later identify Gay in court filings as one of a few dozen inmates whose mental illnesses were so acute and dangerous that they required full inpatient care. But a Tribune investigation found his psychiatric treatment often consisted of a therapist shouting questions to him through a door.

As he recounted how his mental health eroded in isolation, the normally stoic Gay broke down in tears Tuesday during a news conference promoting the proposed legislation. If the state had followed through with its plans, Gay would have spent the rest of his life alone inside a cell the size of a parking space.

"Instead of being removed (from solitary), I was buried deeper," he said. "I was scheduled to die in solitary

On his darkest days, Gay clung to the idea that he would find a way to end IDOC's isolation policies.

"My goal always was to get out and make a difference for the others still there," he told the Tribune this week. "I wanted to throw them a rope of hope."

The proposed legislation comes amid a broader rethinking around the country of solitary confinement, and whether it amounts to excessive punishment. At any given time, about 67,000 inmates nationwide are spending up to 22 hours a day alone in a cell, according to a joint study by Yale University and the Association of State Correctional Administrators.

A significant number of those have mental illnesses, though estimates vary. A federal judge in 2018 found that of the roughly 1,100 Illinois prisoners in solitary confinement, more than 900 had been diagnosed with mental illnesses. Another measure, provided in December 2018 by the Illinois Department of Corrections, found that nearly 1 in 3 prisoners in segregation have a mental illness categorized as serious.

Currently, there are 1,302 inmates in restrictive housing and just under 400 of them are seriously mentally ill, an IDOC spokeswoman said.

The spokeswoman, Lindsey Hess, said in an email the agency had spoken with Ford about the bill, but she did say whether IDOC supports the legislation.

The issue has prompted several states to reform their segregation policies in recent years, though Illinois lags behind. While Illinois has significantly reduced the number of days juvenile offenders spend in isolation and no longer uses segregation as a punishment for young people as part of a consent decree between the department and the American Civil Liberties Union of Illinois, those policies do not extend to the adult population.

Ford has pushed unsuccessfully for solitary confinement reforms for nearly four years, but he believes the bill has its strongest chances of passing during the current legislative session given Gay's involvement. The bill, which is assigned to the House Judiciary-Criminal Committee, is expected to be taken up after the March 17 primary election, Ford said.

Anthony Gay with one of his attorneys, Maggie Filler of the MacArthur Justice Center, at Cool Beanz Coffee House in Rock Island in 2018. (Brian Cassella / Chicago Tribune)

"Anthony's story touched many people in Springfield," Ford said. "It (the proposed legislation) has a new life because there's now a real face to this issue. These are the stories that help get legislation passed."

Under the bill, inmates with safety concerns would be

allowed to request a transfer to solitary confinement for as long as needed. IDOC also would be required to publish quarterly data about the inmates in solitary confinement, including information about their age, ethnicity, reason for segregation and access to health care while there.

"Transparency is absolutely a vital part of this bill," said Gay's attorney, Nicolette Ward of the Romanucci & Blandin law firm. "That kind of oversight, candidly, could have saved Anthony. Right now, we don't how many Anthony Gays are in the system."

Gay was released from prison in August 2018 after his attorneys successfully petitioned to have his sentence restructured. He sued the Illinois Department of Corrections; the lawsuit is pending in federal court in Peoria and has a tentative November 2021 trial date.

Anthony Gay speaks about his two decades spent in solitary confinement in Illinois prisons. Gay returned to his Rock Island home after being released in 2018. (Brian Cassella/Chicago Tribune) (Brian Cassella/Chicago Tribune)

He also has become an advocate for solitary confinement reform, lobbying state lawmakers in Springfield and providing pivotal testimony in a class-action lawsuit that led to court-ordered reforms involving the way the IDOC treats mentally ill inmates.

1:19-cv-40021-DEG Doc 44 #429-13   Filed 05/26/23   Page 14 of 24

Gay has a job helping out at his cousin's barbershop and enjoys spending time with his large family, which includes his 6-month-old son, Anthony. He has a network of social workers, attorneys and church friends who have helped him adjust to a world that moved on without him two decades ago.

The adjustment has not been easy. Having spent his entire adult life as an inmate and having his choices dictated to him by guards, he struggles to make even those most basic decisions such as when he should shower or if he should do laundry.

He also grapples with the painful memories of his time in isolation, though he tries to bury the bad feelings. He believes he owes it to the inmates still in segregation to present a positive image, and pushing for reforms helps him achieve that goal.

"It has been a long, tedious process," he said. "I'm grateful (for the bill) — not so much for me, but for the people who are still trapped."

*sstclair@chicagotribune.com*

# Man who spent 22 years in solitary urges Illinois to curb 'psychological torture'

Richard Luscombe



Anthony Gay becomes emotional while speaking about his years in solitary confinement in Chicago last year. Photograph: Brian Cassella/AP

An inmate who spent 22 years in solitary confinement in an Illinois prison after being arrested for stealing a hat and a dollar bill is campaigning for legislation to end a practice that he says drove him to self-mutilation and a suicide attempt.

Anthony Gay said he was "tortured for decades" by his isolation for up to 24 hours a day in a cold, tiny cell he

likened to a dungeon, and was denied access to necessary mental health care.

His efforts since his 2018 release to outlaw the procedure as a punitive measure is reflected in a bill that bears his name now making its way through the Illinois legislature.

"I know what it's like to be tortured and I know that many people are still being tortured," he said in an [interview with ABC News](#).

