ILLINOIS DEPARTMENT OF CORRECTIONS
## Special/Residential Treatment Unit Referral

Current Facility: MENARD CORRECTIONAL CENTER

Date of Referral: 11/14/2016

### Section I: Offender Information

Offender Name: Gay, Anthony  ID #: B62251  D.O.B.: 08-19-74
Last, First, M.I.

Gender: ☒ Male  ☐ Female  ☐ Transgendered  ☐ Other (identify gender preference): _____

Sexual Orientation: ☐ Lesbian  ☐ Homosexual  ☐ Bisexual  ☒ Heterosexual

Race: ☐ White/Caucasian  ☒ African American  ☐ Hispanic  ☐ Asian
☐ American Indian  ☐ Other (Identify): _____

### Section II: Provisional Diagnosis
Diagnosis according to current DSM formatting guidelines: Offender Gay's current diagnosis is Borderline Personality D/O. Since 06/13/2016 Offender Gay has been diagnosed with the following: Adjustment D/O with cluster B features, Antisocial Personality D/O, Borderline Personality D/O with Narcissistic features, Impulse control D/O NOS, Mood DO NOS, Narcissistic Personality D/O, R/O Depressive D/O, Personality D/O NOS, PTSD, Bipolar D/O, Unspecified Anxiety D/O, and Unspecified Depressive D/O.

### Section III: Rationale for Referral
Reason for referral. Include the offender's current symptom presentation and identify the offender's functional deficits that preclude an outpatient level of care setting. Offender Gay contuinues to self mutliate as a means to regulate his emotions. His self mutulation has escalated to the point that Offender Gay need inpatient level of care. His self harming behaviors are increased in frequency, and severity and are life threatening. Offender is in need of more intensive therapy and a theraputic enviornment including hospitalization. Offender Gay's level of care needed exceeds the level of care that Menard Correctional Center is able to provide. Offender Gay has significant fuctional impairments rendering the offender unable to successfully reside in an outpatient setting.

Offender's current treatment plan. Include a list of current psychotropic medication(s) and dosage (note any TRC history) and offender's response to these interventions. <u>Offender had a treatment review committee today 11-16-2016 and the committee voted for enforced medication due to Offender's ongoing threat of harm to himself. Per treatment plan from 02-12-2016 : Continue to utilize coping skills to reduce "psychological pain." Offender was being seen two times a week for approx 1 hour each session until his behvior contract was put into place. Offender Gay is currently seen 2 x a week if off of crisis watch and one time a week if on crisis watch.   Offender has been offered group therapy but refuses.</u>

Have emergency enforced medications been administered? .................................................. ☒ No   ☐ Yes
    If yes, identify date(s) administered: _____

Offender's treatment history. Include any history of inpatient/outpatient hospitalizations and treatment, suicidal gestures and attempts, and substance abuse history. <u>Offender Gay reported on his mental health evaluation that he was hospitalized once at the age of 13/14 for taking pills.  Offender has a history of self harming behaviors since arriving in IDOC. Offender has been on crisis watch numberous times for self mutilating behavior. Offender Gay has been recently been self mutilating to the point of needing to go to the outside hospital multiple times a week.</u>

Has the offender ever been placed in an IDOC Special Treatment Unit or Residential Treatment Unit? ☐ No   ☒ Yes
    If yes, identify the facility and date of placement(s). <u>Offender was at Dixon Psych 3/16/2000-07/05/2000, 5/22/2001-08/23/2001, 01/10/2002-03/06/2002, 01/24/2003-05/15/2003, and 01/02/2004-01/29/2004.</u>

Identify how placement in a special treatment unit or residential treatment setting may benefit the offender and identify any interventions or treatment recommendations. Offender Gay would benefit from more frequent mental health sessions to be able to process better ways to handle stressors instead of using maladaptive coping skills. Offender would benefit from being able to have more mental health sessions to help him develop social skills. Offender Gay has significant fuctional impairments rendering the offender unable to successfully reside in an outpatient setting.

Is the offender currently on crisis watch? ☐ No ☒ Yes

If yes, identify the current watch level and reason for placement. Offender was placed on watch on 07/15/2016 due to self mutilation. Offender had since then continued to open his scrotum. Offender was sent to the outside hospital on 08/08/2016 due to loss of blood/ shock from cutting open his scrotum. He was hospitalized on 9/6/16 for foreign bodies to scrotum. He continues to self mutalate and has required trips to the hospital on 11/1/16, 11/10/16 and 11/12/16. He required surgery on two of the last visits and the visit of 11/12/16 he refused medical treatment. Offender Gay is currently on a continuous watch.

**Section IV: Current Mental Status Evaluation**

Offender Gay was able to state his first and last name, date that included month, date, year and the insttution, building, and room number where he is located. Offender affect is flat, mood is sad. He has poor judgment and impulse control. He denies sucidal or homocidal ideation. He denies audio or visual hallucinations. His speech volumn and tone vary from normal to loud. He is easiy agitated. His eye contact is varied.

**Section V: MHP Recommendation**

Transfer to a Special Treatment Unit / Residential Treatment Unit is:    ☒ Recommended    ☐ Not Recommended

Comments: Offender Gay would benefit from more frequent mental health sessions to be able to process better ways to handle stressors instead of using maladaptive coping skills. Offender Gay has been continuing to self mutilate to regulate his emotions. Offender appears to not be able to appropiatelty cope with external stressors. Offender would benfit from being able to have more mental health sessions to help him develop social skills. Offender Gay has significant fuctional impairments rendering the offender unable to successfully reside in an outpatient or residential setting at this time. He is currently inpatient level of care due to the severity and frequency of his self harming behaviors.

Referral completed by:

| Cortney Meyer, LCSW | [Signature] | LCSW | 11/14/2016 |
| Print Name | Signature | Title | Date |

**Section VI: Psychiatric Recommendation**

Transfer to a Special Treatment Unit / Residential Treatment Unit is:    ☒ Recommended    ☐ Not Recommended

Comments: Inmate Gay has been engaging in self-harming cutting behaviors, requiring medical attention and hospitalization for the past several weeks. Inmate Gay has refused psychotropic medications to help to stabilize his moods. Inmate Gay does not have the skills to disengage in self-harming behaviors and needs intensive treatment.

Psychiatric recommendation completed by:

| S.K. SUNEJA M.D | [Signature] SK Suneja MD | Psychiatrist | 11/14/16 |
| Print Name | Signature | Title | Date |