IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 20-40026 |
| ) | |
| ANTHONY TONY GAY, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S SUPPLEMENTAL SENTENCING EXHIBITS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides the attached sentencing exhibits in response to the defendant's sentencing memorandum, R. 429.

On Saturday May 20, 2023, the defendant filed a sixty-one page sentencing memorandum and fifteen exhibits, in support of his recommended sentence. The defendant's briefing contained extensive claims that are belied by the facts. Accordingly, additional materials are being offered by the government to provide the Court with the underlying records, in stark contrast to the defendant's claims. A few examples of this dichotomy are detailed below.

"[The defendant] has no history of injuring others or using any weapon to harm anyone other than himself." R. 429 at 2. A review of just the first seven pages of Government's Exhibit Four, the defendant's Illinois Department of Corrections disciplinary history, provided in discovery, reflect repeated instances of the defendant injuring others as well as sexually motivated batteries. On February 28, 1996, the

1

defendant sexually assaulted an inmate. Gov. Ex. 4 at 7. On July 26, 1996, the defendant "[g]rabbed [a] C/O and tried to stab him. *Id.* at 2. On October 21, 1996, the defendant "rubbed [his] crotch against [a] C/O's buttocks." *Id.* On October 18, 1997, the defendant, "kicked [a] C/O." *Id.* On November 25, 1997, the defendant again "kicked [a] C/O." *Id.* On November 19, 1997, the defendant, "grabbed [a] Lt.'s arm, pulled into hatch, twisting and banging Lt.'s arm." *Id.* On March 3, 1998, the defendant "brushed up against [an] employee, touched her buttocks in a pinching manner." *Id.* On April 10, 1998, the defendant, "threw urine and feces on [a] C/O." *Id.* On twelve occasions between January 1997 through June 19, 1998, the defendant spit on correctional staff. *Id.* On six occasions between September 26, 1998, and January 8, 2001, the defendant threw feces on correctional staff, on one occasion during this time frame, he similarly threw feces on an inmate. *Id.* at 3. On three occasions between August 28, 2000, and December 3, 2000, the defendant headbutted correctional staff. *Id.* On June 25, 2002, the defendant, "grabbed staff['s] right buttock." *Id.* at 4. That same day, the defendant, "pinched C/O['s] buttocks." *Id.* On November 21, 2003, the defendant, "thrusted [his] pelvic area into female employee." *Id.*

     The defendant further opines that his time at the Livingston County Jail was superior to that of the Bureau of Prisons and as such, he was better able to manage his mental health symptoms. The defendant went so far as to declare he was "treated with respect." R. 429 at 55. What the defendant fails to explain or acknowledge is why the "respect" he was shown by the staff at the Livingston County Jail was not reciprocated, but again resulted in his manipulation of his conditions of confinement and harassment

of correctional staff and other inmates. This longstanding pattern of manipulative behavior was documented by Dr. Ross as having taken place as early as 1991 and continuing through the defendant's stay at the Livingston County Jail. *See* Gov. Ex. 5 at 9-10, 13-16, 25, 39, 45.  Attached as government's Exhibit 6 are a selection of incident reports from the defendant's time at the Livingston County Jail wherein he continues the same pattern of manipulative behavior and harassing conduct. Notably, the defendant attempted to sexually assault a correctional officer by getting her to go into his cell with him and then to the back of the booking area. After the officer's refusal Gay stated, "I don't respect you no more, you're going to give me that pussy." Ex. 6 at 15. Gay's commentary and threats to female staff persisted, including screaming at female correctional officers, insulting their figures, and telling them to, "take your clothes off ... let's see your body." *Id.* at 20. The Livingston County records are also replete with instances of the defendant engaging in self-harm, threats of self-harm, or threats to staff if he does not get what he wanted immediately. *See e.g.,* Ex. 6 at 8, 17, 20 (not getting a phone call, not getting the NCAA bracket, not getting to change the television channel).

WHEREFORE, the government respectfully submits Exhibits 4, 5, and 6 in advance of sentencing.

Respectfully Submitted,

Gregory K. Harris
United States Attorney

By: */s/ Jennifer L. Mathew*
Assistant United States Attorney
1830 2nd Avenue, Suite 250
Rock Island, IL 61201

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2023, I electronically filed the foregoing materials with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participant(s) in the case.

                                              */s/ Jennifer L. Mathew*
                                              Assistant United States Attorney