FILED

JUN 21 2024

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V

ANTHONY TONY GAY

4:20-cr-40026

# MOTION FOR COMPASSIONATE RELEASE

Now comes petitioner, Anthony Tony Gay, filing this motion for compassionate release under 18 U.S.C § 3582 (c) (1) (A) And state As follows:

(1) Following A recent Amendment by the sentencing commission, "extraordinary and compelling reasons" for compassionate release include: (1) Medical circumstances, (2) "death or incapacitation of the caregiver of the defendant's minor child." (3) the defendant while in custody was the victim of sexual or physical Abuse... sentencing commission, Amendments to the sentencing Guidelines (April 27, 2023)

(2) Petitioner transferred to FCI Terre Haute (STAGES PROGRAM) on or About June 15, 2023. Between June 15, 2023 And September 2023, FCI Terre Haute went on lockdown Approximately 20 times. Petitioner complained to United States officials, Dr. Patterson And Dr. Athans that the lockdowns were "torture" for petitioner, United States officials Dr. Patterson And Dr. Athans continuously created An invalidating Environment

for petitioner by trying to minimize the reason for lockdowns and making statements such as "there's nothing we can do about it" or "use distress tolerance skills". Petitioner also complained to his outside supporters, who went to the media about it (see attached article about FCI Terre Haute by News 10 reporter Caiblin Hurb).

(3) Dr. Patterson, Dr. Athans and the United States knew that continuous lockdowns were not conducive to healing. Dr. Patterson, Dr. Athans and the United States were aware that petitioner had previously spent 22 years in solitary confinement and that continuous lockdown created a feeling of "always waiting for the other foot to drop".

(4) Dr. Patterson, Dr. Athans and the United States knew that FCI Terre Haute was a continuous cycle of violence, inmates overdosing, causing most lockdowns, and not conducive to healing.

(5) Dr. Patterson, Dr. Athans and the United States took no steps to have the Stages Program put in an environment that was conducive to healing. Instead tried to train petitioner to be "passive and a decentist".

(6) On or about August 11, 2023, petitioner became overwhelmed

- 2 -

And psychologically distressed. Petitioner needed to speak to a mental health professional. Petitioner informed Dr. Patterson that he had a crisis. Dr. Patterson indicated that she couldn't talk to petitioner because she had an appointment with someone else. Petitioner requested to speak to someone else. Dr. Patterson said no one else was available. This made petitioner feel rejected and abandoned. Petitioner engaged in extreme self-harm. Petitioner had to be taken to two outside hospitals (Union Health and Methodist). Petitioner had surgery at Methodist and ended up being hospitalized at Union Health for 3 or 4 days.

(7) On or about September 1, 2023, a white prisoner was accused of attacking and fighting another white prisoner. This was the third time that the first white prisoner was accused of attacking a participant or cadre. Both white prisoners were put in segregation. On or about September 27, 2023, a black prisoner was accused of indecent exposure to a female officer. In the following group (several groups), Dr. Patterson and Dr. Athans indicated that there was no tolerance for indecent exposure in the program and that the black prisoner could not return to the program. On or about September 29, 2023, the two white prisoners, who were fighting, returned to the program. On or about October 3, 2023, petitioner complained to Dr. Athans (during community process)

that petitioner thought racial disparity existed in the program. Petitioner pointed out that a black participant was kicked out of the program for an isolated incident that didn't involve any physical contact, but a white participant, who was accused of attacking three people, on three separate occasions, was allowed to come back to the program. Petitioner indicated that this gives the impression that the program uses racial disparity and tolerate violence. Petitioner further indicated that petitioner believes if petitioner or any other black participant attacked someone three times, we would not be allowed back in the program. Dr. Athans unprofessionally responded, " you want to test that theory?" Another participant became upset at Dr. Athans unprofessionalism and stated, " you don't suppose to talk to a participant like that. It's unprofessional". Another participant made comments towards Dr. Athans.

(8) After group, petitioner got on the computer and emailed Dr. Meyer ( chief psychologist) about Dr. Athans unprofessionalism and asked her to intervene. Petitioner thought this would help alleviate his distress. It didn't. Subsequently, petitioner and a couple participants talked to a cadre about Dr. Athans unprofessionalism. We asked him to speak to mental health about Dr. Athans spreading emotional

contagion. He went to speak to mental health. Upon return, he indicated that mental health wanted to speak to us. We (three participants) went to the front ~~door~~ door of the unit to speak to Dr. Athans and Dr. Hetle. Dr. Athans asked if we need to go on watch? Petitioner stated, "no", that he did not want to talk to her. Dr. Athans forced petitioner on watch. The following day, Dr. Athans and Dr. Patterson came to assess petitioner on watch (Oct 4, 2023). Petitioner indicated to ~~████~~ Dr. Athans that since she lied and said petitioner was suicidal to put petitioner on watch, "I am staying on watch." Dr. Patterson interjected, "since you feel that way, why don't you voluntarily sign out the program?" Petitioner responded, "I'm not signing out the program, I need treatment". A couple days later, Dr. Athans came to assess petitioner on suicide watch (Oct 6, 2023). Petitioner informed Dr. Athans that he felt like the walls were closing in and need to come off suicide watch. "I thought you were in for the long haul". Dr. Athans sarcastically responded. Petitioner told Dr. Athans that he was emotionally reasoning when petitioner made the statement the other day. Dr. Athans indicated that she was going to keep petitioner on watch. This

-5-

Made petitioner feel rejected and Abandoned.

(9) The next day, Dr. Davis came to Assess petitioner (oct 7, 2023). Petitioner told her that he was becoming overwhelmed being trapped in this cell and that he felt like the walls were closing in. In Addition, petitioner noted that it was ~~████████████~~ counter-therapeutic to keep petitioner on suicide watch. Dr. Davis refused to take petitioner off suicide watch. At this point, petitioner felt rejected, abandoned and depressed. In turn, petitioner, **WHILE BEING WATCHED BY AN INMATE COMPANION, WHO WAS READING A BOOK**, cut his scrotum to where his testicle was hanging out. Petitioner also stuffed some razors in his testicle. In Addition, petitioner cut his Arm and put a razor in his Arm.