"And I feel guilty because I got out and they didn't. But if we can inform more people, and more people become aware that strength is in numbers, [we can] compel them to do something about it. It's wrong, despicable and horrible, and it needs to stop."

Prison reform advocates say solitary isolation can have a devastating impact on inmates' mental health.

According to the Prison Policy Initiative (PPI), 80,000 inmates are held in [some form of isolation](#) across the US on any given day, and more than 10,000 are released to society from solitary confinement every year with an increased risk of anxiety, depression or suicide.

"Prisons and jails are already inherently harmful, and placing people in solitary confinement adds an extra burden of stress that has been shown to cause permanent changes to

people's brains and personalities," a PPI research associate, Tiana Herring, wrote in a [2020 discussion](#) of the practice.

"The effects of solitary confinement on mental health can be lethal. Even though people in solitary confinement [comprise only 6% to 8%](#) of the total prison population, they account for approximately half of those who die by suicide."

Gay was first arrested for robbery in 1994 for his involvement in a street fight, in which he stole a hat and $1 from another participant. A subsequent probation violation put him back in jail, and a violent altercation with another inmate landed him in solitary confinement.

From there, Gay said, things snowballed. He was resentenced to seven years for the original robbery charge and reacted badly to the solitary confinement, resulting in more time alone.

"I would cut on myself, I would act out, throw urine, liquids," he said. "They would extend my time and things of that sort instead of allowing me to see mental health [professionals] and taking it as a health concern."

That, he said, led to the "psychological torture" of 24-hour solo incarceration, with occasional breaks of no more than one hour.

"It's dark and it's cold as a dungeon, psychologically

anyway," he said. "The light is dim in the room, it just seemed like the walls are caving in."

The [Anthony Gay Isolated Confinement Restriction](#) Act would limit such extreme confinement for any individual to no more than 10 consecutive days in any 180-day period, and compel the Illinois department of corrections to produce quarterly reports showing the use of the practice. Additionally it would guarantee a prisoner's access to exercise, recreation and therapy while not in their cells.

The bill passed the Illinois house of representatives last month and is currently before state senators.

"This measure will bring greater transparency to the Illinois department of corrections and a greater level of humanity to the system," said La Shawn Ford, a Democratic state congressman who introduced the bill.

In correspondence to the Guardian, the Illinois corrections department took issue with the words "solitary" and "isolated" confinement. "IDOC does not have solitary confinement. We have restrictive housing," spokesperson Lindsey Hess said in an email that attached a staff memo detailing the "new" policy, which became effective in October 2020.

According to the document: "Restrictive Housing (RH),

previously referred to as segregation, typically consists of placing an offender in a cell for up to 23 hours a day.

"There will no longer be long-term segregation and indeterminate segregation. Success is not just about reducing numbers. To make impactful change and sustainable progress, a systems approach must be adopted," the document added, explaining that previously each of the department's 27 correctional facilities operated its own confinement policies.

According to department figures, the total inmate population in Illinois has declined steadily since its 2013 peak of 49,401, and dropped below 30,000 last year for the first time since 1991. Six inmate suicides were recorded in 2020, but the reasons were not indicated.

I hope you appreciated this article. Before you move on, I was hoping you would consider taking the step of supporting the Guardian's journalism.

From Elon Musk to Rupert Murdoch, a small number of billionaire owners have a powerful hold on so much of the information that reaches the public about what's happening in the world. The Guardian is different. We have no billionaire owner or shareholders to consider. Our journalism is produced to serve the public interest – not profit motives.

And we avoid the trap that befalls much US media – the tendency, born of a desire to please all sides, to engage in false equivalence in the name of neutrality. While fairness guides everything we do, we know there is a right and a wrong position in the fight against racism and for reproductive justice. When we report on issues like the climate crisis, we're not afraid to name who is responsible. And as a global news organization, we're able to provide a fresh, outsider perspective on US politics – one so often missing from the insular American media bubble.

Around the world, readers can access the Guardian's paywall-free journalism because of our unique reader-supported model. That's because of people like you. Our readers keep us independent, beholden to no outside influence and accessible to everyone – whether they can afford to pay for news, or not.

**If you can, please consider supporting the Guardian today. Thank you.**

Betsy Reed

*Editor, Guardian US*

# Op-ed: Solitary confinement, says Angela Davis, is torture. Illinois has a chance to restrict its use.

Anthony Gay, shown March 9, 2020, was imprisoned after being involved in a fight and accused of stealing a hat and one dollar. He spent two decades in solitary. The Illinois legislature is considering a bill named after him that would forbid the Department of Corrections from holding an person in isolation for more than 10 days within a period of six months. (Brian Cassella / Chicago Tribune)

Eastern State Penitentiary, which opened almost 200 years ago, is now one of Philadelphia's major attractions, inviting tourists to reflect on what is assumed to be the historical obsolescence of its architecture and its prison regimes.

The pivotal innovation of this first penitentiary in the United States was solitary confinement, endorsed by religious leaders — including the pacifistic Quakers — as an alternative to the death penalty and other corporal punishments.

However, within the first few decades following Eastern State's opening, this most dramatic exemplar of the penitentiary was subject to scathing criticisms, the most well-known of which was Charles Dickens' description of

solitary confinement there as "torture and agony." After visiting Eastern State, he insisted that this "daily tampering with the mysteries of the brain" was "immeasurably worse than any torture of the body."