(10) Petitioner was transported by Ambulance to Union Health hospital in Terre Haute, Indiana. Petitioner was examined by a doctor at Union Health. Petitioner's Arm and scrotum were x-rayed. Petitioner was admitted to Union Health.

(11) Dr. Imad G. kaj indicated that petitioner would

have surgery the next day to remove the razor from petitioner's arm. Dr. Imad G. Kaj further indicated that Union Health did not have an urologist to remove the razors from petitioner's scrotum.

(12) On October 8, 2023, petitioner had surgery to remove the razor from his arm. Petitioner's scrotum swelled up like a softball. Dr. Imad G. Kaj, nor Union Health took no action to remove the razors from petitioner's testicle. And refused to send petitioner to a hospital with an urologist.

(13) On or about October 11, 2023, petitioner was released from Union Health and returned to FCI Terre Haute.

(14) On or about October 12, 2023, Dr. Patterson removed petitioner from suicide watch. Petitioner returned to the program stages.

(15) Subsequently, petitioner contacted his supporters in society and complained about his scrotum being swollen like a softball and razors in his testicle and the tremendous pain. Petitioner also emailed the assistant warden. No action was

-7-

taken to remove the razors.

(16) On or About October 14, 2023, several FCI Terre Haute nurses, opposed to having petitioner sent to an outside hospital, had several officers take petitioner to R&D to be examined via scanner, even though petitioner's scrotum was swollen like a softball and draining.

(17) One of petitioner's supporters reached out to the Regional Director via letter (see Attached letter) About petitioner not being able to receive Adequate medical treatment. In Addition, submitted for copies of petitioner's mental health and medical records.

(18) On October 18, 2023, Dr. Patterson Approached petitioner to sign a release of information to release petitioner's mental health notes to one of petitioner's supporters. Later that day, Dr. Patterson and the United States kicked petitioner out of the STAGES PROGRAM.

(19) This made petitioner feel rejected, Abandoned And depressed. Petitioner cut his Arm And put a razor in it. Petitioner Also complained About his scrotum. Petitioner was transported to Union Health. A doctor from Union Health removed the razor from

petitioner's Arm. Subsequently, petitioner was transported to Methodist for surgery on his scrotum (PETITIONER'S LEFT TESTICLE HAD TO BE SURGICALLY REMOVED BECAUSE IT HAD BECAME ROTTEN FROM THE DURATION OF THE RAZORS IN HIS SCROTUM)

(20) Subsequently, petitioner was returned to FCI Terre Haute and put on suicide watch in FCI Terre Haute from October 19, 2023 until November 8, 2023 ( it should be noted, petitioner had a toilet and sink that he could Access in his cell in FCI. Terre Haute).

(21) To punish petitioner for being on suicide watch, Dr. Patterson and the United States had petitioner moved to USP Terre Haute and put on suicide watch in a cold freezing cell, restricted his Access to the bathroom, denied petitioner Adequate mental health treatment and compelled petitioner to do cell front, brief contacts in front of the inmate companion watching petitioner. Thus violating petitioner's privacy rights.

(22) Petitioner was Already feeling depressed, rejected And Abandoned As A result of Dr. Patterson And

the United States kicking petitioner out of the program for no legit reason. It made petitioner even more depressed that Dr. Patterson and the United States had petitioner moved to a cold freezing cell and restricted his access to the bathroom.

(23) Between November 8, 2023 and December 26, 2023, petitioner engaged in self-harm six times that required outside hospital intervention (Nov 10, 20, 24, 25, 27 and December 26, 2023). Two incidents required surgery (Nov 27, 2023, surgery on petitioner's scrotum; December 26, 2023, surgery to remove a chicken bone from petitioner's arm - incident happened on December 26, 2023, but had surgery on December 28, 2023). Dr. Patterson and the United States knew that being trapped in a corporal punishment cell and not receiving adequate mental health treatment, only made petitioner's symptoms worse. They also knew that there were objects in the cell that petitioner could use to harm himself, but continuously put petitioner back in the same unsafe cell.

(24) Instead of providing petitioner adequate mental health treatment, United States government officials wrote petitioner incident reports in effort to punish petitioner for symptoms of mental illness

( SEE Attached incident reports). Even though these incident reports were eventually Expunged, petitioner had to do Approximately A month in solitary confinement until they were resolved.[1]

(25) On November 27, 2023, petitioner Engaged in self-harm And needed to be transported to An outside hospital for treatment. officer Tinkel, who was initially suppose to transport petitioner to the outside hospital, got mad And stated to petitioner " I'm tired of you going to the hospital". He stated that he was going to fake like petitioner tried to Assault the doctor, And then Assault petitioner. Petitioner responded, no you're not, I'm not going to the hospital with you. I'll refuse to go. officer Tinkel got mad And told petitioner to shut up. officer Tinkel then Assaulted petitioner by Elbowing petitioner in the face And punching petitioner in the side of his ribs.

(26) Dr. Patterson And the United States, who were subjecting petitioner to corporal punishment by keeping petitioner in A cold freezing cell, denying petitioner Adequate mental health treatment, And having inmates watch petitioner on suicide watch, And writing petitioner incident reports

-11-

for engaging in self-harm, would only make petitioner deteriorate worse. In turn, they knew at some point, correctional staff, who are not adequately trained to deal with mental health patients would write petitioner incident reports ( criminalizing mental illness) and physically abuse petitioner.

(27) From November 27, 2023 until December 18, 2023, United States government officials, Dr. Koj and Union Health conspired to keep petitioner in Union Health, chained to a bed, for three weeks, and denied petitioner adequate mental health treatment. This made petitioner's symptoms worse. In turn, on or about December 18, 2023, petitioner stabbed a curtain hook in his arm.

(28) On December 18, 2023 petitioner was transported back to USP Terre Haute and put in a corporal punishment cell. Petitioner tried to explain to Dr. Patterson and the United States government officials, how petitioner could not tolerate solitary confinement or the corporal punishment cell. Dr. Patterson and the United States government officials continued to create an invalidating environment for petitioner, by keeping petitioner

in a cold freezing cell, and restricting petitioner's access to the bathroom. On December 25, 2023, petitioner was given chicken bones, even though, staff were aware petitioner would use them to engage in self-harm. On December 26, 2023, petitioner stabbed a chicken bone through his arm. Petitioner had to have it surgically removed.

(29) From December 26, 2023 until January 11, 2024, petitioner was kept in an outside hospital (Union Health in Terre Haute, Indiana) chained to a bed and denied adequate mental health treatment.

(30) As the above information shows, petitioner has been physically abused, denied adequate mental health treatment and subject to corporal punishment since his arrival in BOP. As a result of petitioner's historical abuse by government officials, it will be and continue to be nearly impossible for petitioner to trust BOP officials and build the necessary therapeutic rapport for effective treatment — even though petitioner does his best to engage in treatment (see attached certificates). In addition, BOP still has a

policy on the books that criminalize mental health symptoms ( prohibited Act 228) and a policy that crosses the line into Absurd. BOP tasks incarcerated people with no qualifications and no real training to monitor those on suicide watch. This has contributed to petitioner's self-harm ( instead of watching petitioner, inmates were reading books, magazines, listening to music or even sleeping — while petitioner was engaging in self-harm).

For the foregoing "Extraordinary and compelling reasons" petitioner request a compassionate release.

/s/ _____
Anthony Gay 23170026
Medical Center For Federal Prisoners
PO Box 4000
Springfield, Mo 65801-4000

__1__ The prohibited Act 228 still exist in BOP. If petitioner or any other mental health patient engages in self-harm, he can receive an incident report for 228

Certificate of Service

This certifies that on June 18, 2024, I mailed the
attached motion for compassionate release in
United States of America v. Anthony Tony Gay
4:20-cr-40026 to the U.S. District Court,
Central District of Illinois, Peoria Division.

/S/ Gay

Anthony Tony Gay 23170026
Medical Center For Federal Prisoners
PO Box 4000
Springfield, Mo 65801-4000



**U.S. Department of Justice**
Federal Bureau of Prisons

*U.S. Medical Center for Federal Prisoners*
*1900 W. Sunshine*

*Springfield, MO 65807*

May 14, 2024

MEMORANDUM FOR:  I/M GAY, ANTHONY 23170-026

FROM:                       J. Dooley, MHU Counselor

SUBJECT:                 Compassionate Release Request

On May 14, 2024, I personally routed a request for a compassionate release
for Inmate Gay, Anthony Reg No. 23170-026.

1241

Patient Name:        Hospital: 924241102
Gay, Anthony   Med Rec:  83036803

DOB: ~~███████~~        Age:  .  50Y
Sex:      M    Race:      B

Adm Dr.:  Imad G Koj, M.D.    Adm Date: 10/07/2023
Attn Dr.: Imad G Koj, M.D.    Dis Date:
Ref Dr.:
DICTATING DOCTOR:  Imad G Koj, M.D.
PCP: William Wilson         .


HISTORY AND PHYSICAL

REASON FOR ADMISSION:  Multiple self-inflicted injuries.

HISTORY OF PRESENT ILLNESS:  This is a very pleasant 50-year-old African American federal
inmate with significant past psych history, including recurrent self-inflicted injuries
and semi-suicidal behavior, history of borderline personality disorder, and history of
post-traumatic stress disorder.  Basically according to him, he was upset today and he was
trapped in his cell.  According to him in a he was locked in his cell and he decided to
hurt himself.  He started with cutting the scrotum and cutting the left groin area.  After
that he put the razor blade into his right arm.  When he came to the hospital there was
significant massive bleeding.  He did receive some initial wrapping to stop the bleeding.
Orthopedic consultation was done and he is scheduled for tomorrow 10 o'clock in the
morning for removal of foreign body from his right arm.  He is also having significant
bleeding from his scrotum.  When I asked if he was trying to kill himself, he said  I
doubt.  He said I just wanted to get out of my cell.

ALLERGIES:  This patient has allergy to Haldol, Prolixin, and Thorazine.

PAST SURGICAL HISTORY:  Includes several procedures to remove foreign body.

PAST MEDICAL HISTORY:  Basically includes significant psych history mentioned above.  He
may also have history of hypertension.

FAMILY HISTORY:  Reviewed and verified and noncontributory to this case.

SOCIAL HISTORY:  No tobacco.  No alcohol.  No drug use.

PHYSICAL EXAMINATION:
GENERAL:  The patient was seen few minutes after he arrived to the floor from the
emergency room.  He was in some distress and discomfort.
LUNGS:  Clear.
HEART:  Regular.
ABDOMEN:  Soft.

I focused obviously on self-inflicted injury including massive cut on the left scrotum and
also left groin and massive cut to the antecubital area in the right arm with what appears
to be foreign body trapped inside.  The patient on his arm he did have good pulses and no

Patient Name: Gay, Anthony                                          Page 1of 2
DOB: ~~███████~~
Date of Service: October 07, 2023 21:30 EDT
IP-Admission Note/H&P - Staff

12/04/2023 2:12:52 PM                                    PAGE 13    OF 29

ESKENAZI HOSPITAL         Gay, Anthony
ACUITY ADAPTABLE 9        MRN: _____, DOB: _____, Sex: M
WEST                      Adm: 11/27/2023, D/C: 11/28/2023
720 ESKENAZI AVE .
INDIANAPOLIS IN 46202-
5187

**Consults by Zappia, Jason L., MD at 11/27/2023 7:39 PM (continued)**

Constitutional: No acute distress, well-nourished
Respiratory: normal work of breathing
Cardiovascular: No edema
Gastrointestinal: Soft, non-tender, non-distended
Genitourinary: no CVA tenderness, bladder not palpable, bladder non-tender. Open scrotal wound on the left side of his scrotum with obvious pieces of white caulking and small rocks inside of the wound. 3 larger pieces of caulking were removed but it appears smaller particles are still present.

**Data Reviewed**

Extensive review of patients prior medical records, including notes from their PMD
Labs reviewed
Imaging reports reviewed and images were independently viewed by me
Patient here with their family member, history and plan of care reviewed

**Assessment & Plan:**
This is a 50 y.o. male w/hx of self mutilation who presents following of scrotal self mutilation and insertion of foreign object.

Recommendations

- Patient has now been to the ED 5 times in the past month and 8 times since June for self mutilation. Multiple notes by different providers have documented that the patient continues to harm himself because he is depressed and he wants to be provided with "mental help." This patient should be admitted for inpatient psychiatric evaluation as his continued episodes of self mutilation to GU organs will have long-term implications and will continue to occur should his underlying psychiatric issues fail to be addressed.
- Please make NPO at midnight in preparation for surgical debridement in the OR on 11/28.
- Dose of empiric rocephin x 1

Electronically signed by Zappia, Jason L., MD at 11/27/2023 8:23 PM
Electronically signed by Huelster, Heather L., MD at 11/28/2023 7:48 AM

**Op Note by Schmidt, Jonathan P., MD at 11/28/2023 9:41 AM**
Author: Schmidt, Jonathan P., MD      Service: Urology            Author Type: Resident
Filed: 11/28/2023 12:53 PM            Date of Service: 11/28/2023 9:41 AM   Creation Time: 11/28/2023 12:46 PM
Status: Attested                      Editor: Schmidt, Jonathan P., MD (Resident) ·
Cosigner: Huelster, Heather L., MD at 11/28/2023 1:01 PM
Attestation signed by Huelster, Heather L., MD at 11/28/2023 1:01 PM
I was present for the entirety of the procedure(s).

**Operative Note**

ESKENAZI HOSPITAL                Gay, Anthony
ACUITY ADAPTABLE 9               MRN: ████████, DOB: ████████, Sex: M
WEST                            Adm: 11/27/2023, D/C: 11/28/2023
720 ESKENAZI AVE
INDIANAPOLIS IN 46202-
5187

**Op Note by Schmidt, Jonathan P., MD at 11/28/2023 9:41 AM (continued)**

**Anesthesia:** General

**Indications:**
50-year-old patient who is well known to the Urology Service over at Methodist Hospital and here. Over the past several years he has came into the ED several times with self-inflicted foreign body insertion into the scrotum. He was evaluated in the ED by Urology yesterday for insertion of metal and apple seeds into his scrotum. He presents today from Terre Haute after inserting rocks and caulk into his scrotal wound.

**Urologic history:**
June 2023: removal of razor blades from scrotum (Methodist)
August 2023: bedside debridement and removal of razor blades from scrotum (Methodist)
October 2023: removal of razor blades and left orchectomy (Methodist)
November 11, 2023: removal of plastics and rocks from scrotum (Eskenazi)
November 14, 2023: bedside removal of plastic fork, rocks, and hair (Methodist)
November 20, 2023: bedside removal of plastic and caulk (Eskenazi)
November 24, 2023: bedside removal of foreign object (Eskenazi)
November 26, 2023: bedside removal of metal and apple seeds (Eskenazi)

We elected to take him back for debridement under general anesthesia due to concern for tissue deeper in the wound and possible need for debridement of skin or underlying tissue.

**Findings:**
Rocks and plastic wrapper had been forced into wound by patient
All foreign bodies removed
Aggressive washout with saline/cefazolin
Packed with iodoform, covered with moist saline gauze and dry 4x4, medipore tape

**Full Description of Procedure:**
After full informed consent was obtained the patient was brought back to the OR. A full time-out was performed identifying patient procedure and laterality. The patient was put to sleep under general anesthesia and was intubated in supine position. They were shaved if necessary. They were prepped and draped in standard sterile fashion and perioperative antibiotics lasting 24 hours had been administered overnight. A pre-procedural time-out was performed.

We began the procedure by taking and anaerobic and aerobic wound culture.

We used a forceps to remove foreign bodies from the wound. These included rocks versus pieces of gravel or hardened caulking as well as some plastic wrapper pieces. We probed all aspects of the wound identified of small tract running about 1 cm below the surface of the skin which had closed on the left lateral aspect of the wound. We incised the skin using Bovie electrocautery and opened this tunnel up. There was still a bit of tunneling underneath the skin however the end was easily palpable with finger tip or instrument.

Once we had fully removed the foreign bodies we felt that there was no identifiable dead tissue which required debridement. All of it was in fact granulating and healthy and there was good bleeding from the skin we cut back.

ESKENAZI HOSPITAL
ACUITY ADAPTABLE 9
WEST
720 ESKENAZI AVE
INDIANAPOLIS IN 46202-
5187

Gay, Anthony
MRN: 040374588, DOB: 8/19/1973, Sex: M
Adm: 11/27/2023, D/C: 11/28/2023

**Op Note by Schmidt, Jonathan P., MD at 11/28/2023 9:41 AM (continued)**

Procedure to CPT Code Linking

Procedure:   SCROTAL EXPLORATION
CPT(R) Code: 55110 - PR EXPLORE SCROTUM

SCROTAL EXPLORATION, N/A

Pre-op Diagnosis
   * Wound dehiscence [T81.30XA]

Post-op Diagnosis
   * Wound dehiscence [T81.30XA]

Surgeon(s) and Role:
   * Huelster, Heather L., MD - Primary

Attestation: I was present in the operating room during all critical and key portions of the procedure

ASA: II

Antibiotics:
Recent Abx Admin

| | | | | |
|---|---|---|---|---|
| **cefTRIAXone (ROCEPHIN) IVPB 1 g (premix) (g)** | 1 g | New Bag | 11/27/23  2254 | |

Wound Classification: Contaminated

Chemical VTE:
Chemical VTE(Last 24 hrs)
      No administrations in the past 24 hrs

Mechanical VTE:
Sequential Compression Devices

| SCD Type | SCD | Area | Laterality | Pressure | Left Pulse | Right Pulse | Applied By |
|---|---|---|---|---|---|---|---|
| Sequential Compression Device | | | | | | | |

WEATHER | Solar Eclipse 2024 - All You Need To Know | Submit your Eclipse Coloring page

WTHI | Make a Difference submission | March Madness Schedule on WTHI-TV | WTHI-TV's 70th Anniversary

https://www.wthitv.com/news/no-human-being-should-be-treated-like-this-prisoner-advocacy-group-calls-for-change-at/article_879853fe-79b0-11ee-88e4-d37c8a24f710.html

# "No human being should be treated like this." Prisoner advocacy group calls for change at Terre Haute federal prison

By Caitlin Hunt
Nov 2, 2023



TERRE HAUTE, Ind. (WTHI)- A Chicago prisoner advocacy group is calling for change inside Terre Haute's federal prison.

The group is called the Chicago Alliance Against Racist and Political Repression. It's been around for 50 years, and it fights for the rights and treatment of prisoners across the country.

CAARPR is now concerned about the treatment of prisoner Anthony Gay.

Gay has been in the federal prison system since May 2022. He recently moved to the Terre Haute federal prison. This move has advocates, like CAARPR's executive director Frank Chapman, concerned about his treatment.



McAfee

Tap. Set. Secure.
Live a worry-free life online

Get protection now

News 10 spoke with Chapman, who said Gay suffers from various mental health issues.

"This is part of the reason why he spent so much time in jail," Chapman said. "Those mental health issues were induced, aggravated, and heightened by his long years of solitary confinement."

Gay previously spent 22 years in solitary confinement in Illinois.

At the federal prison in Terre Haute, Chapman said Gay is constantly under lockdowns, which he said is similar to solitary confinement. He said this cuts off Gay's access to resources he needs to stay well.

"We consider this to be an act of cruel inhumanity," Chapman said. "In violation of the United States Constitution to continue to subject Anthony to this kind of human torture."

News 10 reached out to FCI Terre Haute for a comment on CAARPR's concerns. A spokesperson said the prison does not comment on individual cases. But, it did break down the lockdown procedure.

According to the prison, lockdowns are mostly temporary and are put in place for the safety and protection of other prisoners and employees. Inmates do have access to things like medical care and contact with family and legal team members.

But, Chapman said this type of treatment is unfair. He and the CAARPR are calling for an investigation of the facility to hopefully stop lockdowns, solitary confinement, and other similar situations.

"Nobody," Chapman said. "No human being should be treated like this."

Chapman is asking those with concerns to call or email the federal prison.

Phone number: (812) 238-1531

October 15, 2023

Dear Director Matevousian,

I am a researcher, writer and teacher, associated with the University of Illinois. I research and write about prison systems as well as correspond with several people who are incarcerated. In the course of my work, I have spoken with Mr. Anthony Gay, 23170-026, on many occasions. I am writing you in regard to his situation.  He is currently in custody at FCI Terre Haute. I

I have been informed by Mr. Gay via telephone that he currently has a desperate medical situation. He has a long history of mental illness, largely triggered by spending more than 20 years in solitary confinement in Illinois state prisons. His time in solitary was marked by extensive instances of self-harm, which included sewing a zipper into his arm and inserting various items into his scrotum. These actions are all documented by prison authorities and his medical history. He also was previously in Butner FCI where also engaged in self-harm before being transferred to a mental health program in Terre Haute.

According to Mr. Gay, he had a disagreement with the prison therapist over some events in a group in which he was participating. According to Mr. Gay there was no threat or intimation of violence. Yet, according to Mr. Gay, he ended up on suicide watch on October 3rd.  Suicide watch, as you know, is an extreme form of solitary confinement.

Once placed in the suicide watch cell, the circumstances triggered responses based on his previous experience of solitary, leading him to engage in self-harm once again. This included cutting himself and inserting pieces of a razor blade in his scrotum. He was taken to an outside hospital on approximately October 5th where he received treatment but there was no urologist present to examine his scrotum and urinary system.  When I spoke to Mr. Gay yesterday he wanted me to urge you to get him to a urologist as soon as possible as he believes there are still pieces of the razor blade in his scrotum. The prison authorities used their body scan to look for the pieces of razor blade but according to Mr. Gay, that device does not have the accuracy of the necessary medical CT scan. He says that his scrotum has swelled up to the size of a softball. Furthermore, he states that they have taken him off his pain killing medication so the pain in his scrotum is excruciating.

I am pleading with you to ensure that Mr. Gay receives some medical treatment as soon as possible, preferably a visit to a urologist. Possibly his  life and definitely his long-term health hang in the balance.

If you want further evidence of Mr. Gay's history you can read his story in The Guardian of May 12, 2020 or on CBS News September 27, 2021.

If you would like further information on Mr. Gay or his situation, feel free to contact me at 217 778 2354 or via email at jjincu@gmail.com

Thank you for giving urgent attention to this matter.



BP-A0288                    INCIDENT REPORT
Dept. of Justice / Federal Bureau of Prisons

## Part I - Incident Report

| Institution: | **TERRE HAUTE FCI** | | | Incident Report Number: | **3810572** |
|---|---|---|---|---|---|

| 2. Inmate's Name | 3. Register Number | 4. Date of Incident | 5. Time |
|---|---|---|---|
| GAY, ANTHONY | 23170-026 | **08-11-2023** | **1320 hrs** |

| 6. Place of Incident | 7. Assignment | 8. Unit |
|---|---|---|
| **I-UNIT EAST SHOWER** | **UNASSG** | **I-UNIT** |

| 9. Incident | 10. Prohibited Act Code(s) |
|---|---|
| 228 -- TATTOOING OR SELF-MUTILATION. | **228** |

### 11. Description Of Incident

Date: **08-11-2023**   Time: **1320 hrs**   (staff became aware of incident)

ON 08/11/2023 AT APPROIMATLEY 1:20PM I SENIOR OFFICER SPECIALIST C. JONES OBSERVED INMATE GAY, ANTHONY, REG. NUMBER #23170-026, IN I-UNIT EAST SHOWER WITH BLOOD ABOUT HIS HANDS AND ARM, AND A RAZOR BLADE IN HIS HAND. I ORDERED INMAT GAY TO PUT THE RAZOR BLADE DOWN AND STOP WHAT HE WAS DOING. INMATE GAY COPLIED TO THE ORDER WITHOUT FURTHER INCIDENT. UPON FURTHER OBSERVATION I NOTICED INMATE GAY HAD THREE TO FOUR INCH CUTS ON HIS RIGHT ARM AND ON THE LEFT SIDE OF HIS SCROTUM BLEEDING PROFUSLY. I DETERMINED THESE WOUNDS ABOUT HIS BODY WERE CONSISTENT WITH SELF-MUTILATION. I THEN ESCORTED INMATE GAY TO THE MEDICAL DEPARTMENT AND NOTIFIED THE OPERATIONS LIEUTENANT WITHOUT FURTHER INCIDENT.

| 12. Typed Name/Signature of Reporting Employee | 13. Date And Time |
|---|---|
| C. Jones | **08-11-2023 1325 hrs** |

| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature)<br>J. Mackiller Lt 8Mar | 15. Date Report Delivered<br>8-25-23 | 16. Time Report Delivered<br>1321 |
|---|---|---|

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                                    Replaces BP-S288.052



BP-A0288          **INCIDENT REPORT**
Dept. of Justice / Federal Bureau of Prisons

### Part I - Incident Report

| | | |
|---|---|---|
| 1. Institution:  **TERRE HAUTE FCI** | | Incident Report Number: **3837173** |

| 2. Inmate's Name **GAY, ANTHONY** | 3. Register Number **23170-026** | 4. Date of Incident **10-07-2023** | 5. Time **1305 hrs** |
|---|---|---|---|

| 6. Place of Incident **N-2** | 7. Assignment | 8. Unit **I** |
|---|---|---|

| 9. Incident **228 -- TATTOOING OR SELF-MUTILATION.** | 10. Prohibited Act Code(s) **228** |
|---|---|

11. Description Of Incident
(Date: **10-07-2023**   Time: **1315 hrs**   staff became aware of incident)

**At approximately 1305 I C/O S. Bryan received a call via radio which stated report to N-2, So when I get up to N-2 I witnessed inmate GAY, ANTHONY, #23170-026 bleeding from his left arm and also bleeding from his scrotum. At this time, I notified, the operations. lieutenant and then I escorted inmate gay to the urgent care room, no other action was needed from me at this time.**

| 12. Typed Name/Signature of Reporting Employee **S Bryan** | 13. Date And Time **10-07-2023 1320 hrs** |
|---|---|

| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) | 15. Date Report Delivered | 16. Time Report Delivered |
|---|---|---|
| *D. Pledge* | | |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                          Replaces BP-S288.052



BP-A0288     **INCIDENT REPORT**
Dept. of Justice / Federal Bureau of Prisons

## Part I - Incident Report

| 1. Institution: **TERRE HAUTE FCI** | | Incident Report Number: **3841819** | |
|---|---|---|---|
| 2. Inmate's Name **GAY, ANTHONY** | 3. Register Number **23170-026** | 4. Date of Incident **10-18-2023** | 5. Time **1301 hrs** |
| 6. Place of Incident **I-Unit** | 7. Assignment **FAC POOL P** | 8. Unit **6 MH** | |
| 9. Incident **228 -- TATTOOING OR SELF-MUTILATION.** | | 10. Prohibited Act Code(s) **228** | |

11. Description Of Incident

(Date: **10-18-2023**    Time: **1301 hrs**    staff became aware of incident)

**While assigned to Day Watch I-Unit on 10/18/2023 at approximately 1258 I was advised by psychology that a cadre had reported to them that Inmate GAY, ANTHONY, #23170-026 had been using the restroom an extended time and that they thought that he may be doing self-harm. I walked to the East Side of I-Unit to cell I01-001 that had a sheet placed across blocking full view of the inmate and the cell. When the Psychologist and I asked inmate Gay what he was doing to which he finally stated that he was "Cutting on myself". We removed the sheet that was hanging and immediately observed injuries on his arm that were consistent with self-harm. Psychology radioed for medical and that we would be walking one to them.  He was told to step out of the cell and was then escorted to medical for further evaluation.**

| 12. Typed Name/Signature of Reporting Employee **N Rainbolt** | | 13. Date And Time **10-18-2023 1323 hrs** |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) **D. PLEDGER** | 15. Date Report Delivered **01-25-2024** | 16. Time Report Delivered **0930 hrs** |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270      Replaces BP-S288.052



**BP-A0288**                    **INCIDENT REPORT**
Dept. of Justice / Federal Bureau of Prisons

| Part I - Incident Report |
|---|

| 1. Institution: **TERRE HAUTE USP** | | Incident Report Number: **3852248** | |
|---|---|---|---|
| 2. Inmate's Name<br>**GAY, ANTHONY** | 3. Register Number<br>**23170-026** | 4. Date of Incident<br>**11-10-2023** | 5. Time<br>**1425 hrs** |
| 6. Place of Incident<br>**Health Services-Observe Room** | 7. Assignment<br>**N/A** | 8. Unit<br>**H01-001L** | |
| 9. Incident<br>**(199 -- DISRUPTIVE CONDUCT-GREATEST) MOST LIKE 228 -- TATTOOING OR SELF-MUTILATION.** | | 10. Prohibited Act Code(s)<br>**199 228** | |

11. Description Of Incident
(Date: **11-10-2023**    Time: **1425 hrs**    staff became aware of incident)

On November 10, 2023, at approximately 2:15 p.m., inmate Gay, Anthony, Reg. No. 23170-026, became disruptive in the Suicide Watch Room H01-001L. Specifically, staff observed inmate Gay was engaging in self-harming behavior by cutting his testical. Staff ordered inmate Gay to cease his actions and submit to hand restraints, and he complied. Inmate Gay was then escorted to Health Services Exam Room where he was medically assessed, photographed, interviewed, pat and visually searched, provided with a change of clothing, and was evaluated by Psychology Services for a formal suicide risk assessment. There were no staff injuries, and inmate Gay sustained minor injuries and sent to the outside hospital where he will be treated.

| 12. Typed Name/Signature of Reporting Employee<br>**M. Johns** | | 13. Date And Time<br>**11-10-2023 1531 hrs** | |
|---|---|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature)<br>D. Pledger | | 15. Date Report<br>Delivered<br>1-25-24 | 16. Time Report<br>Delivered<br>0930 |

| The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business. |
|---|



**BP-A0288**                      **INCIDENT REPORT**
Dept. of Justice / Federal Bureau of Prisons

### Part I - Incident Report

| 1. Institution: **TERRE HAUTE USP** | | Incident Report Number: **3856456** | |
|---|---|---|---|
| 2. Inmate's Name<br>**GAY, ANTHONY** | 3. Register Number<br>**23170-026** | 4. Date of Incident<br>**11-20-2023** | 5. Time<br>**1335 hrs** |
| 6. Place of Incident<br>**USP Medical Observation** | 7. Assignment | 8. Unit | |
| 9. Incident<br>**228 -- TATTOOING OR SELF-MUTILATION.** | | 10. Prohibited Act Code(s)<br>**228** | |

11. Description Of Incident
(Date: **11-20-2023**    Time: **1335 hrs**    staff became aware of incident)

On November 20, 2023, at approximately 1:35 p.m. I was notified by the control room officer that inmate GAY, ANTHONY, Reg. No. 23170-026 had become disruptive while on Suicide Watch. When I arrived, I noticed blood all over the floor and on inmate Gay. I asked inmate Gay what was going on and why he had blood all over him when he stated, " I shoved calk into my wound under my balls." I notified the lieutenants and medical personnel without any further incident.

| 12. Typed Name/Signature of Reporting Employee<br>**J Hernandez** | | 13. Date And Time<br>**11-20-2023 1438 hrs** | |
|---|---|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature)<br>*D. Pledger* | | 15. Date Report<br>Delivered<br>1-25-24 | 16. Time Report<br>Delivered<br>0930 |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.



BP-A0288
### INCIDENT REPORT
Dept. of Justice / Federal Bureau of Prisons

#### Part I - Incident Report

| 1. Institution: **TERRE HAUTE USP** | | Incident Report Number: **3857965** | |
|---|---|---|---|
| 2. Inmate's Name **GAY, ANTHONY** | 3. Register Number **23170-026** | 4. Date of Incident **11-24-2023** | 5. Time **0835 hrs** |
| 6. Place of Incident **Medical Observation (USP)** | 7. Assignment **UNASSIGNED** | 8. Unit **H-01-001L** | |
| 9. Incident **228 -- TATTOOING OR SELF-MUTILATION.** | | 10. Prohibited Act Code(s) **228** | |

11. Description Of Incident

(Date: **11-24-2023**    Time: **0835 hrs**    staff became aware of incident)

**On November 24, 2023, at approximately 8:35 a.m., inmate Gay, Anthony, Reg. No. 23170-026, became disruptive in the Suicide Watch Room H01-001L. Specifically, staff were notified by the inmate companion that inmate Gay was possibly engaging in self-harming behavior. Staff ordered inmate Gay to cease his actions and submit to hand restraints, and he complied. At this time, he showed staff his preexisting wound that he had pulled open and stuff paper into the wound. Inmate Gay was then escorted to Health Services Exam Room where he was medically assessed, photographed, interviewed, pat and visually searched, provided with a change of clothing, and psychology services were notified. There were no staff injuries, no force used, and inmate Gay sustained minor injuries and sent to the outside hospital where he will be treated.**

| 12. Typed Name/Signature of Reporting Employee **S Pine** | | 13. Date And Time **11-24-2023 0930 hrs** |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) **D. PLEDGER** | 15. Date Report Delivered **01-25-2024** | 16. Time Report Delivered **0930 hrs** |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270

Replaces BP-S288.052



BP-A0288      **INCIDENT REPORT**
Dept. of Justice / Federal Bureau of Prisons

**Part I - Incident Report**

| 1. Institution: **TERRE HAUTE USP** | | Incident Report Number: **3858709** | |
|---|---|---|---|
| 2. Inmate's Name <br> **GAY, ANTHONY** | 3. Register Number <br> **23170-026** | 4. Date of Incident <br> **11-27-2023** | 5. Time <br> **0820 hrs** |
| 6. Place of Incident <br> **suicide watch room H01-001L** | 7. Assignment | 8. Unit | |
| 9. Incident <br> **228 -- TATTOOING OR SELF-MUTILATION.** | | 10. Prohibited Act Code(s) <br> **228** | |

11. Description Of Incident

(Date: **11-27-2023**  Time: **0820 hrs**  staff became aware of incident)

**On November 27, 2023, at approximately .08:20 AM, inmate Gay, Anthony, Reg. No. 23170-026, became disruptive in the Suicide Watch Room H01-001L. Specifically, staff were notified by the inmate companion that inmate Gay was possibly engaging in self-harming behavior. Staff ordered inmate Gay to cease his actions and submit to hand restraints, and he complied. At this time, he showed staff his preexisting wound that he had pulled open and stuff paper, plaster, and other debris into the wound. Inmate Gay was then escorted to Health Services Exam Room where he was medically assessed, photographed, interviewed, pat and visually searched, provided with a change of clothing, and psychology services were notified. There were no staff injuries, no force used, and inmate Gay sustained minor injuries and sent to the outside hospital where he will be treated**

| 12. Typed Name/Signature of Reporting Employee <br> **J Monnett** | 13. Date And Time <br> **11-27-2023 1005 hrs** | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By <br> (Type Name/Signature) <br> D. Pledger | 15. Date Report <br> Delivered <br> 1-25-24 | 16. Time Report <br> Delivered <br> 0930 |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.



**BP-A0288**                     **INCIDENT REPORT**
Dept. of Justice / Federal Bureau of Prisons

### Part I – Incident Report

| 1. Institution: **TERRE HAUTE USP** | | Incident Report Number: **3871995** | |
|---|---|---|---|
| 2. Inmate's Name<br>**GAY, ANTHONY** | 3. Register Number<br>**23170-026** | 4. Date of Incident<br>**12-26-2023** | 5. Time<br>**1750 hrs** |
| 6. Place of Incident<br>**USP Health Services Observation Roo** | 7. Assignment<br>**UNASSIGNED** | 8. Unit | |
| 9. Incident<br>**228 – TATTOOING OR SELF-MUTILATION.** | | 10. Prohibited Act Code(s)<br>**228** | |

11. Description Of Incident
(Date: **12-26-2023**     Time: **1750 hrs**     staff became aware of incident)

**On December 26, 2023, at approx. 5:50 pm, I was notified inmate Gay, Anthony Reg. No. 23170-026, was engaging in self-harming behavior in the Medical Observation Room. Once I arrived to medical, I witnessed inmate Gay standing in the observation cell with a laceration to his right forearm and blood running down his arm. Inmate Gay was escorted to the medical exam room where I could see inmate Gay had inserted what appeared to be a chicken bone under the skin on his right forearm. Inmate Gay stated, "I did it because I am tired of sitting in this cell." Inmate Gay was medically assessed and sent to the outside hospital for further evaluation.**

| 12. Typed Name/Signature of Reporting Employee<br>**J. Edwards** | 13. Date And Time<br>**12-26-2023 1840 hrs** | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature)<br>D. Pledge | 15. Date Report Delivered<br>1-25-24 | 16. Time Report Delivered<br>0930 |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                                     Replaces BP-S288.052

**Behavior Management Plan**
**Gay, Anthony Reg. No: 23170-026**
**January 30, 2024**

Target Behaviors: No self-directed violence, no incident reports.

Incentive: Three phone calls weekly in addition to the one he already receives, so a total of four phone calls per week. My understanding is that inmate phone calls are currently provided free of charge. Therefore, this incentive will require the unit officer to bring the phone to Mr. Gay's locked cell door on the appointed day and time, but it would require no other change in unit routine.

Times of administration: The monitoring periods for earning incentives will be the time from the last phone call until the next one. The timing of these phone calls will be Monday, Wednesday, and Friday at approximately 1pm. Therefore, the monitoring periods will be between phone calls. Approximate monitoring periods will be Monday from after the phone call until 1pm Wednesday, after Wednesday's call until 1pm Friday, and then after Friday's call until 1pm Monday. Mr. Gay must meet criteria during a specific monitoring period to receive the incentive at the end of it. Typically, the weekly phone call already allotted is in the evening and it does not need to be changed. That call will not be part of this behavior management plan.

Person responsible for administration: The unit officers will be fully aware of the patient's conduct due to the nature of their jobs. At the end of each monitoring period, the officers will implement the plan and provide access to the phone if Mr. Gay has met criteria. Dr. Weiner can provide reminders as a monitoring periods ends if that will be helpful.

Criteria:

1) No self-directed violence during monitoring periods.
2) No incident reports during monitoring periods.
3) As noted, no incentive can be administered on a day in which any misconduct takes place.

Tentative End Date: Six months from the date of initiation or when the patient is moved to 10C where he will have regular phone access. The BMP will be temporarily suspended if the patient is on suicide watch because he cannot have access to the phone while on watch, but the plan can resume once he is taken off. Suicide watch time with no self-directed violence and no incident reports can be counted toward earning BMP incentives after suicide watch is discontinued.

Mr. Gay presents with very extreme self-harm, including putting razors in his eyes and removing a testicle. His arms are full of scars. He has been engaging in self-directed violence for decades. He had a series of very significant self-harming incidents immediately prior to being sent to USMCFP Springfield, requiring repeated hospital care, which is why he was sent here. So far, he has done very well since his arrival at this facility on 1/11/24. However, because of his multiple incident reports for self-harm, he is required to remain in locked status for an indefinite period of time while the disciplinary process runs its course and his sanctions are determined (he was found competent and responsible for his incident reports because he is not psychotic, but no DS time was recommended. I do not know if this recommendation will be followed, and I do not know how long it will take for him to see the DHO). His ability to tolerate locked status is very low, and the difficulty has directly caused self-harming incidents in the past. My sessions with the patient have revealed that phone calls are very helpful for him in terms of maintaining stability. I am therefore asking that this BMP be seriously considered and expedited if at all possible.

*Certificate of Completion*

In honor of your commitment meeting your own goals of managing **Compulsions and Cravings.**

This award is presented to:

**Anthony Gay**
**#23170-026**

Federal Correctional Complex Terre Haute
June 21, 2023 to August 28, 2023



Dr. Patterson
STAGES Coordinator

*This is to certify that*

**Mr. Gay #2170-026**

*completed 5 sessions of*

*The Power of Consequences*

April 2, 2024



L. Vera, Ph.D., ABPP

This is to certify that

Mr. Gay #23170-026

completed 3.75 hours of

Relaxation and Stress Reduction

April 10, 2024

C. Williamsen, Psy.D.

# Certificate of Completion

United States Medical Center for Federal Prisoners

Springfield, Missouri

## Mr. Anthony Gay

#2370-026 successfully completed **7 group sessions** in the

**Motivational Interviewing**

and is hereby awarded this certificate, this 10th day of April, 2024.

_Elizabeth Weiner, Ph.D_
Elizabeth Weiner, Ph.D., ABPP

# CERTIFICATE OF ACHIEVEMENT

AWARDED TO

## ANTHONY GAY #23170-026

IN RECOGNITION OF PARTIAL COMPLETION

OF

### CIRCLE OF STRENGTH
### CONSISTING OF 4 SESSIONS

THIS CERTIFICATE IS HEREBY ISSUED THIS 24TH DAY OF APRIL 2024

*Dr. Cook*

DR. COOK
TREATMENT PSYCHOLOGIST

# Certificate of Completion

United States Medical Center for Federal Prisoners
Springfield, Missouri

## Mr. Anthony Gay

#2370-026 successfully completed 10 group sessions in

### Dialectical Behavior Therapy substance abuse and problem behavior management

and is hereby awarded this certificate, this 15th day of May, 2024.

Elizabeth Weiner, Ph.D., ABPP

# Certificate of Completion

Presented to

**Mr. Anthony Gay 23170-026**

For successfully completing the

**Drug Abuse Education Course**

The Drug Abuse Education Course is a minimum of 12 hours.  The goal of this program is to help
the individual make an accurate evaluation of the consequences of his alcohol/drug use and
consider the need for treatment.

R. Sakuda LMSW, CRAADC

Drug Treatment Specialist

USMCFP Springfield

**5/9/2024**

Date



Clerk of Court
United States District
Peoria Division
100 NE Monroe Street
Peoria, IL 61602

"LEGAL MAIL"

Anthony Gay 23170026
US Medical Center For
Federal Prisoners
PO Box 4000
Springfield, Mo 65801